# EXHIBIT 1

[2]

Jonathan Wallace · Feb 27

From
To   Jonathan Wallace · Feb 27

On Thursday, February 27th, 2025 at 7:56 PM, Jonathan Wallace <​███​> wrote:

> ---------- Forwarded message ---------
> From: **Matthew Craig** <​███​>
> Date: Thu, Feb 27, 2025 at 7:31 PM
> Subject: Re: ███
> To: Jonathan Wallace <​███​>
> Cc: Gabrielle E. Tenzer <​███​>
>
> Jonathan,
>
> Thank you for your email. We strongly disagree with your suggestion that Columbia would violate FERPA or unspecified provisions of student codes by responding to a request for information by the U.S. House Committee on Education and the Workforce. Neither FERPA nor any other legal authority bars Columbia from producing documents in response to government inquiries, and any response Columbia might give to Congress will comply with the University's legal obligations.
>
> Regards,
> Matt
>
> **Matthew Craig | Hecker Fink LLP**
> Partner
> 350 Fifth Avenue | 63rd Floor

New York, New York 10118

**From:** Jonathan Wallace <​█████████████████████████████████████>
**Sent:** Wednesday, February 26, 2025 3:44:43 PM
**To:** Matthew Craig █████████████████████
**Cc:** Gabrielle E. Tenzer <████████████████████
**Subject:** Re: ███████████████████████████████████████

    This email was sent from outside the Firm.

By a February 13, 2025, letter, the House Committee on Education and the Workforce demanded disclosure of confidential student files relating to Hinds Hall disciplinary proceedings. The letter set a deadline of tomorrow. The plaintiffs in this action were in disciplinary proceedings regarding Hinds Hall, and other affected students have requested representation as well, and other attorneys are beginning to sign up.

Columbia has a duty to these students not to comply with this request. A university's contractual or contract-like duty to its students is well-established. Columbia student codes implement protections for privacy and academic freedom. Confidential student disciplinary files are also protected by FERPA. Their disclosure would also violate the implied warranty of good faith and fair dealing and would shock the conscience.

It is quite clear at this point that the House Committee is acting from no legitimate legislative purpose but solely for the purpose of threatening and endangering students who criticize Israel or support Palestinian people, to the extent of ending their studies and careers. We are starting to investigate instances of leaks of confidential student information to the press and public which, if not from the House Committee, could only have come from Columbia. Terrible harm has already been inflicted, whomever is the source.

We request that Columbia decline voluntary cooperation with this letter. If the House Committee then served a subpoena, it would in our opinion be Columbia's duty to move for a protective order. In that event, we too would join in any litigation to protect student interests.

We hope to hear that Columbia will not be turning documents over to the House Committee.

Jonathan

