JS 44C/SDNY
REV. 12/04/2024

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                          DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)                ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No [ ] Yes [ ]  _____
(If yes, Judge Previously Assigned)

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed.  No [ ]  Yes [ ]  If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?     No [ ]     Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                          **NATURE OF SUIT**

                                TORTS                                                                   ACTIONS UNDER STATUTES

**CONTRACT**            **PERSONAL INJURY**         **PERSONAL INJURY/**           **FORFEITURE/PENALTY**      **BANKRUPTCY**              **OTHER STATUTES**
                                                    [ ] 367 HEALTHCARE/
[ ] 110  INSURANCE      [ ] 310 AIRPLANE            PHARMACEUTICAL PERSONAL        [ ] 625 DRUG RELATED        [ ] 422 APPEAL              [ ] 375 FALSE CLAIMS
[ ] 120  MARINE         [ ] 315 AIRPLANE PRODUCT    INJURY/PRODUCT LIABILITY       SEIZURE OF PROPERTY                 28 USC 158          [ ] 376 QUI TAM
[ ] 130  MILLER ACT             LIABILITY           [ ] 365 PERSONAL INJURY        21 USC 881                  [ ] 423 WITHDRAWAL          [ ] 400 STATE
[ ] 140  NEGOTIABLE     [ ] 320 ASSAULT, LIBEL &            PRODUCT LIABILITY      [ ] 690 OTHER                       28 USC 157                  REAPPORTIONMENT
         INSTRUMENT             SLANDER             [ ] 368 ASBESTOS PERSONAL                                                              [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF    [ ] 330 FEDERAL                     INJURY PRODUCT                                                                 [ ] 430 BANKS & BANKING
         OVERPAYMENT &          EMPLOYERS'                  LIABILITY                                          **PROPERTY RIGHTS**         [ ] 450 COMMERCE
         ENFORCEMENT            LIABILITY                                                                                                  [ ] 460 DEPORTATION
         OF JUDGMENT    [ ] 340 MARINE              **PERSONAL PROPERTY**          [ ] 820 COPYRIGHTS    [ ] 880 DEFEND TRADE SECRETS ACT   [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT   [ ] 345 MARINE PRODUCT                                     [ ] 830 PATENT                                                  ENCED & CORRUPT
[ ] 152  RECOVERY OF            LIABILITY           [ ] 370 OTHER FRAUD            [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION                 ORGANIZATION ACT
         DEFAULTED      [ ] 350 MOTOR VEHICLE       [ ] 371 TRUTH IN LENDING                                                                       (RICO)
         STUDENT LOANS  [ ] 355 MOTOR VEHICLE                                      [ ] 840 TRADEMARK                                       [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)        PRODUCT LIABILITY                                                              **SOCIAL SECURITY**         [ ] 485 TELEPHONE CONSUMER
[ ] 153  RECOVERY OF    [ ] 360 OTHER PERSONAL                                                                                                     PROTECTION ACT
         OVERPAYMENT            INJURY              [ ] 380 OTHER PERSONAL         **LABOR**                   [ ] 861 HIA (1395ff)
         OF VETERAN'S   [ ] 362 PERSONAL INJURY -           PROPERTY DAMAGE                                    [ ] 862 BLACK LUNG (923)    [ ] 490 CABLE/SATELLITE TV
         BENEFITS               MED MALPRACTICE     [ ] 385 PROPERTY DAMAGE        [ ] 710 FAIR LABOR          [ ] 863 DIWC/DIWW (405(g))
[ ] 160  STOCKHOLDERS                                       PRODUCT LIABILITY              STANDARDS ACT       [ ] 864 SSID TITLE XVI       [ ] 850 SECURITIES/
         SUITS                                                                     [ ] 720 LABOR/MGMT          [ ] 865 RSI (405(g))                COMMODITIES/
[ ] 190  OTHER                                                                             RELATIONS                                               EXCHANGE
         CONTRACT                                   **PRISONER PETITIONS**         [ ] 740 RAILWAY LABOR ACT
[ ] 195  CONTRACT                                   [ ] 463 ALIEN DETAINEE         [ ] 751 FAMILY MEDICAL      **FEDERAL TAX SUITS**       [ ] 890 OTHER STATUTORY
         PRODUCT        **ACTIONS UNDER STATUTES**  [ ] 510 MOTIONS TO                     LEAVE ACT (FMLA)                                        ACTIONS
         LIABILITY                                          VACATE SENTENCE                                    [ ] 870 TAXES (U.S. Plaintiff or [ ] 891 AGRICULTURAL ACTS
[ ] 196  FRANCHISE      **CIVIL RIGHTS**                    28 USC 2255            [ ] 790 OTHER LABOR                 Defendant)          [ ] 893 ENVIRONMENTAL
                                                    [ ] 530 HABEAS CORPUS                  LITIGATION          [ ] 871 IRS-THIRD PARTY             MATTERS
                                                    [ ] 535 DEATH PENALTY          [ ] 791 EMPL RET INC                26 USC 7609         [ ] 895 FREEDOM OF
                        [ ] 440 OTHER CIVIL RIGHTS  [ ] 540 MANDAMUS & OTHER               SECURITY ACT (ERISA)                                    INFORMATION ACT
**REAL PROPERTY**               (Non-Prisoner)                                                                                             [ ] 896 ARBITRATION
                        [ ] 441 VOTING                                                                                                     [ ] 899 ADMINISTRATIVE
[ ] 210  LAND           [ ] 442 EMPLOYMENT                                         **IMMIGRATION**                                                 PROCEDURE ACT/REVIEW OR
         CONDEMNATION   [ ] 443 HOUSING/            **PRISONER CIVIL RIGHTS**                                                                      APPEAL OF AGENCY DECISION
[ ] 220  FORECLOSURE            ACCOMMODATIONS                                     [ ] 462 NATURALIZATION
[ ] 230  RENT LEASE &   [ ] 445 AMERICANS WITH      [ ] 550 CIVIL RIGHTS                   APPLICATION                                     [ ] 950 CONSTITUTIONALITY OF
         EJECTMENT              DISABILITIES -      [ ] 555 PRISON CONDITION       [ ] 465 OTHER IMMIGRATION                                       STATE STATUTES
[ ] 240  TORTS TO LAND          EMPLOYMENT          [ ] 560 CIVIL DETAINEE                 ACTIONS
[ ] 245  TORT PRODUCT   [ ] 446 AMERICANS WITH              CONDITIONS OF CONFINEMENT
         LIABILITY              DISABILITIES -OTHER
[ ] 290  ALL OTHER      [ ] 448 EDUCATION
         REAL PROPERTY

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A **CLASS ACTION**           DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
    UNDER F.R.C.P. 23                             AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                                  IF SO, STATE:

DEMAND $_____    OTHER _____    JUDGE _____    DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND:   YES   NO                          NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
　　☐ a. all parties represented
　　☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

1 U.S. PLAINTIFF　　2 U.S. DEFENDANT　　3 FEDERAL QUESTION (U.S. NOT A PARTY)　　4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:　THIS ACTION SHOULD BE ASSIGNED TO:　☐ WHITE PLAINS　☐ MANHATTAN

DATE _____
SIGNATURE OF ATTORNEY OF RECORD
ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)

RECEIPT # _____
Attorney Bar Code # _____

Magistrate Judge is to be ~~designated~~ by the Clerk of the Court.

Magistrate Judge _____ is so designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, Dated _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)