UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHMOUD KHALIL, JANE JOE, SALLY ROE, NED NOE, LUCY LOE, SAM SOE, WILL MOE, and KAM KOE, students at Columbia University and Barnard College, suing under pseudonyms,<br><br>   *Plaintiffs.*<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK;<br><br>COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK;<br><br>KATRINA ARMSTRONG, in her official capacity as President of Columbia University in the City of New York;<br><br>BARNARD COLLEGE, COLUMBIA UNIVERSITY;<br><br>LAURA ANN ROSENBURY, in her official capacity as President of Barnard College, Columbia University<br><br>COMMITTEE ON EDUCATION AND WORFORCE, U.S. HOUSE OF REPRESENTATIVES;<br><br>TIM WALBERG, in his official capacity as Chairman of the Committee on Education and Workforce,<br><br>   *Defendants.* | Civil Case No. 1:25-cv-02079 |

# NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO PROCEED USING PSEUDONYMS AND TO FILE UNDER SEAL CERTAIN EXHIBITS WITH PERSONALLY IDENTIFYING INFORMATION

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 5.2, Plaintiffs move this Court for leave to proceed in this case using pseudonyms, redact certain other identifying information, and seal the accompanying exhibits to this motion and making them available for attorneys' eyes only. In support of this motion, Plaintiffs file their Memorandum of Law in Support of Their Motion for Leave to Proceed Using Pseudonyms and to File Under Seal Certain Exhibits With Personally Identifying Information, as well as a proposed order.

Dated: March 13, 2025　　　　　　　　　　　Respectfully submitted,
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　/s/  Amy E. Greer


　　　　　　　　　　　　　　　　　　　　　Amy E. Greer  (NY 5910179)
　　　　　　　　　　　　　　　　　　　　　**Dratel & Lewis**
　　　　　　　　　　　　　　　　　　　　　29 Broadway, Suite 1412
　　　　　　　　　　　　　　　　　　　　　New York, NY 10006
　　　　　　　　　　　　　　　　　　　　　(212) 732-8805
　　　　　　　　　　　　　　　　　　　　　agreer@dratellewis.com

　　　　　　　　　　　　　　　　　　　　　**CAIR NATIONAL**
　　　　　　　　　　　　　　　　　　　　　**LEGAL DEFENSE FUND**
　　　　　　　　　　　　　　　　　　　　　/s/Lena Masri
　　　　　　　　　　　　　　　　　　　　　Lena Masri
　　　　　　　　　　　　　　　　　　　　　Gadeir Abbas (VA 81161)*
　　　　　　　　　　　　　　　　　　　　　453 New Jersey Ave SE
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20003
　　　　　　　　　　　　　　　　　　　　　(202) 742-6420

　　　　　　　　　　　　　　　　　　　　　*pro hac vice forthcoming*

　　　　　　　　　　　　　　　　　　　　　**COUNCIL ON AMERICAN ISLAMIC**
　　　　　　　　　　　　　　　　　　　　　**RELATIONS – NEW YORK**
　　　　　　　　　　　　　　　　　　　　　/s/Lamya Agarwala
　　　　　　　　　　　　　　　　　　　　　Lamya Agarwala (NY 5736061)
　　　　　　　　　　　　　　　　　　　　　80 Broad Street, 5th Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY 10009

(646) 665-7599
lagarwala@cair.com

**Jonathan Wallace**
/s/ Jonathan Wallace
Jonathan Wallace (NY 1733757)
PO #728
Amagansett NY 11930
(917) 359-6234
jonathan.wallace80@gmail.com


*Attorneys for Plaintiffs*