UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHMOUD KHALIL, JANE JOE, SALLY ROE, NED NOE, LUCY LOE, SAM SOE, WILL MOE, and KAM KOE, students at Columbia University and Barnard College, suing under pseudonyms,<br><br>*Plaintiffs.*<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK;<br><br>COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK;<br><br>KATRINA ARMSTRONG, in her official capacity as President of Columbia University in the City of New York;<br><br>BARNARD COLLEGE, COLUMBIA UNIVERSITY;<br><br>LAURA ANN ROSENBURY, in her official capacity as President of Barnard College, Columbia University<br><br>COMMITTEE ON EDUCATION AND WORFORCE, U.S. HOUSE OF REPRESENTATIVES;<br><br>TIM WALBERG, in his official capacity as Chairman of the Committee on Education and Workforce,<br><br>*Defendants.* | Civil Case No. 1:25-cv-02079 |

# [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO PROCEED USING PSEUDONYMS AND TO FILE UNDER SEAL CERTAIN EXHIBITS WITH PERSONALLY IDENTIFYING INFORMATION

Plaintiffs' motion to proceed in this case using pseudonyms, redact certain other identifying information, and seal the accompanying exhibits to this motion and making them available for attorneys' eyes only is GRANTED. The parties are hereby directed to refer to Plaintiffs by their pseudonyms, Jane Joe, Sally Roe, John Doe, Ned Noe, Lucy Loe, Sam Soe, Will Moe, and Kam Koe, and to redact supporting documents in a consistent manner. The parties are further ordered to redact the first part of Plaintiffs' email addresses, the last 7 digits of their phone numbers, their photographs, their social media handles, and the last names of their family members, from any supporting documents. Finally, parties are ordered to seal the accompanying exhibits to this motion and making them available for attorneys' eyes only.

**IT IS SO ORDERED.**

Dated: _____, 2025
New York, NY

                                                                        _____
                                                                         United States District Judge