UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHMOUD KHALIL, et al.,<br><br>        Plaintiffs,<br><br>  -against-<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, et al.,<br><br>        Defendants. | 25-cv-2079 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Plaintiffs' motion to proceed under pseudonym is temporarily GRANTED. *See* Dkt. 5. If any defendant opposes, then they may file their opposition to the application **within two weeks of their entry of a notice of appearance**. Any reply shall be filed within one week of the defendant's filing. The Court reserves judgment on whether to grant the motion on a more permanent basis.

  Plaintiffs' current motion also requests that certain exhibits be filed under seal. *See id.* Plaintiffs shall file the relevant exhibits on the docket under provisional seal so the Court can review the documents. These exhibits will also be provisionally designated attorneys' eyes only. Any defendant may file an opposition to plaintiffs' sealing and protective order request **within two weeks of their entry of a notice of appearance.** Any reply shall be filed within one week of the defendant's filing. The Court reserves judgment on whether to grant the request on a more permanent basis.

  The Clerk of Court is directed to terminate the motion at Dkt. 5.

  SO ORDERED.

Dated: March 18, 2025
    New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge