UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHMOUD KHALIL, et al,<br><br>*Plaintiffs.*<br><br>v.<br><br>COMMITTEE ON EDUCATION AND WORFORCE, U.S. HOUSE OF OF REPRESENTATIVES, et al,<br><br>*Defendants.* | **[PROPOSED] ORDER**<br><br>Civil Case No. 1:25-cv-02079-AS<br><br>Hon. Judge Arun Subramanian |

## **[PROPOSED] ORDER**

Pursuant to Fed. R. Civ. P. 65 and Rule 57, and having reviewed Plaintiffs' Amended Civil Complaint, Notice of Motion for a Temporary Restraining Order and Preliminary Injunction, Memorandum of Law in Support of Their Motion for a Temporary Restraining Order and Preliminary Injunction with supporting declarations and exhibits, and any response thereto, the motion is GRANTED.

IT IS HEREBY ORDERED:

    1.    Columbia Defendants shall be preliminarily enjoined from providing any student records, and any records demanded in the February 13 Letter to Congress or any federal agency for the pendency of this litigation;

    2.    Columbia Defendants shall be preliminarily enjoined from complying with any and all demands made in Taskforce Defendants March 13, 2025, Letter for the pendency of this litigation;

3. Congressional Defendants shall be preliminarily enjoined from pressuring or taking further coercive measures against Columbia Defendants regarding student disciplinary records or funding for the pendency of this litigation;

4. Taskforce Defendants, in both official and individual capacities, shall be preliminarily enjoined from freezing or withholding any funds from Columbia or taking further measures to coerce Columbia into complying with the demands in its March 13 Letter for the pendency of this litigation;

5. All Defendants, in both official and individual capacities, shall be preliminarily enjoined from releasing in any form the names, social media posts/handles, or any other identifying information of any Columbia or Barnard student included in any records or materials such entities have already received for the pendency of this litigation

6. Pursuant to Rule 57 and 28 U.S.C. §2201, the Court enters a declaratory judgment that Defendants' February 12th and March 13th demands, if met, violate the First Amendment rights of Plaintiffs.

IT IS SO ORDERED.

Date: _____

_____
Hon.
 Judge Arun Subramanian