AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Mahmoud Khalil et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-02079-AS |
| Trustees of Columbia University et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                              .

Date:   03/20/2025

/s/Lena Masri
*Attorney's signature*

Lena Masri (#826314)
*Printed name and bar number*

CAIR Legal Defense Fund
453 New Jersey Ave SE
Washington DC 20003

*Address*

ldf@cair.com
*E-mail address*

(202) 742-6420
*Telephone number*

(202) 379-3317
*FAX number*