UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHMOUD KHALIL et al.,

                Plaintiffs,

-against-

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK et al.,

                Defendants.

25-cv-2079 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The Court is in receipt of plaintiffs' motion for a temporary restraining order. Without making any final determination on the relief requested, but to maintain the *status quo*, provide an opportunity for the defendants to respond to plaintiffs' motion, allow the parties to meet and confer in good faith to narrow the issues in dispute, and for the issues to be aired at a hearing, the Court ORDERS as follows:

1. The Court will hold a hearing on plaintiffs' motion for a temporary restraining order and preliminary injunction on **March 25, 2025** at **2:00 PM** in **Courtroom 15A, 500 Pearl Street, New York, NY 10007**.

2. Defendants shall file any response to plaintiffs' motion by **March 24, 2025** at **12:00 PM**.

3. In advance of the hearing, plaintiffs and defendants shall meet and confer in good faith to determine whether any part of the requested interim relief is unopposed.

4. Pending the March 25 hearing, the Columbia Defendants are ENJOINED from 1) providing, directly or indirectly, the records outlined at Dkt. 15-1 at 6 to Congress or any federal agency; and 2) releasing the names or any other identifying information of any student included in the records outlined at Dkt. 15-1 at 6.

5. Plaintiffs shall serve this order, a copy of plaintiffs' motion for a temporary restraining order, and all supporting papers on all defendants by **March 20, 2025** at **5:00 PM**.

    SO ORDERED.

Dated: March 20, 2025
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                      United States District Judge