IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MAHMOUD KHALIL, *et al.*,

                *Plaintiffs*,

   v.

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK, *et al.,*

                *Defendants.*

Case No. 1:25-cv-02079-AS

**DECLARATION OF TODD B. TATELMAN**

I, Todd B. Tatelman, pursuant to the provisions of 28 U.S.C. § 1746 declare and say:

    1.    I am the Deputy General Counsel in the Office of General Counsel of the U.S. House of Representatives. I have served in this capacity since 2018, and have served in the Office of General Counsel since 2011. I represent the Honorable Tim Walberg and the Committee on Education and the Workforce of the U.S. House of Representatives in this matter.

    2.    Attached as Exhibit A is a true and correct copy of Letter from Rep. Virginia Foxx, Chairwoman, H. Comm. on Education and the Workforce, to Dr. Minouche Shafik, President, Columbia Univ., et al. (Feb. 12, 2024).

    3.    Attached as Exhibit B is a true and correct copy of Letter from Rep. Virginia Foxx, Chairwoman, H. Comm. on Education and the Workforce, to Dr. Minouche Shafik, President, Columbia Univ., et al. (Apr. 21, 2024).

    4.    Attached as Exhibit C is a true and correct copy of Letter from Rep. Virginia Foxx, Chairwoman, H. Comm. on Education and the Workforce, to Dr. Minouche Shafik,

President, Columbia Univ., et al. (Aug. 1, 2024).

    5.    Attached as Exhibit D is a true and correct copy of Letter from Rep. Virginia Foxx, Chairwoman, H. Comm. on Education and the Workforce, to Dr. Katrina Armstrong, Interim President, Columbia Univ. (Aug. 21, 2024).

    6.    Attached as Exhibit E is a true and correct copy of Letter from Rep. Tim Walberg, Chairman, H. Comm. on Education and the Workforce, to Dr. Katrina Armstrong, Interim President, Columbia Univ., et. al. (Feb. 13, 2025).

    7.    Attached as Exhibit F is a true and correct copy of Letter from Karen Elizabeth Christian, Couns. for Columbia Univ., to Rep. Tim Walberg, Chairman, H. Comm. on Education and the Workforce (Feb. 27, 2025).

    8.    Attached as Exhibit G is a true and correct copy of Letter from Karen Elizabeth Christian, Couns. for Columbia Univ., to Rep. Tim Walberg, Chairman, H. Comm. on Education and the Workforce (Mar. 7, 2025).

    9.    Attached as Exhibit H is a true and correct copy of Letter from Karen Elizabeth Christian, Couns. for Columbia Univ., to Rep. Tim Walberg, Chairman, H. Comm. on Education and the Workforce (Mar. 19, 2025).

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2025 in Washington, D.C.

                                              */s/ Todd B. Tatelman*
                                               Todd B. Tatelman