UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
| --- | --- |
| MAHMOUD KHALIL, *et al.,*<br><br>                    Plaintiffs,<br><br>          v.<br><br>COMMITTEE ON EDUCATION AND WORKFORCE, U.S. HOUSE OF REPRESENTATIVES, *et al.*,<br><br>                    Defendants. | No. 25 Civ. 2079 (AS) |

## DECLARATION OF JEFFREY OESTERICHER

I, JEFFREY OESTERICHER, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury, as follows:

1.      I am an Assistant United States Attorney in the Southern District of New York representing defendants Pamela Bondi, in her official capacity as United States Attorney General; Linda McMahon, in her official capacity as Secretary of the United States Department of Education; Leo Terrell, in his official capacity as the head of the Department of Justice Taskforce to Combat Anti-Semitism; Sean Keveney, in his official capacity as Acting General Counsel for the United States Department of Health and Human Services; and Josh Gruenbaum, in his official capacity as the Federal Acquisition Service Commissioner of the General Services Administration ("GSA"), in the above-captioned case.

2.      Attached to this declaration is a true and correct copy of a March 3, 2025, Memorandum sent from GSA to the Interim President of Columbia University and co-chairs of the Columbia Board of Trustees.

Dated: New York, New York
      March 24, 2025

By:    */s/ Jeffrey Oestericher*
       JEFFREY OESTERICHER
       Assistant United States Attorney