**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAHMOUD KHALIL, et al., | |
| *Plaintiffs,* | |
| v. | No. 1:25 Civ. 02079 (AS) |
| TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, et al., | |
| *Defendants.* | |

**DECLARATION OF FELICE ROSAN IN SUPPORT OF DEFENDANTS TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK AND KATRINA ARMSTRONG'S OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Felice Rosan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am the General Counsel of Columbia University ("Columbia" or the "University"). I have served in that position since 2023 and have been employed by Columbia since 1999.

2.      I am familiar with the facts and circumstances surrounding Plaintiffs' allegations. I submit this declaration in support of Defendants Trustees of Columbia University in the City of New York and Katrina Armstrong's opposition to Plaintiffs' motion for a temporary restraining order ("TRO") and preliminary injunction ("PI") based on my personal knowledge and my review of reports and documents relevant to this matter.

3.      Over the last thirteen months, Columbia has received, and produced documents and information in response to, several document and information requests and subpoenas issued by the U.S. House of Representatives Committee on Education and the Workforce (the "Committee") seeking a wide range of documents and information concerning antisemitism and Columbia's

response to related issues on campus. The University received a request for documents and information from the Committee on February 13, 2025, and it made a production of documents in response to those requests on February 27, 2025. Columbia made supplemental productions to the Committee on March 7, 2025, and again on March 19, 2025, at approximately 10:20 p.m. Later that night, Plaintiffs electronically filed papers seeking a TRO and PI.

5.     On the afternoon of March 13, 2025, after a thorough, months-long process administered by the Rules Administrator and the University Judicial Board ("UJB"), respondents in disciplinary proceedings for violations of the Rules of University Conduct (the "Rules") related to the April 17-18, 2024 encampment and April 30-May 1, 2024 occupation of Hamilton Hall received the determinations of the UJB in their respective proceedings. These disciplinary proceedings involved adjudication of violations of the Rules for, by way of example, destruction of University property, physically preventing the use of University facilities, entering and/or remaining in University facilities without authorization, and failing to disperse when directed by authorized University officials. The University received the document referred to in Plaintiffs' papers as the March 13 Letter via email later that day.

6.     A true and correct copy of Interim President Katrina Armstrong's statement dated March 21, 2025, and titled "Advancing Our Work to Combat Discrimination, Harassment, and Antisemitism at Columbia," is attached as Exhibit A.

Dated: New York, New York
       March 24, 2025                    By: _____
                                              Felice Rosan

2