UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHMOUD KHALIL et al.,

                Plaintiffs,

-against-

TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK et al.,

                Defendants.

25-cv-2079 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The Court is in receipt of plaintiffs' motion to amend their complaint. *See* Dkt. 46. The Court will rule on plaintiffs' motion to amend and plaintiffs' pending motion for a temporary restraining order shortly. If the motion to amend is granted, the Court will set a schedule for its filing and a briefing schedule for any motion to dismiss.

    SO ORDERED.

Dated: March 31, 2025
       New York, New York

                                    ARUN SUBRAMANIAN
                                    United States District Judge