**Hecker Fink LLP**

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

DIRECT EMAIL:   mmiller@heckerfink.com

April 8, 2025

**BY ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:  *Mahmoud Khalil, et al. v. Columbia University, et al.*,
          No. 25-cv-02079-AS (S.D.N.Y.)

Dear Judge Subramanian:

  We write on behalf of Defendants Trustees of Columbia University in the City of New York and Katrina Armstrong (together, "Columbia" or "the University") in light of the Court's April 4, 2025 Order that, among other things, "[a]t least thirty days before furnishing to Congress any student records, or students' identities in records already produced, the Columbia Defendants must advise the plaintiffs and Court of their intended production." ECF 54 at 2.

  On March 26, 2025, the U.S. Senate Committee on Health, Education, Labor, and Pensions sent Columbia several requests for information, with responses due on April 9, 2025. In addition, the U.S. House of Representatives Committee on Education and Workforce (the "House Committee") has posed follow-up questions relating to the information that Columbia has provided in response to the Committee's February 13, 2025 letter to Columbia.

  The information that Columbia is planning to provide in response to these Congressional inquiries will not include any student records, nor furnish any students' identities in records already produced. Accordingly, it is Columbia's understanding that these responses do not fall within the Court's Order and therefore do not trigger the Order's 30-day notice requirement. Columbia is nevertheless providing Plaintiffs and the Court with this update out of an abundance of caution.

                Respectfully submitted,

                Marshall L. Miller