

**CAIR Legal Defense Fund**
453 New Jersey Ave. S.E.
Washington, D.C. 20003
Tele 202-742-6420  Fax 202-379-3317
E-mail: ldf@cair.com  URL www.cair.com

The Chambers of the Honorable Judge Submaranian     *via ECF*
United States District Judge
Southern District of New York
500 Pearl Street, New York, NY 10007

    Re: *Khalil, et. al. v. Trustees of Columbia University, et. al.,* 25-cv-02079.

Hon. Judge Subramanian:

Plaintiffs submit this letter requesting that the Court enforce its Dkt. 54 Order and require Columbia Defendants to provide thirty days' notice in advance of a disclosure of information campus officials intend to make to Congress today—this time a Senate Committee requesting extensive records and information about students and their associations.

In a letter filed yesterday evening, Columbia Defendants informed Plaintiffs' counsel and the Court that they intend to provide further information and records to a Senate Committee's March 26th request. Exhibit A – March 26 Letter . The University Defendants intend to do so today, the deadline set out by the letter. Id. Plaintiffs believe, however, that the University Defendants' planned production is subject to the Court's thirty-day notice requirement. Dkt. 54 (requiring that campus officials "must advise the plaintiffs and Court of their intended production" and must do so "at least thirty days before furnishing to Congress any student records").

The letter demands "student records" repeatedly—information and records about specific events organized by students, about a specific student group that Plaintiffs have been associated with and with which they share a viewpoint, about student connections with community groups. These are student records that the Senate Committee is seeking.

Columbia Defendants submit that their response to the letter "will not include any student records, nor furnish any students' identities in records already produced" and thus does "not fall within the Court's Order." But Plaintiffs are concerned that the University Defendants are using an implausibly narrow definition of "student records" to skirt this Court's order. Because of this, Plaintiffs respectfully request that the Court require the University Defendants to "advise the plaintiffs and Court of their intended production" in line with this Court's April 4th order. See Dkt. 54. That is especially appropriate here for two reasons.

First, the Senate Committee has only sent a letter. The University Defendants are under no legal compulsion to immediately respond, and a short delay that gives the parties the opportunity to litigate the lawfulness of Columbia University's behavior will not create prejudice. Second, allowing the University Defendants to make a secret production to the Senate Committee now, without any notice to the Court or to opposing counsel, will establish an easy workaround to the Court's April 4th Order.



**CAIR Legal Defense Fund**
453 New Jersey Ave. S.E.
Washington, D.C. 20003
Tele 202-742-6420  Fax 202-379-3317
E-mail: ldf@cair.com  URL www.cair.com

The Court established this notice requirement "to give plaintiffs the opportunity to seek timely relief if necessary." Dkt. 54. Plaintiffs intend to argue that the University Defendants' response to the Senate Committee's request is unlawful and need time to be able to present that argument to the Court.

Accordingly, Plaintiffs respectfully request that the Court enforce its April 4th order against Defendants and direct the University Defendants to provide notice to Plaintiffs and the Court of what campus officials intend to disclose. The University Defendants should at least share the correspondence, table of contents, or other accounts of the disclosure with the Court and Plaintiffs to the extent permitted and appropriate or, if this court so requires, hears us on the issue.

April 9, 2025                                      Respectfully submitted,

/s/ Gadeir Abbas
Gadeir Abbas
Deputy National Litigation Director
CAIR Legal Defense Fund

/s/ Amy Greer
Amy E. Greer (NY 5910179)
Dratel & Lewis

/s/ Lamya Agarwala
Lamya Agarwala
Council on American-Islamic Relations –
New York

/s/ Jonathan Wallace
Jonathan Wallace

*Counsel for Plaintiffs*



**CAIR Legal Defense Fund**
453 New Jersey Ave. S.E.
Washington, D.C. 20003
Tele 202-742-6420  Fax 202-379-3317
E-mail: ldf@cair.com  URL www.cair.com