**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAHMOUD KHALIL et al., | |
| Plaintiffs, | |
| v. | Case No. 1:25-cv-02079-AS |
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK et al., | |
| Defendants. | |

**NOTICE OF UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICUS
CURIAE OF PALESTINE LEGAL**

Please take notice that Palestine Legal respectfully moves this Court for leave to file the accompanying unopposed Brief of Amicus Curiae in support of Plaintiffs' Second Amended Complaint. Plaintiffs consent to our request to file the amicus brief and Defendants do not oppose our request. The proposed Brief of Amicus Curiae is attached. No party or party's counsel authored the proposed Brief of Amicus Curiae, and no party or party's counsel contributed money to fund preparation or submission of the brief.

The amicus Palestine Legal, a project of Tides Center, is a legal organization dedicated to protecting the civil and constitutional rights of people in the United States who speak out for Palestinian freedom. Palestine Legal tracks incidents of censorship and efforts to suppress expression supporting Palestinian rights, including through the misuse of Title VI of the Civil Rights Act of 1964 to censor speech critical of Israel's treatment of Palestinians.

**ARGUMENT**

The amicus Palestine Legal is an organization with extensive experience protecting the rights of people in the United States who speak out for Palestinian freedom, have "unique information or perspective that can help the court." *Sec. & Exch. Comm'n v. Ripple Labs, Inc.*, No. 20-cv-10832 (AT), 2021 WL 4555352, at *5 (S.D.N.Y. Oct. 4, 2021) (internal quotation omitted); *see also Auto. Club of N.Y. v. Port Auth. of N.Y. & N.J.*, No. 11-cv-6746 (RJH), 2011 WL 5865296, at *2 (S.D.N.Y. Nov. 22, 2011) (internal quotation omitted) ("An *amicus* brief should normally be allowed when . . . the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.").

"The primary role of the *amicus* is to assist the Court in reaching the right decision in a case affected with the interest of the general public." *Russell v. Bd. of Plumbing Exam'rs*, 74 F. Supp. 2d 349, 351 (S.D.N.Y. 1999), *aff'd*, 1 F. App'x 38 (2d Cir. 2001). This Court has "broad discretion in deciding whether to accept an *amicus* brief." *City of New York v. United States*, 971 F. Supp. 789, 791 n.3 (S.D.N.Y. 1997), *aff'd*, 179 F.3d 29 (2d Cir. 1999). The amicus submits the proposed Brief of Amicus Curiae to assist the Court with understanding the critical public interest issues before it and in reaching the right decision.

**CONCLUSION**

For the reasons stated above, the amicus respectfully requests that the Court grant leave to file the proposed Brief of Amicus Curiae.

Dated: May 23, 2025                    Respectfully submitted,

                                       */s/ Radhika Sainath*
                                       Radhika Sainath *
                                       Sabiya Ahamed *
                                       PALESTINE LEGAL
                                       55 Exchange Place
                                       New York, NY, 10005

(312) 964-2667
radhika@palestinelegal.org
sahamed@palestinelegal.org

*\* Pro hac vice application pending*

*Counsel for Amicus Curiae for
Palestine Legal*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, I electronically filed the foregoing document with

the Clerk of Court via CM/ECF.

/s/Radhika Sainath
Radhika Sainath *
PALESTINE LEGAL
55 Exchange Place
New York, NY, 10005

*Counsel for Amicus Curiae for
Palestine Legal*

3