IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHMOUD KHALIL et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK et al., <br><br> Defendants. | Case No. 1:25-cv-02079-AS |

**DECLARATION OF RADHIKA SAINATH**
**IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, Radhika Sainath, hereby declare the following pursuant to 28 U.S.C. § 1746:

1. My pro hac vice is pending before this Court and I am a Senior Managing Attorney at amicus curiae Palestine Legal, a project of Tides Center.

2. I submit this Declaration in support of amicus curiae Palestine Legal's Motion for Leave to File a Brief of Amicus Curiae in support of Plaintiffs' Second Amended Complaint.

3. The proposed Brief of Amicus Curiae Palestine Legal is attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 23, 2025                                    Respectfully submitted,

                                                       */s/Radhika Sainath*
                                                       Radhika Sainath

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF.

*/s/Radhika Sainath*
Radhika Sainath *
Sabiya Ahamed *
PALESTINE LEGAL
55 Exchange Place
New York, NY 10005
(312) 964-2667
radhika@palestinelegal.org
sahamed@palestinelegal.org

*\* Pro hac vice application pending*

*Counsel for Amicus Curiae for Palestine Legal*

2