**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW
YORK**

MAHMOUD KHALIL et al.,

               Plaintiffs,

v.

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK et al.,

               Defendants.

Case No. 1:25-cv-02079-AS

**TABLE OF CONTENTS**

SUMMARY OF ARGUMENT..................................................................................... 1

ARGUMENT........................................................................................................... 5

    **I.**    **Injunctions would allow for more students to speak out for Palestinian rights..........5**

       A.   There is a direct causal link between the government's actions and Columbia's crackdown on student speech critical of Israel ........................................................ 5

       B.   Injunctions preventing their records from being turned over to Government Defendants would alleviate the chill on student speech from real fear of       government surveillance, retaliation, doxing, arrests, detentions and other harm ................................... 12

    **II.**   **The government's purpose for obtaining student records is to suppress First Amendment protected speech supporting Palestinian rights and serves no legitimate purpose.................................................................................................... 16**

       A.   Student speech critical of Israel's genocide is protected by the First Amendment and does not trigger Title VI of the Civil Rights Act of 1964 ....................................... 19

       B.   Defendants have made it clear that the goal of their actions is to suppress and chill speech critical of Israel ..................................................................................... 25

## TABLE OF AUTHORITIES

**Cases**

*B.W. v. Austin Indep. Sch. Dist.*, 121 F.4th 1066 (5th Cir. 2024) ................................................. 17

*Brooklyn Inst. of Arts & Scis v. City of N.Y. & Rudolph W. Giuliani*, 64 F. Supp. 2d 184 (E.D.N.Y. 1999) ..................................................................................................................................... 24

Columbia Students for Justice in Palestine v. Tr. of Columbia Univ. in the City of New York, Index No. 152220/2024 (N.Y. Sup. Ct. Mar. 11, 2024) ....................................................... 8, 11

Doe. et al. v. Alwan et al., Index No. 157032/2024 (N.Y. Sup. Ct. Jul. 26, 2024) ...................... 14

*Landau v. Corp. of Haverford Coll.,* No. 24-2044, 2025 U.S. Dist. LEXIS 1402 (E.D. Pa. Jan. 6, 2025) ...................................................................................................................................... 19

*Mahdawi v. Trump*, No. 25-1113, 2025 U.S. App. LEXIS 11240 (2d Cir. May 9, 2025) ........... 16

*Mills v. Alabama*, 384 U.S. 214 (1966) ....................................................................................... 23

*T.E. v. Pine Bush Cent. Sch. Dist.*, 58 F. Supp. 3d 332 (S.D.N.Y. 2014) ...................................... 17

*Watkins v. United States,* 354 US 178 (1957) ................................................................................ 19

*Zeno v. Pine Plains Cent. Sch. Dist.*, 702 F.3d 655 (2d Cir. 2012) .............................................. 17

**Statutes**

34 C.F.R. § 100.3(b)(1)(iv) ......................................................................................................... 17

34 C.F.R. § 100.3(b)(1)(vi) ......................................................................................................... 17

**Other Authorities**

Application of Convention on Prevention and Punishment of Crime of Genocide in the Gaza Strip (S. Afr. v. Isr.), Order, 2024 I.C.J. No. 192 (Jan. 26) ......................................................... 2

*Legal Consequencexs Arising From the Policies and Practices of Israel in the Occupied Palestinian Territory, Including East Jerusalem*, Advisory Opinion (Jul. 19, 2024) ................. 1

**INTERESTS OF AMICUS CURIAE**

Palestine Legal (a project of Tides Center) is a non-profit legal and advocacy organization dedicated to protecting the civil and constitutional rights of people in the U.S. who speak out for Palestinian freedom. Palestine Legal tracks incidents of censorship and efforts to suppress expression supporting Palestinian rights, including through the misuse of Title VI of the Civil Rights Act of 1964. Palestine Legal has represented students at Columbia University on issues relating to suppression of pro-Palestine activity since 2014 and has successfully defended the First Amendment rights of students protesting Israel's treatment of Palestinians. *See, e.g., Univ. of Md. Students for Just. in Palestine v. Bd. of Regents of the Univ. Sys. of Md.*, No. 24-2683 PJM, 2024 U.S. Dist LEXIS 178359 (D. Md. Oct. 1, 2024).

**SUMMARY OF ARGUMENT**

Over the past 19 months, tens of thousands of students from universities across the United States[1] have engaged in protests, sit-ins, marches and calls for academic institutions to divest from corporations complicit in Israel's violations of international law[2] on the conviction that Israel is committing a genocide in Gaza, which has now resulted in the deaths of more than 53,000

---

[1] Jay Ulfelder, *Crowd Counting Consortium: An Empirical Interview of Pro-Palestine Protests at U.S. Schools*, Harvard Kennedy School, Ash Center for Democratic Governance and Innovation, (May 30, 2024), https://ash.harvard.edu/articles/crowd-counting-blog-an-empirical-overview-of-recent-pro-palestine-protests-at-u-s-schools/.

[2] The International Court of Justice (ICJ) has found that Israel's continued presence in the occupied Palestinian territory is illegal and affirmed the obligation of states "to take steps to prevent trade or investment relations that assist in the maintenance of the illegal situation created by Israel in the Occupied Palestinian Territory." Legal Consequences Arising from the Policies and Practices of Isr. in the Occupied Palestinian Territory, including East Jerusalem, Advisory Opinion, 2024 I.C.J. No. 186, ¶278 (July 19), https://www.icj-cij.org/sites/default/files/case-related/186/186-20240719-adv-01-00-en.pdf.

Palestinians[3], and that the United States is supporting this genocide.[4] They have done so in a manner that echoes past movements for social justice throughout history, from the Civil Rights Movement to opposition to the Vietnam War to the struggle against South African apartheid. The diverse, growing movement for Palestinian freedom and equality—which includes a significant number of Jewish students[5]—has been treated aggressively by government officials in both parties, and the current presidential administration.[6]

Congressional defendants and the Trump administration (hereinafter "Government Defendants") have bluntly and repeatedly made clear that they wish to stop this speech activity critical of Israel, with which they disagree, and have unlawfully coerced Columbia University into suppressing such speech. Congressional defendants claim that they seek student disciplinary records because they are concerned about a hostile environment for Jewish students. The executive branch has similarly claimed that it has terminated $400 million in federal grants to Columbia University because it failed to protect students from purported antisemitic harassment in violation of Title VI of the Civil Rights Act of 1964. Amicus submit that speech activities critical of Israel's assault on Gaza do **not** create a hostile environment under Title VI of the Civil Rights Act of 1964, because such expression targets the policies of a foreign state—not students' protected status—and

---

[3] Health Cluster, Occupied Palestinian Territory, *oPt Country Dashboard*, WORLD HEALTH ORGANIZATION (last visited May 21, 2025), https://healthcluster.who.int/countries-and-regions/occupied-palestinian-territory.

[4] In January 2024, the International Court of Justice (ICJ) found that Israel's assault on the Palestinian people in Gaza plausibly constitutes genocide. Application of Convention on Prevention and Punishment of Crime of Genocide in the Gaza Strip (S. Afr. v. Isr.), Order, 2024 I.C.J. No. 192, ¶ 54 (Jan. 26), https://www.icj-cij.org/sites/default/files/case-related/192/192-20240126-ord-01-00-en.pdf.

[5] Peter Beinart, *Trump Doesn't Want to Protect All Jewish Students — Just Those on His Team*, N.Y. TIMES (Apr. 28, 2025), https://www.nytimes.com/2025/04/28/opinion/jewish-student-protesters-gaza.html.

[6] *See Reverberations of October 7: Mobilization Against Genocide Undeterred by Peak Anti-Palestinian Repression,* PALESTINE LEGAL (2024), https://palestinelegal.org/s/Pal-Legal-Report-Reverberations-of-Oct-7th; *A New Generation for Liberation: Historic Student Protests Defy University Crackdowns*, PALESTINE LEGAL (2025) https://palestinelegal.org/s/Palestine-Legal-2024-Year-in-Review-Report.

therefore falls outside the statute's reach while lying squarely within the First Amendment's core protections for political speech.

What the Government Defendants cannot do by decree they are doing by fiat, in this case forcing Columbia to do its bidding by cancelling federal grants and frightening students with the specter of the federal government reviewing—and punishing—viewpoints it disagrees with. These attempts to chill a viewpoint disfavored by the government, which constitutional law scholar (and Princeton President) Christopher Eisgruber called "the greatest threat to American universities since the Red Scare of the 1950s", do not amount to a legitimate legislative activity.[7]

This intense government pressure to censor and punish expression critical of Israel's policies at a university long known for its student activism[8], its scholarship on Palestine[9] and its robust freedom of expression—which once mirrored the framework of First Amendment[10]—has led Columbia to take unprecedented action in singling out speech activity supportive of Palestinian rights for swift suppression.

