**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MAHMOUD KHALIL et al., | |
| Plaintiffs, | |
| v. | Case No. 1:25-cv-02079-AS |
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK et al., | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF
AMICUS CURIAE OF PALESTINE LEGAL**

On May 23, 2025, amicus curiae Palestine Legal filed an Unopposed Motion for Leave to

File a Brief of Amicus Curiae in Support of Plaintiffs' Second Amended Complaint. Having

considered the pleadings and papers connected therewith, it is hereby ORDERED that Palestine

Legal's Motion is GRANTED, and the Brief of Amicus Curiae submitted with Palestine Legal's

Motion shall be filed.

SO ORDERED.

Dated: _____,

_____
HONORABLE ARUN SUBRAMANIAN
UNITED STATES DISTRICT COURT JUDGE