# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHMOUD KHALIL, *et al.*,<br><br>      *Plaintiffs*,<br><br> v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, *et al.,*<br><br>      *Defendants.* | Case No. 1:25-cv-02079-AS |

## NOTICE OF CONGRESSIONAL DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), and for the reasons set forth in the accompanying Memorandum in Support, Congressional Defendants, the Committee on Education and Workforce of the U.S. House of Representatives and its Chairman Tim Walberg, move for an Order dismissing Claims I and III of Plaintiffs' Second Amended Complaint, ECF No. 62.

                    Respectfully submitted,

                    */s/ Matthew Berry*
                    MATTHEW BERRY
                        *General Counsel*
                    TODD B. TATELMAN
                        *Deputy General Counsel*
                    ANDY T. WANG
                        *Associate General Counsel*

                    OFFICE OF GENERAL COUNSEL
                    U.S. HOUSE OF REPRESENTATIVES
                    5140 O'Neill House Office Building
                    Washington, D.C. 20515
                    (202) 225-9700 (telephone)
                    matthew.berry@mail.house.gov

                    *Counsel for Congressional Defendants*

May 23, 2025

## CERTIFICATE OF SERVICE

      I certify that on May 23, 2025, I caused the foregoing document to be filed via this Court's CM/ECF system, which I understand caused service on all registered parties.

                                        /s/ *Matthew Berry*
                                        Matthew Berry