# Exhibit F

Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006

T +1 202.887.4000
F +1 202.887.4288
akingump.com



**Karen Elizabeth Christian**
Partner
+1 202.887.4265
kchristian@akingump.com

**CONFIDENTIAL TREATMENT REQUESTED**

February 27, 2025

The Honorable Tim Walberg
Chairman, Committee on Education & the Workforce
U.S. House of Representatives
Washington, D.C. 20515

      Re:    <u>February 13, 2025 Letter to Columbia University</u>

Dear Chairman Walberg:

Interim President Katrina Armstrong and Board of Trustees Co-Chairs Claire Shipman and David Greenwald have asked to provide an initial response on behalf of my client, Columbia University, to the Committee's February 13, 2025, letter to Columbia. This letter will be accompanied by a production of documents. Columbia appreciates the opportunity to continue to cooperate with the Committee's inquiries and Interim President Katrina Armstrong appreciated the opportunity to speak with you directly.

Columbia is today producing materials in response to the Committee's request for the disciplinary case files related to eleven events at the University. Today's production, numbered Columbia-HCEW-00126708 to Columbia-HCEW-00139646, contains the existing, nonprivileged case files for each of the eleven events that have been identified for production to date, subject to the limitations discussed below. As further developments related to these matters occur, we welcome further conversations with your staff to provide updates.

As you know, Interim President Armstrong has taken swift action with regard to recent incidents on campus. To highlight a few:

**January 21 Class Disruption:** President Armstrong immediately condemned the incident and launched an expedited investigation. The University modified its security protocols right after the event, including requiring CUID swipe for building access on Morningside campus. The University further mobilized its Public Safety team to prevent future incidents, including identifying and directing additional resources to classes at increased risk for disruption. The University quickly identified and suspended a Columbia participant, and banned the other identified participants from its campus.

**January 29 Vandalism:** The University immediately condemned the vandalism at its Business School and School of International and Public Affairs and brought in law enforcement to investigate those crimes. Those investigations are continuing with the full cooperation of the University.



**Condemnation of CUAD**: On January 24, 2025, and February 6, 2025, the University again denounced the promotion of violence and terror in the Columbia community and made clear that CUAD is not recognized, authorized, or supported by the University. The University's statements unequivocally reject any materials that glorify violence. As you will see in the production, the University has launched an investigation into many of CUAD's actions both on campus and on social media and is working expeditiously to move that matter forward.

To further assist the Committee, Appendix A to this letter summarizes the various disciplinary processes on campus and changes the University has implemented under new leadership to confront and address issues of antisemitism and discrimination on campus and to strengthen the learning environment for the benefit of all its students.

In general, today's production contains the documents for each case file in the order in which the events are listed in the Committee's letter. In addition, certain case files may include information related to other incidents. Please note that the case files include materials from (i) proceedings before the Office of Institutional Equity for potential violations of the University's policies prohibiting harassment and discrimination, (ii) proceedings before the University Judicial Board, comprised of five members of the University community including faculty, students, and staff, which adjudicates potential violations of the Rules of University Conduct; and (iii) one proceeding before the Center for Student Success and Intervention for potential violations of Standards Discipline. In some cases, a student may have matters pertaining to the same event or conduct under each of these processes given the potential policy violations.

Additionally, to assist in the Committee's review, we would like to provide information about the cases corresponding to the events identified in the Committee's February 13 letter. With respect to item 1.a. of the Committee's letter, please note that Columbia has completed disciplinary hearings related to this event. At this time, the University has paused on issuing decisions in these cases, in light of ongoing litigation regarding a recently instituted temporary restraining order enjoining the University from the use of certain records from law enforcement to establish the presence of students inside the occupation. We expect a decision in this matter by the end of this week and hope to proceed expeditiously. Regarding item 1.k. of the Committee's letter, there is not a case file for the event. As noted above, we have referred these incidents to law enforcement and are fully cooperating with that investigation. Records related to requests 1.i. and 1.j. are maintained in the same case file. Finally, in certain circumstances, Columbia is providing materials related to these events that postdate the Committee's letter.

Today's production includes redactions to comply with Columbia's obligations under the Family Educational Rights and Privacy Act, and as President Armstrong discussed with you, a limited number of additional redactions to protect personally identifiable information for individuals participating in the disciplinary process (i.e., students and volunteer judicial board participants). A limited number of multimedia files including identifiable student names or likenesses have also been withheld for this reason. If the Committee has any questions regarding these materials or the redactions, please let us know.



