# Exhibit G

Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006

T   +1 202.887.4000
F   +1 202.887.4288
akingump.com



**Karen Elizabeth Christian**
Partner
+1 202.887.4265
kchristian@akingump.com

CONFIDENTIAL TREATMENT REQUESTED

March 7, 2025

The Honorable Tim Walberg
Chairman, Committee on Education & the Workforce
U.S. House of Representatives
Washington, D.C. 20515

Re:    Columbia University's Production in Response to February 13, 2025 Letter

Dear Chairman Walberg:

On behalf of our client Columbia University, this letter and the accompanying materials are in response to questions from Committee staff regarding redactions to certain documents provided in Columbia's February 27, 2025, production.  These documents were provided by Columbia in response to the Committee's February 13, 2025, letter to Columbia. We welcome the opportunity to engage cooperatively with the Committee and appreciate the productive discussions we have had with your staff to date.

Columbia is today producing certain documents that were provided to the Committee in the February 27 production with certain redactions removed. As explained to your staff, on February 27, Columbia produced disciplinary case files for the eleven events identified in the Committee's February 13, 2025, letter.  As we noted in our February 27 production letter, counsel to Columbia applied redactions to remove Personally Identifiable Information (PII) as required by the Family Educational Rights and Privacy Act (FERPA). In some instances, documents in the production also contained redactions that were applied by the University before they were added to the relevant case file.  At your staff's request, we reviewed certain sample documents that exist in the case file with redactions to determine if those redactions could be removed while maintaining compliance with FERPA. While the student PII redactions could not be removed, we have removed certain redactions covering headers and other formatting information to provide more context to the document. The newly produced documents are the report from Columbia's Department of Public Safety (Columbia-HCEW-00139651 to Columbia-HCEW-00139670) and summary memorandum (Columbia-HCEW-00139647 to Columbia-HCEW-00139650) regarding the April 30, 2024, Hamilton Hall incident.



The Honorable Tim Walberg
March 7, 2025
Page 2

| Document | Newly Produced Version | Versions Produced on February 27, 2025 |
|---|---|---|
| Report from Columbia's Department of Public Safety regarding the April 30, 2024, Hamilton Hall incident | Columbia-HCEW-00139651 to Columbia-HCEW-00139670 | Columbia-HCEW-00126928 to Columbia-HCEW-00127911 Columbia-HCEW-00128201 to Columbia-HCEW-00128828 |
| Summary memorandum from Columbia's Department of Public Safety regarding the April 30, 2024, Hamilton Hall incident | Columbia-HCEW-00139647 to Columbia-HCEW-00139650 | Columbia-HCEW-00127908 to Columbia-HCEW-00127911 |

Further, Committee staff requested that we provide additional context about the case files produced on February 27. To assist the Committee, we are providing with this letter a summary of the case files as Attachment 1. We hope this summary assists staff in its review of the materials.

Today's production may include customarily nonpublic, confidential, and proprietary business, commercial, and personal information concerning the University, its personnel, its affiliates, and its students. Columbia respectfully requests that these materials be treated as confidential and not disclosed outside the Committee and its staff. Materials produced to the Committee are submitted solely in connection with the Committee's investigation, and we trust that the Committee will treat sensitive documents and information accordingly. If the Committee should nonetheless consider the public release of such materials, we respectfully request that Columbia be given advance notice and an opportunity to discuss the matter with you. By producing materials to the Committee, Columbia does not intend to, and does not, waive any applicable privilege or other legal basis under which information may not be subject to production.

As always, we welcome further questions from staff as they continue their review. Columbia remains committed to assisting the Committee in its inquiry.

Sincerely,

Karen Elizabeth Christian
Counsel for Columbia University

cc:    The Honorable Bobby Scott, Ranking Member



The Honorable Tim Walberg
March 7, 2025
Page 3

**<u>Attachment 1: Case File Summaries</u>**

**Columbia University Disciplinary Cases – February 13, 2025, Committee Request:**

**Summary of Actions Taken**

This appendix summarizes key actions taken in each of the disciplinary cases corresponding to the incidents listed in the Committee's February 13, 2025, letter to Columbia. The information below is current as of Columbia's production to the Committee on February 27, 2025, and is based on information maintained in the ordinary course by the relevant University offices. Given the ongoing nature of some of the cases, and given certain limitations of the University's systems, this information may be incomplete or inaccurate, and we reserve the right to revise or update this information as necessary.

**Request 1.a: The April 30, 2024, occupation of Hamilton Hall.**

*Case No. 20236236 (Center for Student Success and Intervention ("CSSI") and Rules Administrator)*

An incident report regarding this matter was received on April 30, 2024, and respondents were placed on interim suspensions on May 1, 2024. Initial notice letters regarding potential violations of Columbia's policies and upcoming mandatory hearings were sent to respondents on May 3, 2024. These cases were transferred to the Office of the Rules Administrator on June 7, 2024, with interim suspensions remaining in place for six of the respondents. Respondents were charged with violations of the Rules of University Conduct on September 9, 2024. Hearings before the University Judicial Board ("UJB") were held from January 27, 2025 through February 14, 2025, and final decisions from the University Judicial Board on these cases are pending.

