# Exhibit H

Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006

T  +1 202.887.4000
F  +1 202.887.4288
akingump.com



**Karen Elizabeth Christian**
Partner
+1 202.887.4265
kchristian@akingump.com

**CONFIDENTIAL TREATMENT REQUESTED**

March 19, 2025

The Honorable Tim Walberg
Committee on Education & Workforce
U.S. House of Representatives
Washington, D.C. 20515

Re:     Columbia University's Response to February 13, 2025 Letter

Dear Chairman Walberg:

On behalf of our client Columbia University, this letter and the accompanying materials contain supplemental information regarding the University's response to certain incidents identified in the Committee's February 13, 2025 letter to Columbia. As shared with your staff, Columbia is today providing this supplemental information as part of its continued cooperation with the Committee.

Today's production, Bates numbered Columbia-HCEW-00139671 to Columbia-HCEW-0000140010, contains the final disciplinary decisions and sanctions that were recently issued by the University Judicial Board in connection with the April 30, 2024 events at Hamilton Hall and the April 17, 2024 encampment on the South Lawn East Field.

With respect to Hamilton Hall, these materials include the Board's findings and sanctions for twenty-two cases related to this event, including six expulsions, six two-year suspensions, and ten multi-year degree revocations. The suspensions and degree revocations additionally require respondents to complete fifty hours of community service and to issue an apology.

With respect to the South Lawn encampment, we anticipate that the Committee will be interested in the disciplinary measures taken in response to this conduct, and thus, in an effort to cooperate with the Committee's inquiry, Columbia has provided the related files herein. As you will see in today's production, twenty-two respondents were disciplined in connection with the April 17, 2024 encampment. All twenty-two were found to have been in violation of Section 443.a (20) of the Rules of University Conduct for entering and remaining in a University facility without authorization and at a time after the facility was declared closed, and for failing to respond to repeated requests to leave the premises. As a result of prior discipline, the twenty-two respondents received and served interim suspensions.



The Honorable Tim Walberg
March 19, 2025
Page 2

As discussed with your staff during a teleconference this afternoon, today's production includes limited redactions to comply with Columbia's obligations under the Family Educational Rights and Privacy Act ("FERPA"). Further, and as discussed during that call, we welcome any questions you may have regarding these materials and appreciate the opportunity to further engage with your staff.

Today's production may include customarily nonpublic, confidential, and proprietary business, commercial, and personal information concerning the University, its personnel, its affiliates, and its students. Columbia respectfully requests that these materials be treated as confidential and not disclosed outside the Committee and its staff. Materials produced to the Committee are submitted solely in connection with the Committee's investigation, and we trust that the Committee will treat sensitive documents and information accordingly. If the Committee should nonetheless consider the public release of such materials, we respectfully request that Columbia be given advance notice and an opportunity to discuss the matter with you. By producing materials to the Committee, Columbia does not intend to, and does not, waive any applicable privilege or other legal basis under which information may not be subject to production.

Please do not hesitate to contact me if you have any questions about Columbia's response to the Committee, including the materials provided today. Columbia remains committed to assisting the Committee in its inquiry.

Sincerely,

Karen Elizabeth Christian
Counsel for Columbia University

cc:  The Honorable Bobby Scott, Ranking Member