**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MAHMOUD KHALIL, et al.,

                *Plaintiffs,*

        v.

TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK, et al.,

                *Defendants.*

No. 1:25 Civ. 02079 (AS)

**NOTICE OF DEFENDANTS TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK AND ACTING PRESIDENT CLAIRE SHIPMAN'S**
**MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Trustees of Columbia University in the City of New York and Acting President Claire Shipman's (together, "Columbia's") Motion to Dismiss the Second Amended Complaint, Columbia, by and through its counsel, will move this Court, before the Honorable Arun Subramanian, United States District Judge, at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., New York, NY 10007-1312, at a date and time to be determined by the Court, for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Second Amended Complaint as against Columbia with prejudice.

Dated: New York, New York
       May 23, 2025

Respectfully submitted,

Marshall L. Miller (Lead Counsel)
Gabrielle E. Tenzer
Zachary Piaker
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
mmiller@heckerfink.com
gtenzer@heckerfink.com
zpiaker@heckerfink.com

Trisha Anderson
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
(212) 763-0883
tanderson@heckerfink.com

*Attorneys for Defendants Trustees
of Columbia University in the City
of New York and Acting President
Claire Shipman*