# EXHIBIT A

**DEFENDANTS COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK AND ACTING PRESIDENT CLAIRE SHIPMAN'S CHART PURSUANT TO RULE 8(G)(I) OF HON. ARUN SUBRAMANIAN'S INDIVIDUAL PRACTICES IN CIVIL CASES**

**Elements Not Plausibly Alleged in the Second Amended Complaint**

| Cause of Action | Element Not Plausibly Alleged |
|---|---|
| Count III - The University Defendants' compliance with the Committee Defendant's record request and the Agency Defendant's demands violate the First Amendment | State action by Defendants Trustees of Columbia University in the City of New York or Acting President Claire Shipman |
| Count V - The University's compliance with the Committee's and federal government's demands constitutes a breach of contract | Existence of contract/express promise for certain specified services |
| | Defendant's breach of contract/identification of when and how specific contractual promises were breached |