JAY CLAYTON
United States Attorney for the
Southern District of New York
By: JEFFREY S. OESTERICHER
     ALLISON ROVNER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel:    (212) 637-2695/2691
Email: Jeffrey.Oestericher@usdoj.gov
        Allison.Rovner@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MAHMOUD KHALIL, *et al.,*

                    Plaintiffs,

            v.

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK, *et al.*,

                    Defendants.

No. 25 Civ. 2079 (AS)

<u>**NOTICE OF MOTION TO DISMISS**</u>

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and supporting declarations, Defendants Pamela Bondi, in her official capacity as United States Attorney General; Linda McMahon, in her official capacity as Secretary of the United States Department of Education and in her individual capacity; Leo Terrell, in his official capacity as the head of the Department of Justice Taskforce to Combat Anti-Semitism; Sean Keveney, in his official capacity as Acting General Counsel for the United States Department of Health and Human Services and in his individual capacity; and Josh Gruenbaum, in his official capacity as the Federal Acquisition Service Commissioner of the General Services Administration and in his individual capacity, by their attorney, Jay Clayton, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the Second Amended Complaint as against

them in the above-captioned matter pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to this Court's order (Dkt. No. 64), any opposition to this motion must be served on the U.S. Attorney's Office for the Southern District of New York by June 6, 2025.

Dated: New York, New York
        May 23, 2025                                    Respectfully submitted,

                                                        JAY CLAYTON
                                                        United States Attorney for the Southern
                                                        District of New York
                                                        *Attorney for the Executive Branch
                                                        Defendants*

                                                        By: */s/ Jeffrey Oestericher*
                                                        JEFFREY S. OESTERICHER
                                                        ALLISON ROVNER
                                                        Assistant United States Attorneys
                                                        86 Chambers Street, 3rd Floor
                                                        New York, New York 10007
                                                        Tel: (212) 637-2695/2691