# EXHIBIT A

*Khalil, et al. v. The Trustees of Columbia University in the City of New York, et al.*,
No. 25 Civ. 2079 (AS)
<u>Chart of Elements Not Plausibly Alleged by Plaintiffs</u>

**I.    Claim II – First Amendment Coercion**

| Elements Not Plausibly Alleged | Plaintiffs' Responsive Citations |
|---|---|
| Coercion of Columbia by the Executive Branch Defendants | |
| That the Executive Branch Defendants' actions were taken to punish or suppress Plaintiffs' speech | |
| That the speech at issue is constitutionally protected | |

**II.    Claim IV – Administrative Procedure Act**

| Elements Not Plausibly Alleged | Plaintiffs' Responsive Citations |
|---|---|
| That the agency action was taken without observance of procedure required by law | |
| That the agency action was in excess of statutory jurisdiction, authority, or limitations, or short of statutory right | |
| That the agency action was not in accordance with law | |

**III.    Claims II & IV Against the Executive Branch Defendants in Their Individual Capacities**

| Elements Not Plausibly Alleged | Plaintiffs' Responsive Citations |
|---|---|
| That the injunctive relief sought can be obtained against the Executive Branch Defendants in their individual capacities | |
| That money damages are available against the Executive Branch Defendants in their individual capacities under either *Bivens* or the APA | |