UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAHMOUD KHALIL, *et al.,*

                Plaintiffs,

        v.

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK, *et al.,*

                Defendants.

No. 25 Civ. 2079 (AS)

---

## DECLARATION OF JEFFREY S. OESTERICHER

I, JEFFREY S. OESTERICHER, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury, as follows:

1.      I am an Assistant United States Attorney in the Southern District of New York representing the Executive Branch Defendants[1] in the above-captioned case.

2.      Attached to this declaration as Exhibit A is a true and correct copy of a March 7, 2025 letter from the United States Department of Education ("ED") Office of Secondary and Elementary Education's Office of Administration to the Trustees of Columbia University in the City of New York regarding federal award P015A220111.

3.      Attached to this declaration as Exhibit B is a true and correct copy of a March 7, 2025 letter from ED Office of Secondary and Elementary Education's Office of Administration to the Teacher's College of Columbia University regarding federal award R305X220022.

4.      Attached to this declaration as Exhibit C is a true and correct copy of excerpts from the transcript of the March 25, 2025 hearing on Plaintiffs' motion for a temporary restraining order in this case.

---

[1] Defined in the accompanying Memorandum of Law at 1.

2

Dated:   May 23, 2025
         New York, New York

                                        /s/ Jeffrey Oestericher
                                        JEFFREY S. OESTERICHER
                                        Assistant United States Attorney

2