# EXHIBIT A



U.S. General Services Administration

3/3/2025

MEMORANDUM FOR:     DR. KATRINA ARMSTRONG
                    INTERIM PRESIDENT
                    COLUMBIA UNIVERSITY
                    OFFICE OF THE PRESIDENT
                    202 LOW LIBRARY
                    535 W. 116 ST, MC 4309
                    NEW YORK, NY 10027

                    DAVID GREENWALD
                    CLAIRE SHIPMAN
                    CO-CHAIRS
                    COLUMBIA BOARD OF TRUSTEES
                    202 LOW LIBRARY
                    535 W. 116 ST, MC 4309
                    NEW YORK, NY 10027

FROM:               JOSH GRUENBAUM
                    COMMISSIONER, FEDERAL ACQUISITION SERVICE
                    U.S. GENERAL SERVICES ADMINISTRATION (GSA)

Signed by:

*Josh Gruenbaum*
2E0F9ABC0FC249F...

SUBJECT:            Review of Federal Government Contracts

According to the U.S. House of Representatives Staff Report on Antisemitism, "Columbia University explicitly acknowledged that its campus became a hostile environment in violation of Title VI [of the Civil Rights Act of 1964]" following the Hamas terrorist attacks on Israel on October 7, 2023.[1]  Pursuant to President Trump's Executive Order, "Additional Measures to Combat Anti-Semitism", on February 3, 2025, a multi-agency Task Force to Combat Anti-Semitism was created.  On that same date, based on continuing anti-Semitic harassment at Columbia University and other educational institutions, the Departments of Education and Health and Human Services initiated civil rights investigations, which included investigations into anti-Semitic harassment at Columbia University.  Notwithstanding the pendency of these investigations, on February 26, 2025, anti-Semitic protesters once again took over a Columbia building and engaged in conduct that appears to violate Title VI.[2]

In response, and in coordination with other Federal agencies, the GSA is leading a Task Force comprehensive review of its Federal contracts with certain institutions of higher education that are being investigated for potential infractions and dereliction of duties to curb or combat anti-Semitic harassment, including Columbia University.

In light of this review, the Federal Government is ready to work with each appropriate contracting agency on the potential issuance of Stop Work Orders for all contracts identified in the attached schedule, which total $51.4 million of contract ceiling value. In addition, we are requiring you to send a list of all other contracts between the Federal Government and Columbia University or its affiliates which are not listed on the schedule to GSA's Federal Acquisition Service Commissioner and Task Force member, Josh Gruenbaum. Commissioner Gruenbaum will lead GSA's review. All materials should be sent to: universitycontracts@gsa.gov. Please be advised that alongside our fellow agencies, we will also be reviewing the greater than $5 billion of active grants between Columbia University, its affiliates and the Federal Government for potential compliance concerns, false claims or other infractions.

The Federal Government reserves the right to terminate for convenience any contracts it has with your institution at any time during the period of performance. Additionally, the Federal Government reserves the right to take any relevant administrative action it deems necessary in response to any wrongdoing identified during the pendency of the investigations.

---

[1]The Report states that: "Columbia stands out for its egregious failure to combat antisemitism on its campus, despite its president acknowledging that the University was in violation of its Title VI obligations. On April 29, 2024, Columbia's then-President Minouche Shafik publicly stated that an encampment established on April 17, and related incidents 'create[ed] a hostile environment in violation of Title VI, especially around our gates, that is unsafe for everyone.' This statement came after an April 21, Committee letter to the University documenting numerous disturbing incidents at and around the encampment, and warning that Columbia was in 'major breach' of its Title VI obligations. Yet, Columbia's leadership failed to restore order to the campus until May 1, after a group of students and others criminally took over a campus building, Hamilton Hall.  These were not isolated incidents. Rather, they were part of an extensive pattern of Columbia's failures to enforce University rules to address antisemitic conduct. In a disturbing August 2024 report, Columbia's presidentially appointed Task Force on Antisemitism detailed an atmosphere of pervasive civil rights violations at the University.  The Task Force wrote,'[Jewish students] consider the University bound by duty and by law to ensure students are able to learn and live in a neutral environment in which discrimination is not tolerated, without fear for their safety' but '[w]hat we heard makes clear that hundreds of Jewish and Israeli students did not have this experience at Columbia University in the academic year 2023-2024.' The Task Force found Israeli students were frequently targeted on the basis of their national origin in violation of federal antidiscrimination law, explaining that 'hatred toward Israelis has reached alarming levels on campus and that 'Israeli students found the pervasive hostility made it difficult to access necessary services, such as healthcare.' The Task Force also found '[v]isibly observant [Jewish] students, like ones who wear traditional head coverings, have been frequently met with extreme hostility."
[2]"Dozens of keffiyeh-clad anti-Israel protesters took over a building at Barnard College for several hours Wednesday evening, assaulting a school employee while protesting the expulsions of two students who stormed a Columbia University class in January and threw around flyers loaded with hateful rhetoric. Videos circulating online, posted by Columbia Students for Justice in Palestine on X, show the masked students lining a hallway in Milbank Hall, the oldest building on campus, beating drums and loudly chanting through megaphones." Pro-Hamas protesters seize control of historic Barnard academic building and assault college employee.

## Columbia University Contracts

| PIID | Total |
| --- | --- |
| 75N93023C00041 | $2,501,040.00 |
| 75F40124C00081 | $1,050,310.00 |
| 75D30124F00002 | $774,425.00 |
| 80ARC023CA004 | $2,000,000.00 |
| 75F40124C00087 | $243,473.00 |
| 75N92024F00001 | $1,656,603.00 |
| W913E524C0028 | $598,834.00 |
| 75D30122F00007 | $730,877.00 |
| 33317425P00517034 | $38,000.00 |
| 75F40124F19003 | $1,974,744.12 |
| 75F40123C00211 | $1,721,851.00 |
| 75D30123F00001 | $300,905.00 |
| H9224024F0437 | $30,472.50 |
| 75N93024P01130 | $41,250.00 |
| W912HZ24C0052 | $251,487.00 |
| HR001123C0132 | $883,979.00 |
| 80GSFC23CA001 | $29,953,052.00 |
| 75N94020F00001 | $97,659.00 |
| 75N94018F00005 | $512,070.00 |
| N0622A25F0032 | $562,660.00 |
| 75D30124P18698 | $249,000.00 |
| 1305M322PNRMJ0338 | $199,160.00 |
| 75F40121F19002 | $3,567,988.74 |
| 36C24E24N0122 | $799,000.00 |
| 75N92025F00001 | $247,574.00 |
| 75N94023F00001 | $87,270.00 |
| 693JJ323P000053 | $205,311.00 |