IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHMOUD KHALIL et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK et al., <br><br> Defendants. | Case No. 1:25-cv-02079-AS |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE OF PALESTINE LEGAL**

On May 23, 2025, amicus curiae Palestine Legal filed an Unopposed Motion for Leave to File a Brief of Amicus Curiae in Support of Plaintiffs' Second Amended Complaint. Having considered the pleadings and papers connected therewith, it is hereby ORDERED that Palestine Legal's Motion is GRANTED, and the Brief of Amicus Curiae submitted with Palestine Legal's Motion shall be filed.

SO ORDERED.

Dated: May 27, 2025,

HONORABLE ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE