LAW OFFICES OF
# DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: llewis@dratellewis.com

JOSHUA L. DRATEL
LINDSAY A. LEWIS
—
AMY E. GREER

ACHARA AMY SCHRODER
*Paralegal*

> The request is GRANTED. No more extensions.
>
> The Clerk of Court is directed to terminate the motion at Dkt. 93.
>
> SO ORDERED.
>
> /s/ Arun Subramanian
>
> Arun Subramanian, U.S.D.J.
> Dated: June 3, 2025

June 3, 2025

**BY ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Khalil, et al. v. Trustees of Columbia University*, 25 Civ. 02079 (AS)

**Joint Request for an Extension of Time to File Remaining Briefs in Motion to Dismiss Briefing**

Dear Judge Subramanian:

All parties respectfully request an extension of time to file their remaining briefs in the Motion to Dismiss Briefing. Friday (June 6, 2025) is the current deadline for Plaintiffs briefs in opposition to the three Defendants' Motions to Dismiss (ECFs # 81, 84, 86) filed Friday, May 23, 2025. Plaintiffs respectfully request a two week extension until Friday, June 20, 2025. Defendants Reply Briefs would be due June 27. Defendants request an eleven day extension until Tuesday, July 8, 2025, in part to account for the July 4th holiday.

Plaintiffs request this additional time in order to fully address the three separate motions to dismiss, each of which making their own discrete arguments. Defendants similarly expect to require an extension to thoroughly respond to Plaintiffs' arguments. This is each party's first request for an extension on these briefs. Defendants previously requested an extension from May 2, 2025, to May 23, 2025, for their opening briefs in support of their motions to dismiss. ECF 64-69.

Respectfully submitted,

/s/ Amy E. Greer
Amy E. Greer
Gadeir Abbas
Nadia Bayado

Lamya Agarwala
Jonathan Wallace

*Attorneys for Plaintiffs*

/s/ Marshall L. Miller
*Counsel for Defendants Trustees of Columbia University in the City of New York and Claire Shipman*

/s/ Matthew Berry
*Counsel for Defendants Committee on Education and Workforce, U.S. House of Representatives and Tim Walberg*

/s/ Jeffrey Oestericher
*Counsel for Defendants Pam Bondi, Linda McMahon, Leo Terrell, Sean Keveney, and Josh Gruenbaum*