

**CAIR Legal Defense Fund**
453 New Jersey Ave. S.E.
Washington, D.C. 20003
Tele 202-742-6420  Fax 202-379-3317
E-mail: ldf@cair.com  URL www.cair.com

The Chambers of the Honorable Judge Submaranian
United States District Judge
Southern District of New York
500 Pearl Street, New York, NY 10007                                    *via ECF*

Re: **Motion for Leave to File Opposition Briefs with Additional Pages**

*Khalil, et. al. v. Trustees of Columbia University, et. al., 25-cv-02079.*

Hon. Judge Subramanian:

Plaintiffs respectfully request leave for an enlarged word limit for each of their oppositions to Defendants' Motions to Dismiss. Local Rule 7.1(c) limits opposition briefs to 8,750 words. Plaintiffs respectfully request leave to file each of their oppositions with up to 10,000 words.

Plaintiffs seek this increased word limit to properly respond to each of Defendants' briefs. Agency Defendants sought, and were granted, leave to file thirty pages. See ECF 65. Plaintiffs now seek 10,000 words, close to the amount in Defendants' largest brief, which totaled 9,641 words. See ECF 86. Defendants do not oppose Plaintiffs' request for a word limit enlargement.

Dated: June 18, 2025

Respectfully submitted,

/s/ Amy E. Greer
Amy E. Greer (NY 5910179)
**Dratel & Lewis**
29 Broadway, Suite 1412
New York, NY 10006
(212) 732-8805
agreer@dratellewis.com

**CAIR NATIONAL**
**LEGAL DEFENSE FUND**
/s/Lena Masri
Lena Masri (NY 826314)
Gadeir Abbas (VA 81161)*
Nadia Bayado (DC 90023648)

---

The request is GRANTED. The Clerk of Court is directed to terminate the motion at Dkt. 95.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Dated: June 20, 2025



**CAIR Legal Defense Fund**
453 New Jersey Ave. S.E.
Washington, D.C. 20003
Tele 202-742-6420  Fax 202-379-3317
E-mail: ldf@cair.com  URL www.cair.com

453 New Jersey Ave SE
Washington, DC 20003
(202) 742-6420

**COUNCIL ON AMERICAN ISLAMIC RELATIONS – NEW YORK**
/s/Lamya Agarwala
Lamya Agarwala (NY 5736061)
80 Broad Street, 5th Floor
New York, NY 10009
(646) 665-7599
lagarwala@cair.com

**Jonathan Wallace**
/s/ Jonathan Wallace
Jonathan Wallace (NY 1733757)
PO #728
Amagansett NY 11930
(917) 359-6234
jonathan.wallace80@gmail.com

*licensed in VA. Limited to federal matters.*

*Counsel for Plaintiffs*