UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mahmoud Khalil, et al.,

    *Plaintiffs,*

v.

Columbia University and the Trustees of Columbia University, et al.,

    *Defendants.*

No. 1:25-cv-02079-AS

## Notice of Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby give notice that Defendants Pam Bondi, Linda McMahon, Leo Terrell, Sean Keveney, Josh Gruenbaum**, in their individual capacities only**, are dismissed without prejudice from this action. Plaintiffs emphasize that they are not dismissing any of these Defendants in their official capacity.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Dated: June 20, 2025

1

Dated: June 18, 2025      Respectfully Submitted,

/s/ Amy E. Greer

Amy E. Greer (NY 5910179) (lead counsel)
**Dratel & Lewis**
29 Broadway, Suite 1412
New York, NY 10006
(212) 732-8805
agreer@dratellewis.com

**CAIR NATIONAL
LEGAL DEFENSE FUND**
/s/Lena Masri
Lena Masri
Gadeir Abbas (VA 81161)*
Nadia Bayado (DC 90023648)
453 New Jersey Ave SE
Washington, DC 20003
(202) 742-6420

**COUNCIL ON AMERICAN ISLAMIC
RELATIONS – NEW YORK**
/s/Lamya Agarwala
Lamya Agarwala (NY 5736061)
80 Broad Street, 5th Floor
New York, NY 10009
(646) 665-7599
lagarwala@cair.com

**Jonathan Wallace**
/s/ Jonathan Wallace
Jonathan Wallace (NY 1733757)
PO #728
Amagansett NY 11930
(917) 359-6234
jonathan.wallace80@gmail.com

*Licensed in VA, practice limited to federal matters*

*Attorneys for Plaintiffs*