<u>Plaintiffs' Response to Agency Defendants'</u>
<u>Chart of Elements Not Plausibly Alleged</u>

**I.     Claim II – First Amendment Coercion**

| Elements Not Plausibly Alleged | Plaintiffs' Responsive Citations |
|---|---|
| Coercion of Columbia by the Executive Branch Defendants | SAC ¶¶ 47-51, 58, 60-63, 66, 134 |
| That the Executive Branch Defendants' actions were taken to punish or suppress Plaintiffs' speech | SAC at ¶¶ 4, 100-116 |
| That the speech at issue is constitutionally protected | SAC at ¶¶ 4, 42, 57, 63, 68, 94, 150, 152, 160, |

**II.    Claim IV – Administrative Procedure Act**

| Elements Not Plausibly Alleged | Plaintiffs' Responsive Citations |
|---|---|
| That the agency action was taken without observance of procedure required by law | SAC at ¶¶ 135-142. |
| That the agency action was in excess of statutory jurisdiction, authority, or limitations, or short of statutory right | SAC at ¶¶ 135-142. |
| That the agency action was not in accordance with law | SAC at ¶¶ 135-142. |

**III.   Claims II & IV Against the Executive Branch Defendants in Their Individual Capacities**

| Elements Not Plausibly Alleged | Plaintiffs' Responsive Citations |
|---|---|
| That the injunctive relief sought can be obtained against the Executive Branch Defendants in their individual capacities | N/A |
| That money damages are available against the Executive Branch Defendants in their individual capacities under either *Bivens* or the APA | N/A |