# EXHIBIT 1

<u>Plaintiffs' Responses to Congressional Defendants'</u>
<u>Chart of Elements Not Plausibly Alleged</u>

| **Claim** | **Element(s) Plausibly Alleged** | **Plaintiffs' Responsive Citations** |
|---|---|---|
| First Amendment (against Congressional Defendants) (Claim I) (¶¶ 157-74) | 1. Congressional Defendants coerced Columbia into producing student records | 1. SAC at ¶¶ 47, 49, 58, 60-63, 66, 68-72, 134 |
| First Amendment (against Columbia) (Claim III) (¶¶ 182-97) | 1. Columbia is a state actor<br>2. Columbia is being coerced by Congressional Defendants to produce student records | 1. SAC at ¶¶ 47, 58, 60-63, 66-134<br>2. SAC at ¶¶ 47, 58, 60-63, 66-134 |