UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHMOUD KHALIL et al., <br><br> Plaintiffs, <br><br> -against- <br><br> THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK et al., <br><br> Defendants. | 25-cv-2079 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court has received plaintiffs' motion for a preliminary injunction. *See* Dkt. 99. Plaintiffs filed the unredacted motion papers *ex parte*. Given the protective order in place, plaintiffs should either serve copies of the unredacted motion papers on defendants by **June 25, 2025** at **12 PM** or explain to the Court why the materials would properly filed *ex parte*.

SO ORDERED.

Dated: June 24, 2025
       New York, New York

                                            _____
                                            ARUN SUBRAMANIAN
                                            United States District Judge