## CERTIFICATE OF SERVICE

I hereby certify that the foregoing MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE OF DEFENDING RIGHTS & DISSENT and the Attached Brief of Amicus Curiae and Proposed Order were filed on all parties through electronic filing.

This 2nd Day of July, 2025.

/s/ Amith Gupta, Esq.

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE OF DEFENDING RIGHTS & DISSENT and the attached Brief of Amicus Curiae comply with the type-volume limitation of L.R. 7.1(c) because the applicable portions contain less than 13,000 words.

This 2nd Day of July, 2025.

/s/ Amith Gupta, Esq.