# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

MAHMOUD KHALIL, et. al.

*Plaintiffs*

v.                                                                                          1:25-cv-02079-AS

COLUMBIA UNIVERSITY, et. al.

*Defendants*

## ORDER

Defending Rights & Dissent, through counsel, has moved this Court for leave to file a Brief of Amicus Curiae. Upon review, the motion is hereby GRANTED, and the Brief of Amicus Curiae submitted with Defending Rights & Dissent's Motion shall be considered filed as of the day the Motion was filed.

SO ORDERED.

Dated: July 7, 2025

_____
Hon. Judge Arun Subramanian
U.S. District Court Judge