UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHMOUD KHALIL, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, et al.,<br><br>*Defendants.* | No. 1:25 Civ. 02079 (AS) |

**DECLARATION OF MARSHALL L. MILLER IN SUPPORT OF COLUMBIA DEFENDANTS' MOTION TO DISMISS AND OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Marshall L. Miller, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a member of the bar of the State of New York and admitted to appear before this Court. I am a partner in the law firm Hecker Fink LLP and lead counsel for Defendants Trustees of Columbia University in the City of New York ("Columbia") and Acting President Claire Shipman (together, the "Columbia Defendants").

2. I respectfully submit this declaration in support of the Columbia Defendants' reply memorandum of law in support of the Columbia Defendants' motion to dismiss and memorandum of law in opposition to Plaintiffs' motion for preliminary injunction.

3. Attached hereto as Exhibit A is a true and correct copy of Columbia's Rules of University Conduct, last updated on September 29, 2019, and available at https://universitypolicies.columbia.edu/content/rules-university-conduct.

4. Attached hereto as Exhibit B is a true and correct copy of Columbia's Anti-Discrimination and Discriminatory Harassment Policies & Procedures for Students last updated

1

on April 1, 2025, and available at https://institutionalequity.columbia.edu/sites/ institutionalequity.columbia.edu/files/content/Documents/Policies/2025_Anti-D_&_DH_ Policy_&_Procedures_for_Students_04.01.25.pdf.

5. Attached hereto as Exhibit C is a true and correct copy of Columbia's Policy Regarding Face Masks or Face Coverings on Campus, last visited July 10, 2025, and available at https://publicsafety.columbia.edu/content/policy-regarding-face-masks-or-face-coverings-campus.

6. Attached hereto as Exhibit D is a true and correct copy of the statement titled "Public Safety Update on Special Patrol Officers, Masking, and Identification," dated April 1, 2025, and available at https://publicsafety.columbia.edu/news/public-safety-update-special-patrol-officers-masking-and-identification.

7. Attached hereto as Exhibit E is a true and correct copy of the Brief of Plaintiffs-Appellants filed in *Fakhreddine v. University of Pennsylvania*, No. 25-1290 (3d Cir.), on May 28, 2025, at Dkt. 19-1.

8. Attached hereto as Exhibit F is a true and correct copy of the January 24, 2024 letter request from the U.S. House of Representatives Committee on Education and the Workforce to the University of Pennsylvania filed as Exhibit 1 to the Declaration of David Gringer in support of the University of Pennsylvania's motion to dismiss in *Fakhreddine v. University of Pennsylvania*, No. 24 Civ. 1034 (E.D. Pa.), on May 7, 2024, at Dkt. 29-3.

3

9. Attached hereto as Exhibit G is a true and correct copy of the statement titled "An Update on Our Commitment to Columbia's Future," dated June 12, 2025, and available at https://president.columbia.edu/news/update-our-commitment-columbias-future.

Dated: New York, New York
      July 11, 2025

By: _____
    Marshall L. Miller