# EXHIBIT C

# Public Safety

# Policy Regarding Face Masks or Face Coverings on Campus

The goal of this policy is to ensure the safety of our community including reducing the risk of disruption or harm from non-affiliates. To this end, the Department of Public Safety (DPS) has determined that face masks or face coverings are not allowed for the purpose of concealing one's identity in the commission of violations of University policies or state, municipal, or federal laws. Face masks or face coverings are always allowed for religious or medical reasons.

Under this policy, Public Safety may approach any individual, masked or unmasked, on the Columbia campus and ask them to provide identification. Individuals who fail to comply with these policies will be subject to discipline, being escorted off campus, and detention for trespass where appropriate.

## Morningside Campus:

Emergency Line: [212-854-5555](tel:212-854-5555)
Main Line: [212-854-2797](tel:212-854-2797)

## Manhattanville Campus:

Emergency Line: [212-853-3333](tel:212-853-3333)
Main Line: [212-853-3301](tel:212-853-3301)

## Medical Center Campus:

Emergency Line: [212-305-7979](tel:212-305-7979)
Main Line: [212-305-8100](tel:212-305-8100)

## Lamont-Doherty Campus:

Emergency Line: [845-365-8555](tel:845-365-8555)
Main Line: [845-359-2900](tel:845-359-2900)

## Emergency Announcements

[Columbia University Preparedness](#) ⧉