# EXHIBIT D

# Public Safety

Home  »  News  »  Public Safety Update on Special Patrol Officers, Masking, and Identification

# Public Safety Update on Special Patrol Officers, Masking, and Identification

April 01, 2025

On Friday, March 21, 2025, Columbia shared its approach ↗ to managing protests and demonstrations more effectively while preserving our value of free expression. These updates included the addition of Special Patrol Officers and details on Columbia's rules related to masking on campus and identification requirements.

We understand many in our community have additional questions, and we want to share more details on our efforts.

**Special Patrol Officers**

Public Safety has added Special Patrol Officers with enhanced training and legal authority that will enable us to respond more effectively and promptly to campus disruptions, while reducing our reliance on the NYPD.

- All Special Patrol Officers undergo a 162-hour, New York State-approved training program. Upon successful completion, officers are credentialed under New York State law to work on our campus.
- This comprehensive training emphasizes ethics, professionalism, anti-bias, and conflict de-escalation.
- Our Special Patrol Officers will be more familiar with the University community and can provide more effective and nuanced responses to our community that are aligned with our University policies and the Rules of University Conduct (Rules) and grounded in our core value of respect for all.
- Special Patrol Officers have the authority to issue citations and make arrests when necessary, based on violations of applicable law. Special Patrol Officers will not be armed and will be distinguishable from our regular Public Safety team by a patch and badge.
- We will continue to rely on our longstanding relationship with the NYPD to provide additional security assistance when circumstances require.

The Public Safety team's focus remains on de-escalation, community-centered security, and protecting all our community members. The addition of these highly trained special patrol officers enables our team to be more effective partners in preventing disruptions to learning and ensuring a peaceful campus environment for our students, faculty, staff, and visitors.

**Masking and Identification Requirements**

During protests or demonstrations, it is essential for our Public Safety team and University Delegates to know who is on campus, to ensure adherence to University Rules and policies, and to promote a safe environment.

An overview of University masking and identification requirements:

- Anyone on campus, whether masked or unmasked, must present a valid identification (ID) when asked by a Public Safety Officer.
- Anyone at a protest, whether masked or unmasked, must present a valid ID when asked by a University Delegate or Public Safety Officer in relation to a University Rules violation or potential Rules violation.
- No one is permitted to wear a mask for the purpose of concealing one's identity while violating a University policy or rule or state, municipal, or local law.
- Anyone wearing a mask due to a medical issue or for religious observance purposes is permitted to do so.

The identification process works like this:

1. **Who Is Required to Show ID?** Everyone on campus. When requested by a Public Safety Officer or other University official (which includes Delegates), University affiliates must present their CUID. Those not affiliated with the University must present their valid government-issued ID.

2. **What if the Individual is Wearing a Mask?** To facilitate identification, Public Safety officers and other University officials may ask individuals to briefly pull down their masks (upon request, including for those wearing masks due to a medical issue or religious observance, this can be done in a less public setting).

3. **What Happens if an Individual Refuses to Show ID?** Individuals who refuse either to provide ID or facilitate identification will be warned that noncompliance may result in removal from campus and, for affiliates, potential further sanctions as indicated by University Rules and policies. Individuals not affiliated with the University may be directed to leave campus and could be subject to arrest for trespassing if they refuse, if they are not approved guests and/or their presence on campus is inconsistent with their approved reason for visiting campus, including if they are protesting or demonstrating.

4. **What Happens if an Individual Continues to Refuse to Show ID?** Continued refusal will result in a second warning, a trespass notice, and escort from campus. Those who resist removal may be removed by an authorized individual and subject to arrest for trespassing.

Why is this update important?

- People wear masks or face coverings for many reasons, including for religious and medical purposes.
- However, people also wear face coverings with the intent to conceal their identity from Public Safety officials and Delegates to gain inappropriate access to campus or avoid accountability for violations of University policies or rules, or applicable laws.
- To ensure the safety of our community, it is critical that Public Safety be able to identify anyone on campus as needed.

The University's Inclusive Public Safety Advisory Committee  (IPSAC) will continue to meet with Public Safety to provide faculty, staff, and student feedback on enhancements to this program that further a safe and inclusive campus community. The IPSAC portal for community input  can be found on their website.

Use the contact methods described on this page to submit your suggestions and comments directly to the Public Safety team.

# News

May 16, 2025

[2025 University Commencement Week: Important Campus Operations and Access Information](#)

May 08, 2025

[Campus Guest Access for May 9](#)

May 08, 2025

[Changes to Campus Guest Access for May 8](#)

April 30, 2025

[Additional Information on gas main leak earlier today](#)

April 24, 2025

[Important Updates to Same-Day Guest Registration for April 24 and 25](#)