# EXHIBIT A

# COLUMBIA | OFFICE OF THE PRESIDENT

Home  »  Our Resolution With the Federal Government

# Our Resolution With the Federal Government

Columbia University has reached an agreement with the United States Government to resolve multiple federal agency investigations into alleged violations of federal anti-discrimination laws. As part of the resolution, Columbia will pay a $200 million settlement over three years to the federal government. In addition, the University has agreed to settle investigations brought by the U.S. Equal Employment Opportunity Commission for $21 million. Importantly, the agreement preserves Columbia's autonomy and authority over faculty hiring, admissions, and academic decision-making.

Under today's agreement, a vast majority of the federal grants which were terminated or paused in March 2025—will be reinstated  and Columbia's access to billions of dollars in current and future grants will be restored. This includes the reinstatement of the majority of grants previously terminated by the National Institutes of Health and the Department of Health and Human Services, renewal of non-competitive grants, the release of overdue payments on active, non-terminated grants, and Columbia's restored eligibility to apply for new federal research funding in the ordinary course. The portion of funding not restored reflects broader reductions by the government in certain research areas and is not related to the conduct addressed in this agreement.

Today's agreement also codifies a set of reforms Columbia announced publicly on March 21, 2025, which included enhancements to campus safety, changes to disciplinary processes, and renewed efforts to foster an inclusive and respectful learning environment. While Columbia does not admit to wrongdoing with this resolution agreement, the institution's leaders have recognized, repeatedly, that Jewish students and faculty have experienced painful, unacceptable incidents, and that reform was and is needed.

The agreement builds on Columbia's broader commitment to combating antisemitism, reflected most recently in a set of additional institutional actions announced on July 15, 2025, including the incorporation of the IHRA definition of antisemitism into the work of the University's Office of Institutional Equity (OIE), the appointment of Title VI and Title VII coordinators in OIE, and the expansion of university-wide education and training initiatives.

The agreement establishes a jointly selected independent monitor who will assess the implementation of the resolution. The University will provide regular reports to the monitor, documenting its adherence to the agreement and its continued compliance with applicable federal laws and regulations pertaining to admissions, hiring, and international students. These provisions reflect Columbia's broader commitment to transparency, institutional accountability, and sustained progress on our commitments.

Acting University President Claire Shipman said, "This agreement marks an important step forward after a period of sustained federal scrutiny and institutional uncertainty. The settlement was carefully crafted to protect the values that define us and allow our essential research partnership with the federal government to get back on track. Importantly, it safeguards our independence, a critical condition for academic excellence and scholarly exploration, work that is vital to the public interest."

"Today's agreement with the federal government affirms Columbia's unyielding commitment to academic freedom, freedom of expression, and open inquiry. It confirms the changes already underway at Columbia to meaningfully address antisemitism on our campus and allows the University to continue to undertake its transformative research and scholarship," said Board of Trustees Co-Chairs David Greenwald and Jeh Johnson. "Columbia's longstanding research partnership with the federal government is vital to advancing our nation's progress in key areas of science, technology, and medicine. We are proud of the role we play in advancing this public service and preparing the next generations of students to meet complex challenges around the world."

More Information

[Our Resolution with the Federal Government](#)

[Columbia's Response – Advancing Our Work](#)

[March 13, 2025 letter from GSA, DOE, HHS](#)