AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Mahmoud Khalil et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-02079-AS |
| Trustees of Columbia University et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs

Date: 08/06/2025

*Attorney's signature*

Zal K. Shroff (#5560669)
*Printed name and bar number*

Main Street Legal Services, Inc.
CUNY School of Law
2 Court Square West
Long Island City, NY 11101
*Address*

zal.shroff@law.cuny.edu
*E-mail address*

(718) 340-4200
*Telephone number*

(718) 340-4478
*FAX number*