# Exhibit A

COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK

OFFICE OF INSTITUTIONAL EQUITY

June 17, 2025

Dear Student:

Please see the attached Notice of Allegations.

Sincerely,
Office of Institutional Equity

June 17, 2025

Dear Student:

The Student Division of Anti-Discrimination and Discriminatory Harassment ("the Student Division") within the Office of Institutional Equity ("OIE") received information that you may have engaged in behavior that meets the definition of Prohibited Conduct under the *[Anti-Discrimination and Discriminatory Harassment Policy and Procedures for Students](#)* ("the Policy"). Specifically, it is alleged you engaged in conduct that may have amounted to Discriminatory Harassment on the basis of an individuals' Protected Class, including but not limited to an individual's National Origin (including shared ancestry, ethnic characteristics, or citizenship or residency in a country with a dominant religion or distinct religious identity), and Religion.

Specifically, it is alleged that on May 7, 2025, at approximately 3:15 p.m., during reading week at Columbia University, you participated in an event inside of Columbia University's Butler Library located at 535 West 114th St. New York, NY. During the event, you were part of a group of over 70 individuals who entered the 3rd Floor Reading Room inside of Butler Library at a time when over 50 students were studying inside of the Reading Room. Once inside of the Reading Room, the group in which you were a participant gathered near the Reading Room's main entrance and covered their faces. While inside of the Reading Room, where students were studying, the group in which you were a participant stood on the communal study tables, banged multiple drums, and utilized multiple noise amplifiers, including megaphones, to repeatedly and loudly chant in unison statements, including, but not limited to, "There Is Only One Solution, Intifada Revolution" and "Globalize The Intifada."

The group you were a part of also displayed and affixed large signs around the Reading Room, taping them to the walls. These signs included, but were not limited to, the statements: "Glory To Our Martyrs" and "There Is Only One State, Palestine '48." The group in which you were a participant also distributed and affixed dozens of stickers to the communal study tables, study cubicles, walls, display cases, and bookshelves throughout the Reading Room. These stickers included, but were not limited to, the statements, "Land Back Now" and "Palestine Will Be Free" with an image of a military tank, "Free Palestine" and "Resistance Is Justified When People Are Occupied" with an image of an inverted red triangle, and "The Struggle For Liberation Is A Struggle For Life" with an image of a masked individual shooting a slingshot. The group in which you were a participant also wrote symbols and statements with marker on the communal study tables, study cubicles, and display cases throughout the Reading Room, that included, but were not limited to, "CU Will BURN," "Resistance is Glorious, We Will Be Victorious," "Intifada! People's War," "CU You Will See," "We Will Always Come Back For Palestine," "Columbia Will Burn 4 The Martyrs," "Victory To The Resistance" with an image of an inverted triangle, "Intifada Revolution" with an image of an inverted triangle, and "Gaza Rises" with an image of an inverted triangle. The group in which you were a participant also distributed and dispersed dozens of documents around the Reading Room, that included, but were not limited to, a pamphlet with the title "Basel Al-Araj On

The Claim That The Intifada Harmed the Palestinians," in which Hamas's development and rising was discussed, the Second Intifada was defended, and an image of a "Palestinian resistance rocket that struck 'Tel Aviv'" was depicted. The group in which you were a participant also distributed and dispersed a "syllabus" entitled "Basel Al-Araj Popular University Syllabus" around the Reading Room, which included a section of referenced reading materials entitled "From Study to Armed Revolution."

Based upon information collected thus far, it is alleged that one or more individuals who identified as members of a protected class were present inside of the Reading Room while the above-described conduct was taking place by the group in which you were a participant.

Based on the totality of the circumstances, the above-described conduct may have subjected individuals to unwelcome conduct that created or contributed to a hostile working, learning, or campus living environment; altered the conditions of employment or education; and/or unreasonably interfered with individuals' work, academic performance, or ability to participate in or benefit from some aspect of the University's educational programs or activities on the basis of the individuals' actual or perceived membership in, or association with a Protected Class. This allegation falls under the Anti-Discrimination and Discriminatory Harassment Policy and Procedures for Students' definition of Discriminatory Harassment.[1]

According to the Policy, these allegations will be processed under a Formal Investigation and Determination procedure. See the Policy. You are encouraged to review the Policy for more information about the various definitions of Prohibited Conduct and the University's procedures for responding to potential violations.