It is neither abstract nor subjective to allege that if the underlying government coercion was removed, Columbia students would feel more secure in exercising their First Amendment right

---

[7] Christopher L. Eisgruber, *The Cost of the Government's Attack on Columbia*, THE ATLANTIC (Mar. 19, 2025), https://www.theatlantic.com/ideas/archive/2025/03/columbia-academic-freedom/682088/; Nathan Heller, *Will Harvard Bend or Break?*, THE NEW YORKER (Mar. 3, 2025), https://www.newyorker.com/magazine/2025/03/10/will-harvard-bend-or-break ("The historical parallel, in my opinion, is crystal clear—it looks like a rerun of McCarthyism . . . One day, people will look back on this and be embarrassed.")

[8] Isha Banerjee and Emily Pickering, *What Makes Columbia the 'Activist Ivy'?* COLUMBIA DAILY SPECTATOR (May 6, 2025), https://www.columbiaspectator.com/news/2025/05/06/what-makes-columbia-the-activist-ivy/

[9] Center for Palestine Studies About Page, https://palestine.mei.columbia.edu/about-1 (last visited May 21, 2025). ("Launched in 2010, the Center for Palestine Studies at Columbia University is the first such center in an academic institution in the United States. The creation of the Center honors the legacy of Professor Edward Said at the university where he taught for forty years.").

[10] Lee Bollinger, Columbia Univ. President, Fall Convocation Address (Aug. 27, 2017), *at* https://president.columbia.edu/convocation-2017 ("[W]e – like most other colleges and universities – have voluntarily embraced the general framework of First Amendment jurisprudence for ourselves.")

to engage in speech activity supporting Palestinian rights. Students' fear of government repression is real and imminent. For international students, the threat is obvious and has already manifested.[11] Students have taken great pains to request their names be removed from publications,[12] scrub social media[13] or avoid mention of Israel or Palestine in public, lest their visas be revoked or they get abducted by ICE agents.[14] Student journalists have requested their stories to be taken down from university newspapers, fearful of government retaliation.[15] As one Columbia student said in an interview, "Ever since Congress began its McCarthyist investigations, the classroom has felt less like a space for free inquiry and more like a panopticon."[16] For students who have not been chilled, Columbia has made it clear what the consequences might be, when, at a journalism school event, it directed students who are not U.S. citizens to avoid publishing on Gaza or related protests, with the dean stating, "Nobody can protect you . . . These are dangerous times."[17]

The Court should grant Plaintiffs the relief they request.

---

[11] *Student Media Alert*, Student Press Law Center. (Apr. 4, 2025), https://splc.org/wp-content/uploads/2025/04/April-2025-Student-Media-Alert.pdf.

[12] Anvee Bhutani, *US Student Journalists Go Dark Fearing Trump Crusade Against Pro-Palestinian Speech,* THE GUARDIAN (Apr. 7, 2025), https://www.theguardian.com/us-news/2025/apr/07/student-journalists-remove-stories-trump.

[13] Dan Rosenzweig-Ziff and Susan Svrluga, *Some Foreign Students Fear Speaking Out as Visa Cancellations Rise,* THE WASHINGTON POST (Apr. 12, 2025), https://www.washingtonpost.com/education/2025/04/12/international-students-visas-revoke-fear/.

[14] Bhutani, *supra* note 12; Rosenweig-Ziff and Syrluga, *supra* note 13.

[15] Bhutani, *supra* note 12.

[16] Banerjee and Pickering, *supra* note 8.

[17] Liam Stack and Katherine Rosman, *At Columbia, Tension Over Gaza Protests Hits Breaking Point Under Trump,* THE NEW YORK TIMES (Mar. 12, 2025), https://www.nytimes.com/2025/03/12/nyregion/columbia-university-trump-protests.html.

**ARGUMENT**

**I.    Injunctions would allow for more students to speak out for Palestinian rights**

There is a direct causal relationship between the Government Defendants' increased pressure on Columbia to crackdown on speech critical of Israel and Columbia's suppression of that speech. Columbia has claimed "all the 18 actions that were announced on March 21 were actions that were under review and work and development for many months."[18] While Columbia's scrutiny of speech supporting Palestinian rights certainly started before the Government Defendants' actions,[19] the pace and intensity of punishment has reached historic, unprecedented levels.

For over fifty years, Columbia has been known as the "activist ivy," where students have consistently protested war, human rights abuses and injustice,[20] protests which the University has proudly commemorated in official materials and slideshows.[21] Injunctions blocking the Government Defendants' efforts to identify and target students would enable more students to embrace their right to speak out for Palestine.

**A.    There is a direct causal link between the government's actions and Columbia's crackdown on student speech critical of Israel**

It simply strains credulity to claim that Columbia would not be taking the repressive actions it has taken in the past several months—swiftly calling in the NYPD over a sit-in, frantically

---

[18] Exh. C for Decl. of Allison M. Rovner at 4, Am. Ass'n of Univ. Professors et al. v. U.S. Dep't of Justice et al., No. 1:25-cv-02429-MKV (S.D.N.Y. 2025) (No. 94-3).
[19] *Palestine Legal and NYCLU Sue Columbia University Over Student Group Suspension*, PALESTINE LEGAL (Mar. 12, 2024), https://palestinelegal.org/news/columbia-lawsuit.
[20] Columbia Center for Critical Thought, *Columbia University Protests: An Archive of Student Protest and University Sanctions*, https://cccct.law.columbia.edu/content/columbia-university-protests-archive-student-protest-and-university-sanctions (last visited May 20, 2025); Banerjee and Pickering, *supra* note 8.
[21] *A New Perspective on 1968*, COLUMBIA NEWS (Apr. 2018), https://news.columbia.edu/content/new-perspective-1968.

blasting statements in the middle of the night aimed at appeasing the Trump administration[22], threatening to punish an undergrad over an essay[23], or interim suspending a student journalist for covering a protest[24]—if it had not been for the Government Defendants' actions.

At the tail end of 2023, the Defendant House Education and Workforce Committee ("Committee") called the presidents of several universities that had received significant press attention over protests critical of Israel's actions in Gaza—which students and scholars at the time were beginning to recognize as a genocide—to testify.[25] The televised hearing went viral, and the presidents of Harvard and the University of Pennsylvania resigned from their positions shortly thereafter.[26] This process sent a message to university presidents across the country that if they did not suppress speech supporting Palestinian rights on their campuses, they would meet a similar fate.[27]

Columbia's then-president, Minouche Shafik, testified separately before the Committee on April 17, 2024. That day, Columbia students pitched tents on the South Lawn and called on the university to divest from companies and institutions "that profit from Israeli apartheid, genocide,

[22] Claire Shipman, *Update on Butler Library Disruption: A Statement from Acting President Claire Shipman,* COLUMBIA UNIV., OFF. OF PUB. AFF. (May 07, 2025) https://communications.news.columbia.edu/news/update-butler-library-disruption-statement-acting-president-claire-shipman.
[23] Jake Offenhartz, *Facing Trump's Threats, Columbia Investigates Students Critical of Israel,* AP NEWS (Mar. 6, 2025), https://apnews.com/article/columbia-university-campus-protests-trump-congress-ba0ed-dec4679d70287202831c52ebed6
[24] Isha Banerjee, *Barnard Suspends WKCR and Spectator Reporters who Covered Butler Library Protest,* COLUMBIA DAILY SPECTATOR (May 8, 2025), https://www.columbiaspectator.com/news/2025/05/09/barnard-suspends-wkcr-and-spectator-reporters-who-covered-butler-library-protest/.
[25] Raz Segal, *A Textbook Case of Genocide,* JEWISH CURRENTS (Oct. 13, 2023), https://jewishcurrents.org/a-textbook-case-of-genocide
[26] Moira Donegan, *Congress's Latest 'Antisemitism' Hearing was an Ugly Attack on Palestinian Rights,* THE GUARDIAN (May 24, 2024), https://www.theguardian.com/commentisfree/article/2024/may/24/us-congress-university-hearing-palestinian-rights.
[27] Indeed, the effects of such congressional hearings on university presidents was made clear by Committee member Elise Stefanik who said in a recent Committee hearing, "Respectfully, president of Haverford, many people have sat in this position who are no longer in their positions as president of the universities for their failure to answer straightforward questions." House Committee on Education & Workforce, *Beyond the Ivy League: Stopping the Spread of Antisemitism on American Campuses*, YOUTUBE (May 7, 2025) https://www.youtube.com/live/W8zE7dgGK5I (see video at 57:02–57:12).

and occupation in Palestine."[28] Columbia's response to the "Gaza Solidarity Encampment" was to, the following day, call in the NYPD onto campus to arrest students.[29]

A second Gaza solidarity encampment started that day, on an adjacent lawn.[30] Negotiations between student representatives from the encampment and the university failed to produce an agreement around divestment, and on April 29, Shafik announced that the university would not divest from Israel. That evening, students entered Hamilton Hall, barricading themselves inside, not unlike what Columbia students had done in years past on other social justice issues.[31] They draped banners from the building windows, including one reading "Hind's Hall," a reference to Hind Rajab, a five-year-old Palestinian girl in Gaza who was killed by Israeli forces after they had killed all of the relatives she was travelling with, leaving her trapped in a car with her dead family members.[32] On the evening of April 30—twelve days after the second Gaza solidarity encampment

---

[28] Columbia Univ. Apartheid Divest (CUAD), *Issue 2*, THE BARRICADE (Apr. 1, 2024), https://cuapartheiddivest.substack.com/p/the-barricade-9d7; Isha Banerjee, *Timeline: The 'Gaza Solidarity Encampment'*, COLUMBIA DAILY SPECTATOR (May 2, 2024), https://www.columbiaspectator.com/news/2024/05/02/timeline-the-gaza-solidarity-encampment/. Some of the students' demands also included financial transparency about the university's investments and an academic boycott. CUAD, *supra* note 2828.