The Honorable Tim Walberg
February 27, 2025
Page 3

Today's production may include customarily nonpublic, confidential, and proprietary business, commercial, and personal information concerning the University, its personnel, its affiliates, and its students. Columbia respectfully requests that these materials be treated as confidential and not disclosed outside the Committee and its staff. As President Armstrong explained, we are deeply concerned that release of community members' names will create a chilling effect and dissuade people from participating in our investigation and disciplinary processes that President Armstrong has been working diligently to strengthen and enhance. Materials produced to the Committee are submitted solely in connection with the Committee's investigation, and we trust that the Committee will treat sensitive documents and information accordingly. If the Committee should nonetheless consider the public release of such materials, we respectfully request that Columbia be given advance notice and an opportunity to discuss the matter with you. By producing materials to the Committee, Columbia does not intend to, and does not, waive any applicable privilege or other legal basis under which information may not be subject to production. When responding to the Committee's requests, we have appreciated the productive discussions with your staff, including conversations with staff in the last Congress, about the need to protect the identities of students and other participants in the University's processes who may be referenced in or derived from these materials.

As with the disciplinary materials previously provided to the Committee, Columbia has made best efforts to collect and provide these materials as accurately and completely as possible. Given the limitations of the University's systems previously discussed with your staff, these materials may be incomplete or inaccurate, and we reserve the right to revise or update as necessary.

Please do not hesitate to contact me if you have any questions about Columbia's response to the Committee, including the materials provided today.

Sincerely,

Karen Elizabeth Christian
Counsel for Columbia University

cc:     The Honorable Bobby Scott, Ranking Member



The Honorable Tim Walberg
February 27, 2025
Page 4

# Appendix A

**Addressing Antisemitism at Columbia University**

Columbia has initiated a comprehensive strategy to address antisemitism, grounded in the belief that the University's mission depends on an environment free of harassment and discrimination.  The University's efforts are guided by the recommendations of faculty, students, staff and other members of our community as well as best practices suggested by nationally recognized Jewish organizations.

**Public Safety**

- The University added more Public Safety officers, increasing the size of the Public Safety force by 117 full-time employees in the past sixteen months (approximately 24% larger than the Public Safety force in October 2023) and its visible presence on campus.

    - Increased staffing enabled Public Safety to conduct more frequent patrols on campus including round-the-clock monitoring of the University's perimeter, critical infrastructure, and facilities.

    - The University provided additional Public Safety coverage at the Kraft Center for Jewish Student Life, the International Affairs Building, and patrols on campus and in various buildings.

- To help ensure that its efforts to augment the Public Safety department have a sustained effect, the University increased its investment in recruiting, training, and workforce development for all Public Safety officers and individuals who act as delegates under the Rules of University Conduct.  The trainings included a training on interacting with student populations, the enforcement of the University's Rules, and peace officer training, which covered crowd management, crisis management and negotiation, and strengthened rapid response capabilities.

- Public Safety installed upgraded cameras to existing monitoring systems to assist in the identification of those engaging in unsanctioned conduct.  The University installed cameras in critical, more public areas.  The school monitors cameras around-the-clock.  Public Safety investigators review the camera footage to assist in the identification process for any conduct matters.

- Columbia has continued to restrict access to the Morningside campus to individuals with Columbia IDs, and it has instituted mandatory ID checks at all access points.

- The University operates a 24/7 vehicle and walking escort program.



The Honorable Tim Walberg
February 27, 2025
Page 5

- Public Safety created an incident management center, which has been critical in monitoring protest situations and verifying access at the gates, and Public Safety formed response teams for each shift for immediate response to disruptions or other activity.

- Public Safety reviews several social media monitoring platforms to gather information on potential demonstration activity.

  - The University partnered with law enforcement and others to monitor social media and gather intelligence on potential disruptions for increased Public Safety preparation and response times.

- The University is committed to best practices and continuous improvement of the safety culture on campus and has dedicated new resources intended to ensure that members of the Columbia community can provide feedback on potential safety issues.

**Modifications to the Disciplinary Processes**

Under the new leadership, the University reviewed existing University policies to identify necessary updates and implementation challenges. As a part of the reassessment, the University sought to identify key improvements in the discipline process and determine best practices and strategies to minimize response times and efficiencies. As a result of this review, this fall Columbia implemented many changes across Columbia's core disciplinary processes that enforce the University's Rules and policies for students, faculty, and staff. For example, Columbia strengthened its complaint and disciplinary processes in an effort to ensure that the processes are enforced on a timely basis, and it increased and improved the transparency and communications to the University community about those processes. Columbia's disciplinary processes function faster and better than it did before.