**Request 1.b – The September 3, 2024, obstruction of Columbia's entrance and related incidents.**

*Case No. 20240884 (Office of Institutional Equity ("OIE"))*

An incident report was received on September 3, 2024. OIE met with the complainant on November 18, 2024, after the Complainant requested a delay, and Columbia's Department of Public Safety and an OIE Investigator met with the complainant on December 16, 2024 to review the evidence to determine if an identity of the Respondent could be confirmed. Following an OIE and Public Safety Investigation and



The Honorable Tim Walberg
March 7, 2025
Page 4

Initial Assessment, this case was closed on January 7, 2025, due to insufficient evidence to identify the involvement of a Columbia-affiliated respondent.

*Case No. 20241233 (OIE)*

An incident report was received on September 3, 2024.  OIE contacted the complainant on September 13, 2024 and met with the complainant on September 30, 2024.  This case was closed on December 9, 2024, due to insufficient evidence to identify the involvement of a Columbia- affiliated respondent and because there was insufficient evidence to show the unwelcome verbal and physical conduct in question was on the basis of protected class.

*Case No. 20241038 (CSSI)*

An incident report was received on September 5, 2024.  Initial notice letters were sent to respondents on September 10, 2024 and September 26, 2024.  Dean's Discipline hearings were held on September 26, 2024 and October 4, 2024.  This case was closed on October 17, 2024 with findings of responsibility for two respondents, who were placed on disciplinary probation and conditional disciplinary probation, respectively.

**Request 1.c – The September 4, 2024, protest of a class taught by former Secretary Hillary Clinton**

*Case No. 20240956 (OIE)*

An incident report was received on September 4, 2024, naming student group(s) and student respondent(s).  Public Safety immediately conducted an investigation.  Complainants were interviewed on September 30, 2024.  This case was adjudicated along with case no. 20241756 (see Request 1.d, below).

*Case No. 20241403 (Rules Administrator)*

Incident reports were received on September 5 and September 18, 2024.  This case was closed on September 26, 2024.  Following an investigation, the Rules Administrator determined that no violations of the Rules of University Conduct had occurred, but referred the case to OIE for further review under Columbia's Anti-Discrimination and Discriminatory Harassment Policy and Procedures for Students ("the Anti-Discrimination and Discriminatory Harassment Policy").



The Honorable Tim Walberg
March 7, 2025
Page 5

**Request 1.d – The October 7, 2024, protest.**

   *Case No. 20241740 (Rules Administrator)*

An incident report was received on October 7, 2024.  Following an investigation, the Rules Administrator closed the case on October 10, 2024, due to lack of evidence to substantiate a violation of the Rules of Conduct, and referred the case to OIE for further review under the Anti-Discrimination and Discriminatory Harassment Policy.

   *Case No. 20241767 (Rules Administrator)*

Incident reports were received on October 7 and 8, 2024.  The Rules Administrator closed the case on October 14, 2024, due to lack of evidence to substantiate a violation of the Rules of Conduct, and referred the case to OIE for further review under the Anti-Discrimination and Discriminatory Harassment Policy.

   *Case No. 20241756 (OIE)[1]*

Incident reports naming the unrecognized student group and student respondent(s) were received between September 4, 2024 and February 18, 2025, and OIE interviewed     complainants between September 9, 2024 and December 20, 2024.  Complainants were provided a notice of investigation on January 23, 2025.  The student respondent and the student group received multiple notices of investigation between November 18, 2024 and January 7, 2025.  This case is ongoing.

   *Case No. 20243273 (OIE)*

Incident reports were received between September 6, 2024 and December 10, 2024 naming the recognized student group and student respondent(s).  OIE interviewed complainants on September 27 and 30, 2024.  Respondents received a notice of investigation on January 7, 2025, and one respondent's case

---

   [1] The student groups and/or individual student respondents listed under Case No. 20243274, Case No. 20243273, and Case No. 20241756 have collaboratively engaged in many of the same incidents and therefore share overlapping complainants and evidence.  Therefore, the student groups and/or individual student respondent(s) listed under Case No. 20243274, Case No. 20243273, and Case No. 20241756 have been formally noticed for investigations for the same allegations, with minor exceptions, but in separate notices.



The Honorable Tim Walberg
March 7, 2025
Page 6

was dismissed by OIE on February 5, 2025.  A student group respondent received an updated notice of investigation on February 6, 2025.  This case is ongoing.


   *Case No. 20243274 (OIE)*

Incident reports were received between September 6, 2024 and February 18, 2025, including multiple reports on October 7, 2024, naming the recognized student group and student respondent(s).  OIE interviewed student complainants between September 9, 2024 and February 20, 2025.  The student group and student respondent(s) received notices of investigation on January 8, 2025, and the student group Respondent received an updated notice of investigation on February 6, 2025.  One student respondent moved to dismiss her case on January 30, 2025, and OIE transitioned the case from an investigation to a policy reminder     on February 5, 2025.  Another individual student respondent received a notice of investigation on January 27, 2025.  This case is ongoing.