**Next Steps**

Attached please find important information regarding your rights, resources, processes and procedures. The Policy provides additional information about the procedures of a Formal Investigation and Determination.[2]

The Investigation is being conducted by Associate Directors Michelle Ashcroft, Megan Forbes, and Ana María Matías. As explained in the attached Rights and Resources document, if you believe there is a potential or actual conflict of interest with the Associate Director(s) conducting the investigation you must make a written request here, requesting that the Associate Director not participate and explain the conflict within two business days, which is **Friday, June 20, 2025.** The request will be reviewed, and you will be notified if there is a modification to the Investigative Team.

As a Respondent, you may choose to participate in the process or decline to participate. If you decline to participate, the Investigation will continue without your participation. **If you choose to participate, you have the option to either submit a written statement regarding the noticed**

---

[1] See Policy, p. 6-8.
[2] See Policy, p. 26.

**allegations to the Investigative Team or meet with the Investigative Team for an investigative interview**. If you wish to participate in the process by either submitting a written statement or participating in an interview, you must submit this information by **Tuesday, June 24, 2025**, stating whether you are participating via a written statement or an interview.

If you choose to submit a statement rather than participate in an interview, your statement is due by **Tuesday, July 1, 2025 at 5:00 p.m.**

If you choose to participate in an interview with the Investigative Team, please send three one-hour blocks of time that you are available between Friday, June 27, 2025 and Thursday, July 3, 2025, between the hours of 9:00 a.m. and 5:00 p.m.  Please submit this availability by **Tuesday, June 24, 2025**. Interviews will begin on Friday, June 27, 2025.  The Investigative Team will notify you after June 24, 2025 with your designated interview time.

All responses should be emailed to addh-student@columbia.edu.

Sincerely,

The Office of Institutional Equity

**Please find important information regarding your rights, resources, processes, and procedures below.**

### A. Resources
Attached to this email are details on resources available to you throughout this process. Some of these rights are described above. Finally, as a reminder, nothing in the Policy prevents a Complainant from seeking the assistance of relevant law enforcement authorities in addition to or instead of any University process. We will also discuss the availability of resources in more detail during our meeting.

### B. Right to an Advisor
Any Party involved in this process has a right to an Advisor, who may or may not be an attorney. The purpose of an Advisor is to offer you support and advice during this process. Advisors may accompany you to any meetings with the Office and talk quietly with you or pass notes in a non-disruptive manner but may not substantially intervene during meetings.

### C. Conflict of Interest
An Initial Assessment or Formal Investigation and Determination has commenced. You will be provided with the names of the Investigators by email. If you believe there is a potential or actual conflict of interest with the Investigator(s) conducting the resolution process, you must make a written request here, requesting the Investigator(s) not participate in the resolution process and explaining the conflict within **two business days**. The request will be reviewed, and you will receive a response indicating whether there will be a modification to the Investigative Team.

### D. Presumption of "Not Responsible"
During the course of the Initial Assessment and Formal Investigation and Determination the Respondent is presumed "Not Responsible" for the alleged misconduct. A determination of Responsible or Not Responsible regarding a violation of the Policy is made at the conclusion of the applicable procedure.

### E. Privacy and Family Educational Rights and Privacy Act ("FERPA")
Although OIE is not a confidential resource or advocate, OIE will strive to maintain your privacy to the greatest extent possible. Additionally, the University seeks to protect the privacy of the Parties and Witnesses during the pendency of any resolution process under this Policy in a manner that does not restrict the ability of the Parties to obtain and present evidence, including by speaking to Witnesses, consulting with family members, confidential resources, or advisors; or otherwise preparing for, or participating in the resolution process. Furthermore, the University will take reasonable steps to prevent and address the Parties' unauthorized disclosure of information and evidence obtained solely due to participation in any resolution process under this Policy.

If requested, the Parties may review any documents about their student record under FERPA, including communications with the Office, recorded transcripts of statements,

and submitted evidence. These documents will be redacted of any information relevant to another party's information.

**F. Protocols and Procedures**
The Respondent will receive access to a Summary of the Evidence, Investigative Report, upon request, Determination Letter, Sanctioning and Appellate materials.

Any Complainant, if applicable, may participate in the Summary of Evidence, have access to the Investigative Report, upon request, and Determination Letter. Due to restrictions imposed by FERPA and consistent with the University's FERPA policy, a Complainant will not be notified of any sanctions or outcomes of any appeals imposed as a result of the process. The Complainant will receive Notice that the process has been completed either once the Respondent's deadline to appeal has passed, if the Respondent has not appealed, or after a decision has been rendered on the Respondent's Appeal.