[29] *Statement from Columbia University President Minouche Shafik*, COLUMBIA | OFFICE OF THE PRESIDENT (Apr. 18, 2024), https://president.columbia.edu/news/statement-columbia-university-president-minouche-shafik-4-18; Maya Stahl, *Shafik Authorizes NYPD to Sweep 'Gaza Solidarity Encampment,' officers in riot gear arrest over 100,* COLUMBIA DAILY SPECTATOR (Apr. 18, 2024) https://www.columbiaspectator.com/news/2024/04/18/shafik-authorizes-nypd-to-sweep-gaza-solidarity-encampment-officers-in-riot-gear-arrest-over-100/.

[30] Gillian Goodman, *Inside Columbia's Gaza Solidarity Encampment*, PRISM (Apr. 30, 2024), https://prismreports.org/2024/04/30/inside-columbia-gaza-solidarity-encampment/

[31] Amira McKee, et. al., *Dozens Occupy Hamilton Hall as Pro-Palestinian Protests Spread Across Campus*, COLUMBIA DAILY SPECTATOR (Apr. 30, 2024), https://www.columbiaspectator.com/news/2024/04/30/dozens-occupy-hamilton-hall-as-pro-palestinian-protests-spread-across-campus/; *'Hind Hall': How Columbia's Hamilton Hall became its signature protest hub*, ALJAZEERA (May 1, 2024), https://www.aljazeera.com/news/2024/5/1/columbias-hamilton-hall-a-history-of-student-action-at-gaza-protest-hub.

[32] Press Release, United Nations Office of the High Comm'r on Hum. Rts., Gaza: Killing of Hind Rajab and Her Family – A War Crime Too Many, Warn Experts, U.N. Press Release (Jul. 19, 2024).

began—Shafik once again summoned the NYPD to clear both Hamilton Hall and the encampment, which it proceeded to do, arresting 109 protestors.[33]

The last time the NYPD were called on to campus prior to April 2024 was **April 1968**—an event that was so brutal and bloody it led to Columbia taking a number of institutional reforms.[34]

Since 2024, the atmosphere on campus as it relates to free speech is now exponentially worse, where virtually any criticism of Israel is subject to swift investigation and punishment and there is no longer a twenty-four hour—much less a twelve-day—waiting period before the university calls in the police to suppress protests.

### 1. New office investigates speech critical of Israel

A new "centralized" office for "discriminatory harassment"[35] established in the summer of 2024 has ramped up investigations over criticism of Israel's policies. This has included putting students through onerous disciplinary processes over allegations that they have violated discrimination policies based on speech critical of Israel, including characterizing Israel's actions as apartheid or genocide or saying '[c]ondemn Israel.'[36] One of Palestine Legal's clients, Maryam Alwan, who is Palestinian, received correspondence from this new office, the Office of Institutional Equity (OIE), telling her that she "may have" engaged in "discriminatory harassment" for penning an unsigned op-ed in the student paper which stated that Israel has blocked humanitarian aid to Gaza,

---

[33] Stahl, *supra* note 29.

[34] Verified Petition at 5–7, Columbia Students for Justice in Palestine v. Tr. of Columbia Univ. in the City of New York, Index No. 152220/2024 (N.Y. Sup. Ct. Mar. 11, 2024), NYSCEF Doc. No. 1, available at https://www.nyclu.org/uploads/2024/03/nyscef_001_verified_petition_2024-03-11_for_website.pdf; David Pozen, *Norm Breaking at Columbia*, Balkanization (Apr. 19, 2024), https://balkin.blogspot.com/2024/04/norm-breaking-at-columbia.html.

[35] *Off. of Institutional Equity*, Columbia Univ., https://institutionalequity.columbia.edu/ (last visited Apr. 29, 2025).

[36] Murtaza Hussain, *Columbia University's Secret Disciplinary Process for Students Critical of Israel*, Drop Site News (Mar. 4, 2025), https://www.dropsitenews.com/p/columbia-university-gaza-student-disclinary-office.

bombed hospitals, caused a teen to be burned alive, and called on Columbia to divest from companies and weapons manufacturers "profiting from Israeli apartheid and genocide."[37]

OIE's investigations are secret, and whereas complaints can be made anonymously, students who are charged are required to sign a non-disclosure agreement "in order to see the unredacted evidence against them."[38] After the Trump Administration's March 13 letter demanding Columbia take several steps to suppress speech critical of Israel on campus, the university instilled even more repressive power in the OIE, stating that the administration had "substantially revised the University's antidiscrimination and discriminatory harassment policy for students and groups, including the ability to sanction groups" and announced that the university would incorporate a new definition of antisemitism that includes speech critical of Israel.[39]

### 2. Protests critical of Israel suppressed with record speed

In 2024, Columbia waited ***over twenty-four hours*** before calling in the NYPD to arrest the first Gaza Solidarity encampment, ***twelve days*** to make arrests at the second Gaza solidarity encampment, and ***roughly twenty-one*** hours to begin removing the students who had barricaded themselves in Hamilton Hall. On May 7, 2025, the school called public safety (which since Columbia agreed to Trump demands, now has officers with the power to arrest) ***in under 40 minutes*** and the NYPD ***in less than 4 hours*** after students began a library sit-in in support of Gaza, and

---

[37] Columbia Palestine Solidarity Coalition, *Recentering Palestine, Reclaiming the Movement,* COLUMBIA DAILY SPECTATOR (Oct. 19, 2024), https://www.columbiaspectator.com/opinion/2024/10/19/recentering-palestine-reclaiming-the-movement/; Offenhartz, *supra* note 23.

[38] Hussain *supra* note 36.

[39] *Fulfilling Our Commitments*, COLUMBIA UNIV. OFF. OF PRESIDENT, https://president.columbia.edu/content/fulfilling-our-commitments (last visited May 21, 2025); Task Force on Antisemitism, *Report #2: Columbia University Student Experiences of Antisemitism and Recommendations for Promoting Shared Values and Inclusion*, COLUMBIA UNIV. (Aug. 2024), at 44, https://president.columbia.edu/sites/default/files/content/Announcements/Report-2-Task-Force-on-Anti-semitism.pdf ("Antisemitism can manifest in a range of ways, including . . . certain double standards applies to Israel."); *see also* Second Amended Complaint & Demand for Jury Trial at 32–35, Khalil et al. v. Columbia et al., Civil Case No. 1:25-cv-02079-AS (S.D.N.Y. Apr. 18, 2025) (No. 62).

calling for the release of Plaintiff Mahmoud Khalil from ICE detention and divestment from companies tied to Israel.[40]

The sit-in started at approximately 3:15 p.m., and shortly after, protestors were informed by Public Safety that they could leave only if they provided their identification—essentially trapping students who wished to leave in the library.[41] According to a news report, "Public Safety officers used force on the protestors, pushing multiple people to the ground when they attempted to leave. Public Safety officers dragged one protestor down the stairs and pinned them to the ground before detaining them."[42] At approximately 7:00 p.m., after acting University President Claire Shipman authorized their entry, the NYPD arrested seventy-eight protestors.[43]

At 7:03pm, Shipman sent a 307 word email to members of the campus community (later posted on the website) about the protest and noting that Columbia "strongly condemns" violence and antisemitism and that protesters were told they could be arrested for trespassing.[44] That night, **at 12:45 am**, Shipman sent a second email, stating "I am deeply disturbed at the idea that, at a

---

[40] Daksha Pillai, et al., *Pro-Palestinian Protesters and Public Safety Officers Clash at 'Emergency Rally' in Butler Library*, COLUMBIA DAILY SPECTATOR (May 7, 2025), https://www.columbiaspecta-tor.com/news/2025/05/07/pro-palestinian-protesters-and-public-safety-officers-clash-at-emergency-rally-in-butler-library/; Luisa Sukkar et al., *Scenes from Columbia's Butler Library protests and NYPD arrests*, COLUMBIA DAILY SPECTATOR (May 12, 2025), https://www.columbiaspectator.com/vid-eos/2025/05/12/scenes-from-columbias-butler-library-protests-and-nypd-arrests/; Ryan Murphy and Jona-than Allen, *Dozens of students arrested in pro-Palestinian protest at Columbia University*, REUTERS (May 8, 2025) https://www.reuters.com/world/us/dozens-pro-palestinian-protesters-occupy-columbia-univer-sity-library-2025-05-07/ ("The protesters in the library also demanded the release of Mahmoud Khalil, a Palestinian activist and Columbia graduate student who remains in a Louisiana immigrant jail after he was among the first to be arrested for possible deportation.").