**Office of Institutional Equity**

- Columbia redesigned the University's framework, protocols, and organization for handling antidiscrimination, and harassment issues, including alleged violations of Title VI of the Civil Rights Act of 1964, which encompasses issues of antisemitism.

- Columbia's new Office of Institutional Equity serves as the central resource and department for reviewing discrimination complaints, regardless of whether the incident involves students, faculty, or staff.

  - The Office of Institutional Equity seeks to ensure that reports are handled in a fair, efficient, and timely manner for all parties involved.



The Honorable Tim Walberg
February 27, 2025
Page 6

- To encourage reporting and streamline processes for complaint handling, Columbia simplified the online reporting process and created a new "one-click" method to file a complaint from all Columbia websites, including the Office of Institutional Equity's website.

- The University provided a team of fifty-seven full-time employees—including full-time professional investigators—more than double the previous staff dedicated to handling these issues.

    - The increase in personnel has enabled the Office to enhance case resolution efficiency, expand training opportunities, and improve data-driven decision-making to inform policy.

- The Office of Institutional Equity also substantially revised the University's antidiscrimination and discriminatory harassment policy for students and groups, and clarified the application of the policy to scenarios that Columbia has encountered over the past two years, including that antizionism can be antisemitism.

- The Office of Institutional Equity's new website consolidates information on key changes and includes content across all disciplinary divisions in one place.

**Rules of University Conduct**

- The Rules of University Conduct govern conduct related to or occurring at demonstrations and protests. The University Judicial Board, which is part of the University Senate, is responsible for adjudications and sanctions for violations of the Rules. Each University Judicial Board matter is overseen by a panel of five members of the community. These panelists include faculty, students, and staff that are selected by the University Senate. Each panel is uniquely composed for an individual matter. In the event of any conflicts of interest, a panelist may be replaced with another individual selected by the Senate.

- Historically, the Rules of University Conduct process handled few cases. Recent events on campus led to a substantial increase in the number of cases, and as a result, the University supplemented resources for the Office of the Rules Administrator to enable efficient disposition of matters. This process is overseen by a new Rules Administrator, who has a team of full-time staff (with active hiring taking place for more employees) that make determinations about potential violations.

    - The Rules Administrator has primary responsibility for investigating complaints, filing charges, and presenting evidence in support of charges to the Rules of University Conduct hearing panels. These bolstered resources enable the Rules Administrator to investigate and pursue potential Rules violations fully.



The Honorable Tim Walberg
February 27, 2025
Page 7

- The Rules process has adopted new procedures designed to ensure that documents and materials are stored on a centralized database for more efficient record-keeping and student follow-up.

- During protests, the University uses trained Delegates—members of the University community who choose to be trained for such a role—to enforce the Rules.

    - In partnership with University Life, the Rules Administrator expanded the delegate pool and enhanced Delegate training to improve on-the-ground management of protest and demonstration activities and minimize disruptions.

**Center for Student Success and Intervention**

- Columbia has added staff members to the Center for Student Success and Intervention and that office has returned to its original purpose of assessing potential violations of academic standards or student conduct policies and imposing Dean's Discipline.

- The University appointed new leadership focused on strengthening and improving processes for investigating reports of student misconduct through the Center.

**Communication on Discipline and Conduct Expectations**

- The University has expanded its public affairs capabilities to respond rapidly to events and issues as they arise, quickly posting statements regarding these matters on Columbia's website and using social media and internal channels to disseminate statements widely.

    - When prohibited conduct is occurring, the University endeavors to alert the campus community quickly and outline the specific consequences for participation.

    - When the University has been made aware of antisemitic rhetoric or actions, we have promptly condemned that conduct and restated our commitment to a community free of harassment and discrimination.[1]

**Education and Community Building**

- Columbia launched its Campus Climate Collaborative, which facilitates small discussions between students and their respective schools and creates opportunities for student groups to meet with President Armstrong and senior leaders.  As part of the Collaborative, students and leaders

---

[1] *University Statements and Announcements*, COLUMBIA UNIVERSITY, https://communications.news.columbia.edu/content/university-statements-and-announcements (last visited Feb. 27, 2025).



The Honorable Tim Walberg
February 27, 2025
Page 8

        discuss current opportunities and challenges and develop a set of ideas to strengthen Columbia's ability to deliver on its mission.

- The University required its community to complete training on Columbia's commitment to protecting fairness and equal opportunity for all on campus.  32,243 faculty/staff, contractors and other affiliates have completed the Title VI mandatory training. On February 13, 2025, all students were assigned a mandatory training module on the Discrimination and Discriminatory Harassment Policy and Procedures for Students and Student Groups. To date, 5,232 students have completed the mandatory training, which is due by March 24, 2025.