**Request 1.e – The November 9-10, 2024, "Hind's House" exhibition.**


   *Case No. 20241756 (OIE)*

This case file, discussed above (see Request 1.d), is an omnibus case file covering multiple incidents and numerous reports involving the same unrecognized student group.  Given the unrecognized student group engaged in multiple incidents involving the some of the same complainants during the Fall 2024 semester, these incidents are being investigated and adjudicated under one case file.

All allegations of misconduct involving this unrecognized student group occurring in the spring 2025 semester will be similarly handled in an omnibus case file and separate spring 2025 investigation.


   *Case No. 20242810 (OIE)*

An incident report was received on November 14, 2024, and a recognized student group and student respondent received a notice of investigation on November 20, 2024.  OIE conducted interviews with complainants on November 22 and 23, 2024.  An updated notice was sent to the student group on January 7, 2025, removing the student respondent from the notice as there was insufficient evidence to show the student respondent engaged in individual conduct.  OIE sent a determination letter to the respondent on February 26, 2025, finding the student group respondent responsible for conduct amounting to discriminatory harassment.  Sanctions in this case are forthcoming.



The Honorable Tim Walberg
March 7, 2025
Page 7

**Request 1.f – The November 21, 2024, Hillel protests.**

*Case No. 20241756 (OIE)*

This case file is discussed above (see Requests 1.d and 1.e).

*Case No. 20243273 (OIE)*

This case file, discussed above (see Request 1.d), is an omnibus case file covering multiple incidents and numerous reports involving the same recognized student group.  Given the unrecognized student group engaged in multiple incidents involving the some of the same complainants during the Fall 2024 semester, these incidents are being investigated and adjudicated under one case file.

All allegations of misconduct involving this recognized student group occurring in the spring 2025 semester will be similarly handled in an omnibus case file and separate spring 2025 investigation.

*Case No. 20243039 (Rules Administrator)*

An incident report was received on November 22, 2024.  Notice of investigation was sent to respondents on December 9, 2024.  The Rules Administrator dismissed this case on January 15, 2025, and referred it to OIE for further review under the Anti-Discrimination and Discriminatory Harassment Policy.

**Request 1.g – The December 9, 2024, assault at CUAD-sponsored protest.**

*Case No. 20243336 (OIE)*

Incident reports were received on December 9 and 10, 2024.  OIE spoke with the complainant on December 11, 2024, and interviewed the complainant on December 14, 2024.  Public Safety also conducted an Investigation.  Following the interview of the complainant and review of the Public Safety report of investigation, OIE determined that the respondent was not affiliated with the University and closed the case on January 7, 2025.



The Honorable Tim Walberg
March 7, 2025
Page 8


**Request 1.h – The December 15, 2025, threats against Columbia trustees.**


   *Case No. 20243134 (OIE)*

Incident reports were received between October 8, 2024 and January 7, 2025 named an unrecognized student group and an individual student respondent.  Public Safety also conducted an Investigation, OIE spoke with a witness, Columbia's Facilities Department, and Public Safety between December 5, 2024 and January 20, 2025.  OIE transitioned the case into a mandatory educational resolution against the individual student respondent who serves as the leader for the unrecognized student group, who accepted a mandatory educational resolution.


**Request 1.i – The January 21, 2025, *History of Modern Israel* Class disruption.**


   *Case No. 20243912 (Rules Administrator)*

An incident report was received on January 21, 2025.  Communication with complainants occurred on January 22 and 23, 2025.  The respondent received a notice of investigation on January 23, 2025, and an interview was conducted with the respondent on February 4, 2025.  At the conclusion of the investigation, sufficient evidence was found to support the interim suspension of the respondent.  Subsequently, an investigation report and formal charges alleging violations of the Rules were submitted to the University Judicial Board on February 10, 2025.  This case is pending UJB hearing.


   *Case No. 20243947 (OIE)*

An incident report was received on January 21, 2025.  OIE interviewed complainants on January 22 and 23, 2025, and sent a notice of investigation to the Respondent on January 23, 2025.  Determination letters were sent to Complainants and the Respondent on February 17, 2025 stating that the OIE found the Respondent responsible and the investigation was complete.  Determinations on sanctions in this case are forthcoming.



The Honorable Tim Walberg
March 7, 2025
Page 9

**Request 1.j – The January 21, 2025, outdoor protest involving flyers.**

   *Case No. 20243912 (Rules)*

This case was discussed above (see Request 1.i) and covers both incidents.


   *Case No. 20243947 (OIE)*

This case was discussed above (see Request 1.i) and covers both incidents.


**Request 1.k – The January 29, 2025, vandalism incidents at the School of International and Public Affairs and Columbia Business School.**


As discussed in our February 27, 2025, letter to the Committee, there was not a case file for this incident at the time of our production.