Upon request to the Office, the Parties may make arrangements to review a copy of the Investigative Report that has been redacted in compliance with FERPA and other applicable laws and policies to preserve the privacy of all other participants in the process. The Parties may take notes of the Investigative Report but may not take photos, screenshots, or copy it in whole or in part when reviewing it.

**G. Participation**
We appreciate your involvement in this process. While we expect students to participate, you have the right to decline participation or withdraw from the disciplinary process at any time. You may also participate on a limited basis, which can be discussed with the Investigative Team. If you choose not to participate or withdraw, the process may proceed without your input, depending on the information gathered, to ensure the safety of the Columbia community. Additionally, because the University has the obligation to take corrective action to address Prohibited Conduct, the Office may determine that a resolution process is necessary without the participation of the Parties, and may insist upon conducting a resolution process to ensure a safe campus environment.

**H. Prohibition of Retaliation**
Be advised that retaliation against any person involved in the process, including you, the Respondent, Witnesses, the Investigative Team, the Sanctioning Officer, and the Appellate Panel, is a separate violation of the Policy and may result in disciplinary action separate from this underlying matter.

**I. Prohibition of False Statements**
Be advised that the University prohibits knowingly making false statements or knowingly submitting false information during the resolution process, and that such conduct may be subject to disciplinary action.

**J. Academic Freedom**
Nothing in the Policy shall be construed to abridge academic freedom or the University's educational mission. Academic freedom includes but is not limited to, the entitlement that

officers of instruction have freedom in the classroom to discuss their subjects, to freedom in research and in the publication of its results, and to freedom in their expressions of opinions or associations in their private or civic capacity.

**K. Timing of the Resolution Process**

The timing of the resolution process may vary depending on the facts and circumstances of each Case, such as the number of witnesses, and extensiveness of the evidence. For example, some Cases may take longer due to the need for the translation of evidence. However, generally speaking, the Office will strive to complete the resolution process within 120 days.

**L. Range of Sanctions**

If a student Respondent is found responsible for committing a violation of the Policy based on the above allegations, sanctions may range from reprimand/disciplinary warning, suspension, to expulsion from the University. Specifically, the range of sanctions include: Reprimand/Disciplinary Warning; Conditional disciplinary probation; Disciplinary Probation; Revocation of honors and/or awards; Restriction of access to University facilities or activities, up to and including a total ban from access to all University-owned buildings or property (i.e., *persona non grata* status); Removal from and/or restricted participation in academic or extracurricular activities and/or University organizations, or restriction from receiving University services; Removal from student housing; Admission revocation; Disciplinary Suspension (suspension for a fixed period of time or indefinite suspension, with the opportunity to petition for re-admission); Expulsion; and/or Withholding or deferral of issuance of degree. This list is not exhaustive, and OIE may fashion other Sanctions appropriate to the circumstances of any particular case.

If a Student Group, including recognized and unrecognized groups, is found responsible for committing a violation of the Policy based on the above allegations, sanctions may range from a Reprimand/disciplinary warning; Deduction of funds from the Student Group's budgetary allocation; Freezing of the Student Group's ability to access its budgetary allocation or to reserve space; Temporary or permanent prohibition of certain individuals from serving in leadership positions in the Student Group; Disciplinary probation of the Student Group; Disciplinary suspension of the Student Group; and Derecognition of the Student Group.

This list is not exhaustive, and OIE may fashion other Sanctions appropriate to the circumstances of any particular case.

**M. Privacy Agreement**

<u>You will be asked to sign a Privacy Agreement, attached to this letter, prior to your initial interview</u>. The Investigative Team will not share confidential case materials with any Party or Advisor who fails to sign a Privacy Agreement. Witnesses will be asked to sign a Privacy Agreement at the start of an interview, if applicable. Any Party or Witness who engages in the unauthorized disclosure of information and evidence obtained solely as a result of participation in any resolution process under this Policy and/or violates the

Privacy Agreement may be subject to discipline. Disclosures of information and evidence for purposes of administrative proceedings or litigation related to alleged Prohibited Conduct will be authorized by the Privacy Agreement.

**N. Prohibition on Recording, Copying and/or Distribution:**

The Office may record interviews or notes of the interviews may be taken by the Office. Recording or facilitating the recording of any part of this resolution is prohibited by all other participants. Additionally, unauthorized copying and/or distribution of any documents by any means is prohibited. Copying includes, but is not limited to, audio recording, streaming, photographing, scanning, or any other form of reproduction that conflicts with the spirit of this directive. Allegations of noncompliance may result in disciplinary action.