[41] Sukkar, *supra* note 40**Error! Bookmark not defined.**.

[42] Tsehai Alfred and Itzel Franco., *NYPD Confirms 78 Arrests at Butler Library Protest, All Released from Custody*, COLUMBIA DAILY SPECTATOR (May 8, 2025), https://www.columbiaspecta-tor.com/news/2025/05/08/nypd-confirms-78-arrests-at-butler-library-protest-all-released-from-custody/

[43] Alfred and Franco, *supra* note 42.

[44] Posting of Provost Angela V. Olinto, provost@columbia.edu (May 7, 2025) (on file with Palestine Le-gal), copy posted at Update on Butler Library Disruption: A Statement from Acting President Claire Ship-man, US Dep't of Educ. Columbia Univ. (May 7, 2025), https://communications.news.colum-bia.edu/news/update-butler-library-disruption-statement-acting-president-claire-shipman.

moment when our international community feels particularly vulnerable, a small group of students would choose to make our institution a target."[45] Both statements appeared tailored to the Trump Administration, which responded in a press release on May 8 praising Shipman, stating that it is "encouraged by Acting President Shipman's strong and resolute statement regarding the unlawful, violent and disgraceful takeover of Butler Library…." and labeled the protesters as "radical".[46]

Columbia Spectator reported that over sixty-five students had been suspended and thirty-three individuals barred from campus for their alleged participation in this protest.[47]

Prior to governmental scrutiny on Columbia over student speech on Palestine, and post-1968, Columbia treated protest activity in buildings with leniency.[48] For example, in 2016, Columbia Divest for Climate Justice (CDCJ) organized an eight-day sit-in in Low Library.[49] The goal of that protest, was also divestment (from fossil fuels).[50] Columbia students also "stormed" the Low Memorial library and staged a sit-in in 2019[51], (calling on the school to reduce greenhouse gas emissions) and staged a sit-in and protest at the Columbia's School of International and Public

---

[45] Email from Off. of Pub. Aff., to Columbia Community, *Wednesday's Disruption of Butler Library* (May 8, at 12:45 AM), on file with Palestine Legal.

[46] Press Release, *Joint Task Force to Combat Anti-Semitism Statement Regarding Columbia University,* US DEP'T OF EDUC. (May 8, 2025), https://www.ed.gov/about/news/press-release/joint-task-force-combat-anti-semitism-statement-regarding-columbia-university.

[47] Spencer Davis and Molly Bordoff, *Columbia Suspends Over 65 Students for Pro-Palestinian Protest in Butler Library,* THE COLUMBIA DAILY SPECTATOR (May 12, 2025), https://www.columbiaspectator.com/news/2025/05/12/columbia-suspends-over-65-students-for-pro-palestinian-protest-in-butler-library/.

[48] Affirmation of Katherine Franke at 8–9, Columbia Students for Justice in Palestine v. Tr. of Columbia Univ. in the City of New York, Index No. 152220/2024 (N.Y. Sup. Ct. Mar. 11, 2024), NYSCEF Doc. No. 17, available at https://www.nyclu.org/uploads/2024/03/nyscef_017_affirmation_of_katherine_franke_2024-03-11.pdf.

[49] Sunrise Columbia, *Divestment Unites Us, from Environmental Justice to a Free Palestine*, COLUMBIA DAILY SPECTATOR (Mar. 8, 2024), https://www.columbiaspectator.com/opinion/2024/03/08/divestment-unites-us-from-environmental-justice-to-a-free-palestine/.

[50] Sunrise Columbia, *supra* note 49.

[51] Alejandra O'Connell-Domenech, *Columbia Students Storm Low Library as Part of Extinction Rebellion Protest,* AMNY (Oct. 11, 2019), https://www.amny.com/news/columbia-students-storm-low-library-as-part-of-extinction-rebellion-protest/.

Affairs (SIPA) objecting to Brett Kavanaugh's nomination to the Supreme Court over allegations of sexual assault.[52] The NYPD was never called in for any of these protests, and upon information and belief, no student was ever "interim suspended" for taking part.

### B. Injunctions preventing their records from being turned over to Government Defendants would alleviate the chill on student speech from real fear of government surveillance, retaliation, doxing, arrests, detentions and other harm

Over the last year and a half, students who have voiced support for Palestinians at Columbia and other universities across the country have faced intense doxing, retaliation, disciplinary sanctions, surveillance, harassment, detention and loss of freedom.

Doxing has had material consequences for students speaking out for Palestinian rights. Plaintiff Khalil believed that it was such a doxing campaign that led to his unlawful abduction by ICE agents over his public support for Palestinian human rights. On the eve of his detention, Khalil sent an email to Columbia's then-interim president Katrina Armstrong, stating: "Since yesterday, I have been subjected to a vicious, coordinated, and dehumanizing doxing campaign led by Columbia affiliates Shai Davidai and David Lederer who, among others, have labeled me a security threat and called for my deportation."[53]  Nearly six weeks before Khalil was taken by ICE, the pro-Israel organization Betar mentioned Khalil on X, saying: "It's 10 pm and @ICEgov is aware of

---

[52] Shubham Saharan and Elina Arbo, *Columbia Law Professors Join Calls to 'Cancel' Kavanaugh as Student Protests Target SCOTUS Nominee,* THE COLUMBIA DAILY SPECTATOR (Oct. 4, 2018), https://www.columbiaspectator.com/news/2018/10/05/columbia-law-professors-join-calls-to-cancel-kavanaugh-as-student-protests-target-scotus-nominee/.

[53] Prem Thakker, *SCOOP: Emails Show Mahmoud Khalil Asked Columbia for Protection a Day Before He Was Detained*, ZETEO (Mar 10, 2025), https://zeteo.com/p/scoop-emails-show-mahmoud-khalil-ask-columbia-protection-ice.

his home address and whereabouts. We have provided all his information to multiple contacts. He's on our deport list!"[54]

Betar has boasted about its efforts to deport students who criticize Israel, stating, in March 2025: "We submitted the names of hundreds of protestors and activists to the Trump administration/DHS urging ICE to deport them under the executive orders."[55] The group is so staunchly pro-Israel, it has even called for the editor of *Jewish Currents*, who visited Columbia's Gaza encampment, to be assassinated over his support for Palestinian rights.[56]

On March 11, 2025, Canary Mission, a blacklist website dedicated to doxing and harassing individuals who speak out in support of Palestinian rights, falsely claimed that a Columbia student who had been outspoken about Palestinian rights was "affiliated with pro-terror groups…." on X.[57] On April 14, student Mohsen Mahdawi was arrested at his naturalization interview.[58] Canary Mission maintains a list of at least seven other students and professors it believes should be deported, several of whom are affiliated with Columbia.[59] Plaintiff Khalil, who is still in detention in Louisiana, is listed on the site.

---

[54] Betar (@Betar_USA), X, (Jan 29, 2025, 8:52 PM), https://x.com/Betar_USA/status/1884796686020550930

[55] Gloria Pazmino and Sabrina Souza, *A Pro-Israel Group Says it Gave US List of Protesters to Deport, Drawing Alarm from Students' Supporters*, CNN (Apr. 2, 2025), https://www.cnn.com/2025/04/02/us/israel-protesters-us-students-deport; See also, Betar (@Betar_USA), X, (Mar 10, 2025, 7:30 AM), https://x.com/Betar_USA/status/1899075454310440964.

[56] @PeterBeinart, X (Feb. 3, 2025, 5:07 PM), https://x.com/PeterBeinart/status/1886552010893492354.; Peter Beinart, *Six Observations about the Campus Protests* THE BEINART NOTEBOOK (May 6, 2024), https://peterbeinart.substack.com/p/six-observations-about-the-campus

[57] @CanaryMission, X (Mar. 11, 2025, 10:20 AM), https://x.com/canarymission/status/1899480656163299782

[58] Leila Fadel, et. al., *Mohsen Mahdawi — The Columbia Student Arrested at His Citizenship Appointment — Speaks,* NPR (Apr. 29, 2025), https://www.npr.org/2025/04/29/nx-s1-5377484/columbia-student-mohsen-mahdawi-citizenship-arrest.

[59] Zack Beauchamp, *This Pro-Israel Group Keeps a Blacklist. Now it's Taking Credit for Deportations*, VOX (Apr 25, 2025), https://www.vox.com/politics/410125/canary-mission-the-pro-israel-group-taking-credit-for-student-deportation-explained

13

Immigration lawyers and experts have noted "that the information circulated by Canary Mission and another pro-Israel group, Betar, may be providing road maps for ICE enforcement actions."[60] Defendant Walberg has cited to both Betar and Canary Mission as sources he has relied on.[61]

Columbia students who have publicly criticized Israel's genocide in Gaza have also been targeted by SLAPPs. In July 2024, anonymous pro-Israel individuals sued Columbia students publicly known to be affiliated with the encampment, including Plaintiff Khalil, along with a laundry list of individuals over the Gaza solidarity encampments.[62] In March 2025, Columbia students who publicly criticized Israel's actions were sued under the Antiterrorism Act.[63] In April 2025, Columbia student Grant Miner, who publicly explained that it is his Jewish identity "and knowledge of what our people have gone through … [that] makes [him] stand up against the ongoing genocide of the Palestinian people"—was sued, along with two other students who were public about their role in the Gaza Solidarity Encampment.[64] The lawsuit, *Torres et al. v. Carlson et al.*, cites to the

---

[60] Stephanie Saul, *A Mysterious Group Says Its Mission Is to Expose Antisemitic Students,* THE NEW YORK TIMES (Apr. 1, 2025), https://www.nytimes.com/2025/04/01/us/israel-gaza-student-protests-canary-mission.html

[61] Letter from Tim Walberg, Chairman, Comm. on Educ. and Workforce and Burgess Owens, Chairman, Subcomm. on Higher Educ. and Workforce Development to Mr. Michael Schill, President, Northwestern Univ. and Mr. Peter J. Barris, Chair, Bd. of Trs. Northwestern Univ. (Mar. 27, 2025), https://edworkforce.house.gov/uploadedfiles/ltr_to_northwestern_3.27.25.pdf.
In their letter demanding the release of information regarding the university's Bluhm Legal Clinic, Committee chairmen cite to Canary Mission as a source they relied on.

[62] Complaint, Doe. et al. v. Alwan et al., Index No. 157032/2024 (N.Y. Sup. Ct. Jul. 26, 2024), NYSCEF Doc. No. 2, available at https://iapps.courts.state.ny.us/nyscef/ViewDocument?docIndex=wgp_PLUS_M8EM76ZQuRsL86E/pw==; Colette Holcomb and Spencer Davis, *ACLU Files Motion to Dismiss Lawsuit Against Columbia-AAUP,* COLUMBIA DAILY SPECTATOR (Jan. 21, 2025), https://www.columbiaspectator.com/news/2025/01/21/aclu-files-motion-to-dismiss-lawsuit-against-columbia-aaup/.

[63] Heather Chen, *Families of October 7 Victims Claim Columbia Student Organizations are 'Hamas' Propaganda Arm' in Lawsuit,* COLUMBIA DAILY SPECTATOR (Apr. 1, 2025), https://www.columbiaspectator.com/news/2025/04/01/families-of-october-7-victims-claim-columbia-student-organizations-are-hamas-propaganda-arm-in-lawsuit/.

[64] Emily Pickering, et. al., *Facilities Workers Sue Protesters for Alleged Assault During Hamilton Hall Occupation,* COLUMBIA DAILY SPECTATOR (May 5, 2025),

Defendant Committee's *Antisemitism on College Campuses Exposed* report ("October 2024 report") mentioned herein that revealed potentially identifying information about student discipline.[65]

Lastly, Columbia students who are known to have criticized Israel or detained at protests have had their student visas summarily revoked, been targeted for deportation, held in ICE detention or have self-deported.[66] On March 14, 2025, the Justice Department announced that it would be investigating whether Columbia students who protested Israel's genocide in Gaza violated federal terrorism laws.[67]

Columbia students rightly fear and are chilled by the prospect that any speech activity critical of Israel will cause them to be investigated by their school and that when those investigation records are turned over to Congressional Defendants, they could be leaked to groups who claim to have close ties to the government. This real and imminent fear exists despite any redaction of student names from disciplinary records, as identifying information can still be revealed in other

---

https://www.columbiaspectator.com/news/2025/05/05/facilities-workers-sue-protesters-for-alleged-assault-during-hamilton-hall-occupation/; Grant Miner, *Columbia Expelled Me for My Palestine Activism, But I Won't Be Silenced,* THE NATION (Mar. 26, 2025), https://www.thenation.com/article/activism/grant-miner-columbia-expelled-palestine/

[65] Complaint & Demand for Jury Trial at 6, Torres et. al. v Carlson et al., Civil Action No. 25-cv-3474 (S.D.N.Y. Apr. 25, 2025), Doc. No. 1 *citing* Republican Staff Report, *supra* note 103.

[66] Luis Ferré-Sadurní and Hamed Aleaziz, *How a Columbia Student Fled to Canada After ICE Came Looking for Her,* THE NEW YORK TIMES (Mar. 15, 2025), https://www.nytimes.com/2025/03/15/nyregion/columbia-student-kristi-noem-video.html; Jake Offenhartz, *NYPD Shared A Palestinian Protester's Info With ICE. Now It's Evidence In Her Deportation Case,* AP NEWS (May 2, 2025), https://apnews.com/article/nypd-ice-leqaa-kordia-trump-palestinian-protests-90c6f446f431e8cec23a93172e1eb0b8; Student Workers of Columbia (@sw_columbia), INSTAGRAM, https://www.instagram.com/p/DHgKSBiRmPd/ (last visited May 21, 2025); Maria Cramer and Chelsia Rose Marcius, *Why Did the N.Y.P.D. Hand Over a Sealed Arrest to Homeland Security?,* NY TIMES (May 6, 2025), https://www.nytimes.com/2025/05/06/nyregion/nypd-ice-deportation-case-sealed-records.html; Maanvi Singh, *Student who sued Trump takes powerful stand against 'constant dread' of deportation threats*, THE GUARDIAN (Mar. 26, 2025), https://www.theguardian.com/us-news/2025/mar/25/columbia-gaza-protester-yunseo-chung-lawsuit.

[67] @DropSiteNews, X (Mar. 14, 2025, 2:27 PM), https://x.com/DropSiteNews/status/1900629992167317822.

ways. For example, the Committee's October 2024 report revealed "information such as organization and school affiliations in addition to detailed descriptions of social media posts, copies of emails, and narratives of the alleged incidents."[68]

**II.    The government's purpose for obtaining student records is to suppress First Amendment protected speech supporting Palestinian rights and serves no legitimate purpose**

The Trump Administration and members of the House Committee on Education and the Workforce have bluntly and repeatedly expressed their desire to stop speech critical of Israel from taking place on college campuses, stating that students who engage in protests or express support for Palestinian rights on social media should be swiftly punished—and even deported and investigated by the FBI. At times, the Government Defendants have tried to disguise this viewpoint discrimination as fighting antisemitism or protecting Jewish students. It is not. Speech critical of a nation's policies is protected under the First Amendment and does not trigger a finding of a hostile environment under civil rights laws like Title VI of the Civil Rights Act of 1964. That is because such speech targets a nation over its policies, not a group of people over their identity. Speech activity opposing Israel's genocide of Palestinians in Gaza concerns "'political change'" which "is also 'core political speech', and thus 'trenches upon an area in which the importance of First Amendment protections *is at its zenith*.'" *Mahdawi v. Trump*, No. 25-1113, 2025 U.S. App. LEXIS 11240, at *27 (2d Cir. May 9, 2025), citing *Ragbir v. Homan*, 923 F.3d 53, 70 (2d Cir. 2019) (quoting *Meyer v. Grant*, 486 U.S. 414, 421–22, 425 (1988)) (emphasis in *Ragbir*).

---

[68] Sarah Huddleston, *Columbia's production of disciplinary cases in congressional subpoena raises privacy concerns*, COLUMBIA DAILY SPECTATOR (Dec. 3, 2024), https://www.columbiaspectator.com/news/2024/12/03/columbias-production-of-disciplinary-cases-in-congressional-subpoena-raises-privacy-concerns/.

In their February 13 letter requesting documents relating to disciplinary records related to several protests and other expressive conduct—including a protest of former Secretary of State Hilary Clinton over her foreign policy actions including in Iraq, Libya and Gaza, the building occupation of Hamilton Hall (April 29), red paint on the Alma Mater statue and chants calling for a "Ceasefire Now" and "Intifada, Intifada" (Uprising, Uprising), and an off-campus art exhibit, Congressional Defendants suggest that speech activity critical of war or government support for war creates a hostile environment for Jewish students. This is an incorrect interpretation of Title VI of the Civil Rights Act of 1964, which does not prohibit opposing, as a matter of principle, the actions taken by national governments or even supporters of those actions. *See, e.g.*, *B.W. v. Austin Indep. Sch. Dist.*, 121 F.4th 1066, 1068 (5th Cir. 2024) (en banc) (Richman, P., concurring).

Title VI prohibits discrimination on the basis of race, color or national origin in programs or activities that receive federal funding, a protection which the U.S. Department of Education ("DOE") has asserted and courts have found also extends to actual or perceived shared ancestry or ethnic characteristics.[69] *See T.E. v. Pine Bush Cent. Sch. Dist.*, 58 F. Supp. 3d 332, 353-55 (S.D.N.Y. 2014) (holding that discrimination based on shared ancestry and ethnic characteristics is prohibited by Title VI); see also 42 U.S.C. § 2000d; 34 C.F.R. § 100.3(b)(1)(iv) and (vi).

To establish a hostile environment claim under Title VI, the acts at issue must (i) target a protected class; (ii) be so "severe, pervasive, and objectively offensive" that they limit or deny a person's ability to access a school's education program or activity; and (iii) be met by institutional deliberate indifference. 42 U.S.C. § 2000d; *Zeno v. Pine Plains Cent. Sch. Dist.*, 702 F.3d 655, 665 (2d Cir. 2012) (citing *Davis ex rel. Lashonda D. v. Monroe Cnty. Bd. of Educ.*, 526 U.S. 629, 643

---

[69] Title VI of Civil Rights Act of 1964, 42 U.S.C.S. § 2000d ("Title VI's protection from race, color, and national origin discrimination extends to students who experience discrimination, including harassment, based on . . . shared ancestry or ethnic characteristics . . . .").

(1999)). The DOE Office for Civil Rights (OCR), which enforces Title VI, has long recognized that "to be prohibited by the statutes within OCR's jurisdiction, [harassment] must include something beyond the mere expression of views, words, symbols or thoughts that some person finds offensive." [70] Title VI protects students from "prohibited discrimination" and does not "restrict the exercise of expressive activities or speech that are protected under the First Amendment," which is "particularly relevant in the university environment, where academic freedom fosters the robust exchange of ideas."[71]

Thus, OCR and federal courts have found that speech activity criticizing Israel's treatment of Palestinians, like a film and panel discussion on Palestine, a teach-in on Gaza, street theatre depicting Palestinians navigating Israeli army checkpoints, T-shirts encouraging students to support Palestine, debates concerning university divestment from companies that support Israel's human rights abuses, and a talk on divesting from companies complicit in Israel's human rights abuses to be "robust and discordant expression", that regularly takes place on college campuses, does not constitute actionable harassment.[72] The expression of views critical of Israel—even where it personally offends—is political speech, not actionable harassment based on membership in a protected group. See, e.g., U.S. Dep't of Educ. Off. for Civ. Rts., First Amendment: Dear Colleague Letter at 16 (May 7, 2024), https://www.ed.gov/sites/ed/files/about/offices/list/ocr/letters/colleague-202405-shared-ancestry.pdf (noting that "OCR similarly interprets Title VI to not

---

[70] U.S. Dep't of Educ. Off. for C.R., *First Amendment: Dear Colleague [OCR-00028]* (Jul. 28, 2003), https://www.ed.gov/about/offices/list/ocr/firstamend.html.

[71] Letter from Zachary Pelchat, Team Leader, U.S. Dep't of Educ., to Robert J. Birgeneau, Off. of Chancellor, Univ. of Cal. Berkeley (Aug. 19, 2013), https://news.berkeley.edu/wp-content/uploads/2013/08/DOE.OCR_.pdf.

[72] Brief for Am. Ass'n of Univ. Professors as Amici Curiae Supporting Plaintiffs at footnote 11, Am. Ass'n of Univ. Professors at al. v. U.S. Dep't of Justice et al., No. 1:25-cv-02429-MKV (S.D.N.Y. 2025) (No. 87-2).

be implicated by conduct based solely on political views");[73] *see also Landau v. Corp. of Haverford Coll.,* No. 24-2044, 2025 U.S. Dist. LEXIS 1402, at \*3 (E.D. Pa. Jan. 6, 2025) ("reject[ing] Plaintiffs' embedded proposition that any anti-Israel speech is intrinsically antisemitic, because reasonable people acting in good faith can challenge decisions of the Israeli government without harboring antisemitic views."). There is, unfortunately, a long and troubled history of Israel advocacy groups trying to silence criticism of Israel's policies and undermine advocacy for Palestinian rights by falsely labeling such speech activity as antisemitism.[74]

Congressional Defendants are trying to do the same here, to show that there is a legitimate purpose in seeking such records.[75] As the Court in *Watkins v. United States* made clear, however, "No inquiry is an end in itself; it must be related to, and in furtherance of, a legitimate task of the Congress. Investigations conducted solely for the personal aggrandizement of the investigators or to "punish" those investigated are indefensible." 354 US 178, 187 (1957). Suppressing First Amendment protected speech provides no such legitimate purpose and would solely be a means of punishing students for their speech.

    **A. Student speech critical of Israel's genocide is protected by the First Amendment and does not trigger Title VI of the Civil Rights Act of 1964**

---

[73] In a lengthy footnote, OCR notes that "Such distinctions have been drawn in Title VII cases to distinguish offensive political remarks from discriminatory harassment based on race, color, national origin, religion, and sex.

[74] *See* Ctr. for Const. Rts. & Palestine Legal, The Palestine Exception to Free Speech: A Movement Under Attack in the US (2015), https://ccrjustice.org/the-palestine-exception.

[75] *See, e.g.,* Press Release, Rep. Jerry Nadler, Nadler Condemns Trump's Continued Assault on Higher Education (Apr. 1, 2025), https://nadler.house.gov/news/documentsingle.aspx?DocumentID=396306; Michael S. Roth, *Trump is Selling Jews a Dangerous Lie*, N.Y. Times (Apr. 7, 2025), https://www.nytimes.com/2025/04/07/opinion/trump-jewish-antisemitism-wesleyan.html; Michelle Goldberg, *I Can't Believe Anyone Thinks Trump Actually Cares About Antisemitism*, N.Y. Times (Apr. 28, 2025), https://www.nytimes.com/2025/04/28/opinion/trump-antisemitism-jews-israel.html.

Congressional Defendants have asked for disciplinary records, complete case files, charges, proposed sanctions and enacted sanctions for individuals "implicated" in 11 protest actions opposing Israel's genocide of Palestinians, including: the occupation of Hamilton Hall, a protest of former Secretary of State Hilary Clinton's class, a protest on October 7, a November 9-10 art exhibition[76], a November 21 pro-Palestinian march[77], protests targeting Columbia's trustees and noting that language such as "Ceasefire Now," "Intifada" and "Crush Zionism" were used at some of these protests.[78]

These events and the language used at these events constitute purely political speech criticizing Israel's killing of Palestinians and expressing support for Palestinian equality not harassment directed at Jewish students. Indeed, upon information and belief, many Jewish students partook in these protests and used these slogans—and were investigated and punished for doing so.[79]

### 1. Hamilton Hall and the Gaza solidarity encampments targeted Israel's genocide in Gaza

On the evening of April 29, dozens of students, inspired by similar actions in Columbia's history, entered Hamilton Hall, barricading themselves inside, as described above. Throughout the occupation of Hamilton Hall and the above-mentioned Gaza solidarity encampments, student

---

[76] Rhea Nayyar, *Exhibition Looks Back at Columbia's Gaza Solidarity Encampments,* HYPERALLERGIC (November 12, 2024), https://hyperallergic.com/965341/exhibition-looks-back-at-columbia-university-gaza-solidarity-encampments/

[77] Daksha Pillai, *Pro-Palestinian Protesters Call to 'Sever All Ties With Hillel' Outside Kraft Center,* COLUMBIA DAILY SPECTATOR (November 22, 2024), https://www.columbiaspectator.com/news/2024/11/22/pro-palestinian-protesters-call-to-sever-all-ties-with-hillel-outside-kraft-center/.

[78] Letter from Tim Walberg, Chairman, Comm. on Educ. and Workforce to Dr. Katrina Armstrong, Interim President, Columbia Univ., Mr. David Greenwald and Ms. Claire Shipman, Co-Chairs, The Trs. of Columbia Univ. (Feb. 13, 2025), https://edworkforce.house.gov/uploadedfiles/2.13.25_columbia_letter.pdf.

[79] Brief for Am. Ass'n of Univ. Professors as Amici Curiae Supporting Plaintiffs at 9–10, 12–14, Am. Ass'n of Univ. Professors et al. v. U.S. Dep't of Justice et al., No. 1:25-cv-02429-MKV (S.D.N.Y. 2025) (No. 87-2).

protestors of a wide variety of faiths and backgrounds expressed criticism of Israel's policies, particularly Israel's ongoing assault on Palestinians in Gaza.

Grant Miner, a Jewish student protestor who was expelled over alleged participation in the Hamilton Hall occupation explained: "We are totally opposed to any sort of antisemitic speech… We are here…standing in solidarity with Palestine. And we refuse – our Jewish members refuse – to equate that with antisemitism."[80] In fact, Jewish students made up a significant portion of students speaking out against Israel's killing of Palestinians.[81] Two Jewish student groups, Columbia Jewish Voice for Peace and CU Jews for a Ceasefire, held highly publicized Shabbat services as well as a Passover seder at the Gaza Encampment, which was prepared in the Jewish Theological Seminary kosher kitchen.[82]

Though the takeover of Hamilton Hall may have broken school rules, that does not create a hostile environment for Jewish students any more than the 1968 takeover over of Hamilton Hall in protest of the United States' war in Vietnam created a hostile environment for American students or on-campus marches in protest of South African apartheid created a hostile environment for white Afrikaners. In each case, the underlying speech acts amounted to political criticism of a nation's policies and were not targeted at members of a protected class.

       **2. Pouring red paint on Columbia's Alma Mater statue targeted Columbia's over its refusal to divest**

---

[80] Luis Ferre-Sadurni, Colbi Edmonds & Liset Cruz, *Some Jewish Students Are Targeted as Protests Continue at Columbia,* N.Y. TIMES (Apr. 21, 2024), https://www.nytimes.com/2024/04/21/nyregion/columbia-protests-antisemitism.html.

[81] Miner, *supra* note 64.

[82] Amira McKee & Sarah Huddleson, *'Gaza Solidarity Encampment' Approaches One-Week Mark on South Lawn*, COLUMBIA SPECTATOR (Apr. 23, 2024 3:04 AM), https://www.columbiaspectator.com/news/2024/04/23/gaza-solidarity-encampment-approaches-one-week-mark-on-south-lawn/; Arielle Angel, *Jewish Organizing at Columbia's Encampment,* JEWISH CURRENTS (Apr. 25, 2024) https://jewishcurrents.org/jewish-organizing-at-columbias-encampment (noting "Frankly, I found the scene heartening, and wholesome, and welcoming.").

On September 3, 2024, red paint was poured on Columbia's bronze Alma Mater statue during a protest where students chanted "Free, free Palestine," called for divestment, and handed out flyers noting that "Gazan students have no universities left to which they can return.[83]

Alma Mater has been the site of student protest for decades. In 1988, red paint was splattered on the statue as part of an action denouncing Columbia for investing in the South African apartheid regime.[84] In 1968, the poster "RAPED BY THE COPS" was placed between her arms, amidst campus protests on race and segregation.[85] In 1994, Alma Mater was hidden by a 14-foot black box to draw attention to the AIDS epidemic.[86] And, on October 9, 2023, dozens of candles were placed on and in front of Alma Mater "for a unity vigil in support of the State of Israel."[87]

Though no group publicly took responsibility for the September 3 incident, the pouring of red paint over a statue that represents and personifies Columbia as an educational institution is clearly a political statement and does not target any individual on the basis of a protected identity. The red paint suggests the "blood" on Columbia's hands for what students believe is the

---

[83] Rebecca Massel, *Dozens Of Pro-Palestinian Protesters Picket on First Day of Classes,* COLUMBIA DAILY SPECTATOR (Sept. 4, 2024), https://www.columbiaspectator.com/news/2024/09/04/dozens-of-pro-palestinian-protesters-picket-on-first-day-of-classes/; Isa Farfan, *Columbia University's "Alma Mater" Sculpture Drenched in Red Paint,* HYPERALLERGIC (Sept. 4, 2024), https://hyperallergic.com/948132/columbia-university-alma-mater-sculpture-drenched-in-red-paint

[84] Jonathan Earle and Joshua C. Gillette, *Unknown Vandals Splatter Alma Mater with Red Paint,* COLUMBIA DAILY SPECTATOR (May 18, 1988), https://spectatorarchive.library.columbia.edu/?a=d&d=cs19880518-01.2.4.

[85] Manan Vij, *A Picture-Perfect Memory: Looking Back at Alma Mater,* COLUMBIA DAILY SPECTATOR (Aug. 22, 2022), https://www.columbiaspectator.com/the-eye/2022/08/22/a-picture-perfect-memory-looking-back-at-alma-mater/; *Alma Mater: In the 20th Century*, COLUMBIA UNIV. ARCHIVES, https://library.columbia.edu/libraries/cuarchives/resources/almaearly/alma20cent.html (last visited May 21, 2025).

[86] Oshrat Carmiel, *CU Observes "A Day Without Art,"* COLUMBIA DAILY SPECTATOR (Dec. 2, 1994), https://spectatorarchive.library.columbia.edu/?a=d&d=cs19941202-01.1.24

[87] Columbia/Barnard Hillel (@cbhillel), INSTAGRAM, https://www.instagram.com/p/CyM4FM3NIwe/ (last visited May 21, 2025).

university's complicity in Israel's genocide.[88] This is a political statement against the policies of the Israeli government, and not an act of discrimination towards a group of people.

### 3. The protest of Hilary Clinton's class targeted the foreign policy decisions of a former government official

Defendant Committee also falsely characterizes the September 4, 2024 protest of former Secretary of State Hillary Clinton over foreign policy decisions as discriminating against Jews. On September 4, as Clinton was set to teach a class at Columbia SIPA where she was to reflect on her experiences of political crisis decision-making,[89] a group of about thirty students gathered outside. According to news reports and social media posts, students chose to protest Clinton because they believed she is "a politician who has benefited off the backs of the global south" and "[a]s secretary of state, Clinton backed arm [sic] deals to bomb Yemen, interfered in Haitian elections, & lied about 'mass rape in Libya' to support a regime change."[90] Pro-Israel counter-protesters were also present at the sit-in, waving Israeli flags.[91]

Speech criticizing the actions of government officials is not only protected under the First Amendment but "a major purpose of that Amendment." *Mills v. Alabama*, 384 U.S. 214, 218 (1966). There is simply no legitimate basis for Congressional Defendants to investigate whether a university cracked down hard enough over a student protest criticizing the actions of the former Secretary of State.

---

[88] Rasha Khatib, et al., *Counting the Dead in Gaza: Difficult but Essential*, THE LANCET, Volume 404, Issue 10449, 237-238 (Jul. 20, 2024), https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(24)01169-3/.

[89] Paul Hond, Inside the situation room with professor Hillary Clinton, COLUMBIA MAGAZINE, (Winter 2023-2024), https://magazine.columbia.edu/article/inside-situation-room-professor-hillary-clinton.

[90] @ColumbiaSJP, X (Sep. 4, 2024), https://x.com/ColumbiaSJP/status/1831337907774165243.

[91] Anvee Bhutani, *Tensions Simmer – But Don't Boil Over – as Columbia Students Return to Campus*, THE GUARDIAN (Sept. 7, 2024), https://www.theguardian.com/us-news/article/2024/sep/07/columbia-university-students-protest

### 4. Art exhibits featuring political posters and paintings of Gaza children support Palestinian rights

Congressional defendants also requested document records relating to a November 9–10 Hind's House art exhibition.[92] The exhibit, as detailed in a Columbia Spectator Arts and Culture article, featured mixed-media self-portraits with messages such as "ceasefire now" and "end the genocide," which the artist called "a reflection of being human," a sculpture of old televisions showing footage from Gaza, an exhibit featuring a large canvas with the words, "Bombs. Drones. Missiles. Starvation. Misinfo- NYPD On Campus," a large quilt titled "From Occupation to Liberation" and a painting of Hind Rajab.[93] One artist shared that she hoped her art "created a soft space to contemplate the violence inflicted upon Gaza and the West Bank."[94]

Art exhibits are protected by the First Amendment.  See, *Brooklyn Inst. of Arts & Scis v. City of N.Y. & Rudolph W. Giuliani*, 64 F. Supp. 2d 184, 198-200 (E.D.N.Y. 1999) (finding the government violated museum's First Amendment rights by threatening to cut off funding over an exhibition critical of religion.)

### 5. Slogans such as "Ceasefire Now" and "Crush Zionism" target Israel over its policies

Congressional Defendants request disciplinary records for instances where students used slogans calling for an end to violence, supporting equal rights for Palestinians or calling for uprising so that the former can be achieved.

The slogan "Ceasefire Now" is a call to end violence and does not target Jewish students any more than a call for a ceasefire between India and Pakistan targets Hindu students. Similarly,

---

[92] Letter, *supra* note 78.

[93] Emily Chen, *Hinds House Collective's Multimedia Exhibit Explores the Pro-Palestinian Movement With Art from Around the World,* COLUMBIA DAILY SPECTATOR (November 13, 2024), https://www.columbiaspectator.com/main/2024/11/13/hinds-house-collectives-multimedia-exhibit-explores-the-pro-palestinian-movement-with-art-from-around-the-world/; Nayyar, *supra* note 76.

[94] Nayyar, *supra* note 76.

"Crush Zionism" expresses the view that the political ideology of Zionism is discriminatory and racist and should end, and is akin to slogans such as "Crush Segregation" or "Crush Apartheid."[95] "Crush colonialism," is similarly a political statement meant to express a view opposing a system governance. "Intifada" means uprising in Arabic and has been used to describe struggles for liberation ranging from the Arab Spring Uprisings to the Warsaw Ghetto Uprising.[96] It is a call to join the struggle for Palestinian liberation.

None of these slogans target Jewish people, and in fact are used by Jewish students who support freedom and equality for all.

**B. Defendants have made it clear that the goal of their actions is to suppress and chill speech critical of Israel**

The Government Defendants have made it crystal clear that their purpose is to stop students from criticizing Israel. President Trump has been explicit about his intent to deport students who protest Israel's actions in Gaza, stating, in a closed-door meeting with donors: "[A]ny student that protests, I throw them out of the country."[97] Even prior to being elected, Trump promised to squash the movement for Palestine by saying, to a roomful of donors: "…if you get me reelected, we're going to set that movement back 25 or 30 years."[98] Secretary of State Rubio has repeatedly made similar statements, most recently stating, after protesters engaged in the above-described May 7 protest, "We are reviewing the visa status of the trespassers and vandals who took over Columbia

---

[95] *Our Approach to Zionism*, JEWISH VOICE FOR PEACE, https://www.jewishvoiceforpeace.org/resource/zionism/ (last visited May 21, 2025).

[96] Juan Cole, *Intifada in Arabic just means Uprising or Mass Protest; it is used for the Jewish Warsaw Uprising*, INFORMED COMMENT (May 1, 2024), https://www.juancole.com/2024/05/intifada-uprising-protest.html.

[97] Josh Dawsey, et. al., *Trump Told Donors He Will Crush Pro-Palestinian Protests, Deport Demonstrators,* THE WASHINGTON POST (May 27, 2024), https://www.washingtonpost.com/politics/2024/05/27/trump-israel-gaza-policy-donors/

[98] Dawsey, *supra* note 9797.

University's library."[99] Members of the Committee have been similarly straightforward about their true purpose. For example, Committee member Elise Stefanik called for an FBI investigation into a student group that expressed its view that people living under occupation would need to use "armed resistance" against "the oppressor" "where [they've] exhausted all peaceful means of resolution."[100] During the Committee's May 7, 2025 hearing on antisemitism with the presidents of Haverford, DePaul and California Polytechnic State University, Chairman Walberg began with the question: "Please tell me how many students at your schools have been suspended and how many have been expelled for antisemitic conduct since October 7, 2023?"[101] Given the Committee's portrayal of any criticism of Israel as antisemitism, Walberg made clear his priority is to get pro-Palestinian students off college campuses.

Moreover, the Trump Administration has put these words into practice by attempting to deport students critical of Israel. Since March, at least five Columbia students have been targeted by ICE, actions lauded by Committee members.[102]

In its own 325-page report, the Committee makes it clear that it is speech critical of Israel that it is concerned about, not the targeting of Jewish students.[103] For example, the Committee

---

[99] Secretary Marco Rubio (@SecRubio), X (May 7, 2025, 8:44 PM), https://x.com/SecRubio/status/1920293818194178397.

[100] Emily Forgash, *Stefanik, Ernst Pen Letter Urging FBI to Investigate CUAD For Making 'Violent Threats',* COLUMBIA DAILY SPECTATOR (Oct. 14, 2024), https://www.columbiaspectator.com/news/2024/10/14/stefanik-ernst-pen-letter-urging-fbi-to-investigate-cuad-for-making-violent-threats/ ("CUAD wrote in its Oct. 8 post that the organization does 'support liberation by any means necessary, including armed resistance" and that "in the fact of violence from the oppressor equipped with the most lethal military force on the planet, where you've exhausted all peaceful means of resolution, violence is the only path forward.").

[101] Beyond the Ivy League, *supra* note 27 (see video at 31:52–32:07).

[102] See Randy Fine (@VoteRandyFine), X (Mar 13, 2025, 8:36 AM), https://x.com/VoteRandyFine/status/1900179149039325508;  Byran Schott, *Rep. Burgess Owens brands arrested Palestinian student a 'terrorist' without proof*, UTAH POLITICAL WATCH (Mar. 12, 2025), https://www.utahpoliticalwatch.news/rep-burgess-owens-brands-arrested-palestinian-student-a-terrorist-without-proof/.

[103] Republican Staff Report, *Antisemitism on College Campuses Exposed,* COMM. ON EDUC. AND THE WORKFORCE. (May 8, 2025), https://edworkforce.house.gov/uploadedfiles/10.30.24_committee_on_education_and_the_workforce_republican_staff_report_-_antisemitism_on_college_campuses_exposeld.pdf

Report accuses Northwestern University of having "entertained" hiring an anti-Zionist rabbi—citing to an email from anti-Zionist Jewish students asking for such a rabbi to be hired—suggesting that Jewish students who do not believe in the political ideology of Zionism are antisemitic.[104] Not only does this show that the Committee is not interested in protecting Jewish students—whom it accuses of being antisemites—such arguments raise Establishment Clause concerns.[105]

The report also hones in on Columbia, specifically mischaracterizing anti-government speech as antisemitism in absurd ways. For example, the Report lists an incident where a student allegedly stole an NYPD officer's hat and threw it into a crowd during a rally for Gaza as an example that Columbia "was the site of some of the most disturbing and extreme antisemitic conduct violations in the country."[106] The report also characterizes student demands during the encampments (which include divestment and developing a joint program with Al-Quds University) as "extreme" and criticizes Columbia for considering them—though Columbia divested from Apartheid South Africa and has joint programs at several other foreign universities, including schools based in Paris, Ireland, Hong Kong and Israel.[107] The Committee even admits that its concerns are about anti-government speech when it says about divestment: "If adopted, these proposals would have further politicized the University and opened the door to divestment from companies tied to Israel and from defense manufacturers supplying not only Israel, but also the United States and other U.S. allies."[108]

---

[104] Id at 14.

[105] Republican Staff Report, *supra* note 103, at 17.  *See* Itamar Mann & Lihi Yona, <u>Defending Jews From the Definition of Antisemitism</u>, 71 UCLA L. Rev. 1150, 1155 (2024) ("the redefinition of antisemitism should be seen as a governmental interference in religion, deciding the content of Jewish identity, in violation of the Establishment Clause.").

[106] Republican Staff Report, *supra* note 103103, at 62.

[107] Republican Staff Report, *supra* note 103103, at 20; *International Dual Degree Programs*, COLUMBIA UNIV. https://www.gs.columbia.edu/content/international-dual-degree-programs (last visited May 22, 2025);

[108] Republican Staff Report, *supra* note 103, at 20.

Defendants claim their request for records is protecting Jewish students. But the factual record demonstrates that they are looking not to prevent discrimination, but to prevent a specific political viewpoint from being shared. By allowing disclosure, the court risks contributing to the chilling of that political speech—a grave threat to free expression.

## **CONCLUSION**

For the foregoing reasons, this Court should grant Plaintiffs' Motion for a Preliminary Injunction.

Dated: May 23, 2025

Respectfully submitted,

*/s/Radhika Sainath*
Radhika Sainath *
Sabiya Ahamed *
PALESTINE LEGAL
55 Exchange Place
New York, NY 10005
(312) 964-2667
radhika@palestinelegal.org
sahamed@palestinelegal.org

*\* Pro hac vice application pending*

*Counsel for Amicus Curiae for*
*Palestine Legal*

28

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Brief of Amicus Curiae complies with the type-volume limitation of Local Civil Rule 7.1(c) because it contains 8,704 words exclusive of those items excluded from length limits.

*/s/Radhika Sainath*
Radhika Sainath