# EXHIBIT B

## Columbia University
### in the city of New York

#### Office of Institutional Equity

May 22, 2025

Dear Palestinian Solidarity Coalition,

Please see the attached Determination Letter

Sincerely,

The Office of Institutional Equity

Columbia University in the City of New York

212-854-5511 | institutionalequity@columbia.edu


CC:    Columbia Palestine Solidarity Coalition

May 22, 2025

Dear Columbia Palestine Solidarity Coalition:

The Office of Institutional Equity ("OIE") and the Student Division of Anti-Discrimination and Discriminatory Harassment ("the Student Division") conducted a Formal Investigation and Determination into Allegations that the Respondent Group subjected individuals to Discriminatory Harassment, in violation of the *Anti-Discrimination and Discriminatory Harassment Policy and Procedures for Students* (the "Policy").

OIE determined based on a preponderance of the evidence that the **Respondent Group did engage in conduct amounting to Discriminatory Harassment** as defined by the Policy. Accordingly, the Respondent Group was found **responsible** for violating the Policy.

The Respondent Group may upon request to OIE, make arrangements to review a copy of the Investigative Report that has been redacted in compliance with FERPA and other applicable laws and policies to preserve the privacy of all other participants in the process. The Respondent Group may take notes of the Investigative Report, but may not take photos, screenshots, or copy it in whole or in part when reviewing it. If the Respondent Group would like to review the full Investigative Report regarding this matter, please contact OIE via email, at institutionalequity@columbia.edu.

As a reminder, the Complainant will receive Notice that the process has been completed but, due to restrictions imposed by FERPA and consistent with the University's FERPA policy, will not be notified of the Sanction or Appeal outcome, if applicable.

Additionally, per the Policy, after the Determination Letter has been issued, the Parties may provide a written Impact Statement discussing how the alleged misconduct has impacted them. The written Impact Statement must be prepared by the Parties and be no more than five (5) single-spaced typed pages, using size 12-point Times New Roman font and one-inch margins. The statement must be submitted within three (3) business days following the Determination Letter. The Respondent Group's Impact Statement will be due by **Tuesday, May 27, 2025 at 5:00 PM**. You must submit your Impact Statement by email to OIE, at institutionalequity@columbia.edu.

Finally, whatever the outcome of any resolution process under this Policy, you may request ongoing or additional Supportive Measures, and OIE, in consultation with the designated administrator of your school, will determine whether such Supportive Measures are appropriate. Ongoing Supportive Measures that do not unreasonably burden a Party may be considered and provided even if the Respondent Group or Respondent Student is found Not Responsible for violating this Policy. Potential ongoing Supportive Measures include, but are not limited to: Issuing or maintaining a no-contact directive; Providing an escort; Moving a Student's residence; Changing a Student's academic schedule; Adjusting a Student's work schedule; Allowing a Student to withdraw from or retake a class without penalty; and/or Providing access to tutoring or other academic support, such as extra time to complete or retake a class.

Please be advised that you are prohibited from engaging in retaliation, on your own or through a third party, against anyone involved in the Formal Investigation and Determination.

This concludes OIE's Formal Investigation of this matter.


Sincerely,

The Office of Institutional Equity

## COLUMBIA UNIVERSITY
### IN THE CITY OF NEW YORK

#### OFFICE OF INSTITUTIONAL EQUITY

January 8, 2025

Columbia University Palestinian Solidarity Coalition
Sent electronically to cupalsolidaritycoalition@gmail.com

Dear Columbia University Palestinian Solidarity Coalition ("CPSC"), ▓▓▓▓▓▓▓▓▓, and ▓▓▓▓▓▓▓▓▓▓▓▓▓

Please see the attached notice of allegations.

Sincerely,

The Office of Institutional Equity
Columbia University in the City of New York
212-854-5511 | institutionalequity@columbia.edu

Case 1:25-cv-02079-AS    Document 142-3    Filed 08/13/25    Page 6 of 13

Dear Columbia University Palestinian Solidarity Coalition ("CPSC"), ▨▨▨▨▨, and ▨▨▨ ▨▨▨

The Student Division of Anti-Discrimination and Discriminatory Harassment within the Office of Institutional Equity ("OIE") received information that you are active and/or involved members of CPSC, an unrecognized student group at Columbia University, and maintained effective control over CPSC's public Instagram and X profiles. It is alleged that CPSC, and/or you both, individually, and/or as active and/or involved members of CPSC, may have engaged in behavior that meets the definition of Prohibited Conduct under the *Anti-Discrimination and Discriminatory Harassment Policy and Procedures for Students* ("the Policy").[1] Specifically, Discriminatory Harassment on the basis of individuals' Protected Class, including but not limited to individuals' national origin (including shared ancestry, ethnic characteristics, or citizenship or residency in a country with a dominant religion or distinct religious identity), religion, and veteran or active military status. OIE may update this Notice to include additional and/or amended information.

*Specifically, the allegations are provided below:*

**Allegation One.** On October 19, 2024, CPSC, and/or you both, individually, and/or as active and/or involved members of CPSC, by and through *The Columbia Spectator* publication, published an "Op Ed," (below)[2] which may have subjected individuals to unwelcome conduct that may have created or contributed to a hostile working, learning, or campus living environment; that altered the conditions of employment or education; and/or that unreasonably interfered with individuals' work, academic performance, or ability to participate in or benefit from some aspect of the University's educational programs or activities on the basis of the individuals' actual or perceived membership in, or association with a Protected Class. This Allegation falls under the Policy's definition of Discriminatory Harassment.[3]

---

[1] "Every individual bears responsibility for their own conduct, regardless of whether that conduct occurred in a group setting. Whether this or any other University policy applies to the conduct of a group, conduct by individual members of a group (whether the group is formally recognized or not) may be a basis for disciplinary action for those individuals under this Policy." See Policy.

[2] See Article.

[3] See Policy, p 6-8.

Bearing this in mind, as Palestinian student organizers, we ask you to join us in shifting the discourse back to divestment. By recentering Palestine, we reignite pressure against the University to halt its complicity in the eradication of the Palestinian people. If we matter to Columbia, then the University must:

1. Divest from companies and weapons manufacturers profiting from Israeli apartheid and genocide, noting that 76.55 percent of participating Columbia College students, 74.52 percent of participating School of Engineering and Applied Science students, and 90.99 percent of participating Barnard students voted in favor during 2024 referenda.

2. Cancel the opening of the Tel Aviv Global Center, given that Palestinian affiliates of Columbia would be restricted from access to this program due to Israel's apartheid policies; and further noting that 68.36 percent of participating Columbia College students, 68 percent of participating SEAS students, and 85.26 percent of participating Barnard students voted in favor during 2024 referenda.

3. Cease the dual degree partnership with Tel Aviv University for the same reason, noting that 65.62 percent of participating Columbia College students, 62.37 percent of participating SEAS students, and 82.45 percent of participating Barnard students voted in favor during 2024 referenda.

4. Stop the School of General Studies' pipeline of Israeli soldiers who are complicit in war crimes against the Palestinian people and neighboring sovereign countries since October 2023.

To quote "Solidarity Forever," a tune familiar to anyone who passed by the encampment: "We can bring to birth a new world from the ashes of the old." Stand with us in holding Columbia accountable as we birth a new world, together.

*Columbia Palestine Solidarity Coalition is a Palestinian-led coalition reclaiming the fight for divestment on Columbia's campus and for Palestinian liberation abroad. Your student group can join them by emailing cupalsolidaritycoalition@gmail.com, and you can follow them on Instagram at @columbia.psc.*

**Allegation Two.** On October 24, 2024, CPSC, and/or you both, individually, and/or as active and/or involved members of CPSC, exercised effective control over CPSC's public Instagram account and played a substantial role in the joint publication of the following two (2) images and text, which may have subjected individuals to unwelcome conduct that may have created or contributed to a hostile working, learning, or campus living environment; that altered the conditions of employment or education; and/or that unreasonably interfered with individuals' work, academic performance, or ability to participate in or benefit from some aspect of the University's educational programs or activities on the basis of the individuals' actual or perceived membership in, or association with a Protected Class. This Allegation falls under the Policy's definition of Discriminatory Harassment.[4]

---

[4] See Policy, p 6-8.

Case 1:25-cv-02079-AS    Document 142-3    Filed 08/13/25    Page 8 of 13




**Allegation Three.** On October 31, 2024, CPSC, and/or you both, individually, and/or as active and/or involved members of CPSC, exercised effective control over CPSC's public Instagram account and played a substantial role in the joint publication of the following image and text, which may have subjected individuals to unwelcome conduct that may have created or contributed to a hostile working, learning, or campus living environment; that altered the conditions of employment or education; and/or that unreasonably interfered with individuals' work, academic performance, or ability to participate in or benefit from some aspect of the University's educational programs or activities on the basis of the individuals' actual or perceived membership in, or association with a Protected Class. This Allegation falls under the Policy's definition of Discriminatory Harassment.[5]



According to the Policy, these allegations will be processed under a Formal Investigation and Determination procedure. See Policy. You are encouraged to review the Policy for more information about the various definitions of Prohibited Conduct and the University's procedures

---

[5] See Policy, p 6-8.

Case 1:25-cv-02079-AS    Document 142-3    Filed 08/13/25    Page 9 of 13

for responding to potential violations.

The Investigative Team directs all Parties to preserve all relevant evidence in the Party's possession, including emails, texts, social media posts, or other electronic communications or records.

***Please find important information regarding your rights, resources, processes, and procedures below. I am happy to discuss any questions or concerns you might have during our meeting or by email.***

**A. Conflict of Interest**

Given the nature of the reported allegations, a Formal Investigation and Determination has commenced. When you are notified of the Investigative Team, if you believe there is a potential or actual conflict of interest, you must make a written request that the Investigator(s) not participate in the resolution process and explain the conflict. The request will be reviewed, and you will receive a response indicating whether there will be a modification to the Investigative Team. You will receive additional information regarding the conflict of interest process at a later point.

**B. Right to an Advisor**

Any Party involved in this process has a right to an Advisor, who may or may not be an attorney. The purpose of an Advisor is to offer you support and advice during this process. Advisors may accompany you to any meetings with the Office and talk quietly with you or pass notes in a non-disruptive manner but may not substantially intervene during meetings.

**C. Presumption of "Not Responsible"**

During the course of the Formal Investigation and Determination the Respondent is presumed "Not Responsible" for the alleged misconduct. A determination of Responsible or Not Responsible regarding a violation of the Policy is made at the conclusion of the applicable procedure.

**D. Privacy and Family Educational Rights and Privacy Act ("FERPA")**

Although OIE is not a confidential resource or advocate, OIE will strive to maintain your privacy to the greatest extent possible. Additionally, the University seeks to protect the privacy of the Parties and Witnesses during the pendency of any resolution process under this Policy in a manner that does not restrict the ability of the Parties to obtain and present evidence, including by speaking to Witnesses, consulting with family members, confidential resources, or advisors; or otherwise preparing for, or participating in the resolution process. Furthermore, the University will take reasonable steps to prevent and address the Parties' unauthorized disclosure of information and evidence obtained solely due to participation in any resolution process under this Policy.

If requested, the Parties may review any documents about their student record under FERPA, including communications with the Office, recorded transcripts of statements, and submitted evidence. These documents will be redacted of any information relevant to

another party's information.

### E. Protocols and Procedures

The Respondent will receive access to a Summary of the Evidence, Investigative Report, upon request, Determination Letter, Sanctioning and Appellate materials.

Any Complainant, if applicable, may participate in the Summary of Evidence, have access to the Investigative Report, upon request, and Determination Letter but due to restrictions imposed by FERPA and consistent with the University's FERPA policy, a Complainant will not be notified of any sanctions or outcomes of any appeals imposed as a result of the process. The Complainant will receive Notice that the process has been completed either once the Respondent's deadline to appeal has passed, if the Respondent has not appealed, or after a decision has been rendered on the Respondent's Appeal.

Upon request to the Office, the Parties may make arrangements to review a copy of the Investigative Report that has been redacted in compliance with FERPA and other applicable laws and policies to preserve the privacy of all other participants in the process. The Parties may take notes of the Investigative Report but may not take photos, screenshots, or copy it in whole or in part when reviewing it.

### F. Participation

We appreciate your involvement in this process. While we expect students to participate, you have the right to decline participation or withdraw from the disciplinary process at any time. You may also participate on a limited basis, which can be discussed with the Investigative Team. If you choose not to participate or withdraw, the process may proceed without your input, depending on the information gathered, to ensure the safety of the Columbia community. Additionally, because the University has the obligation to take corrective action to address Prohibited Conduct, the Office may determine that a resolution process is necessary without the participation of the Parties, and may insist upon conducting a resolution process to ensure a safe campus environment.

### G. Prohibition of Retaliation

Be advised that retaliation against any person involved in the process, including you, the Respondent, Witnesses, the Investigative Team, the Sanctioning Officer, and the Appellate Panel, is a separate violation of the Policy and may result in disciplinary action separate from this underlying matter.

### H. Prohibition of False Statements

Be advised that the University prohibits knowingly making false statements or knowingly submitting false information during the resolution process, and that such conduct may be subject to disciplinary action.

### I. Holds and Transcript Notations

A "hold" will be placed on the Respondent's transcript during the pendency of this disciplinary matter. That "hold" will remain in effect until the resolution process is complete. Upon conclusion of the disciplinary process, a permanent transcript notation will be indicated on the Respondent's record for cases resulting in suspension or

Case 1:25-cv-02079-AS    Document 142-3    Filed 08/13/25    Page 11 of 13

expulsion. The Respondent who withdraws from the University without resolving a pending disciplinary matter will also be issued a transcript notation. Notations on transcripts may be indicated as follows[6]: Disciplinary Suspension; Disciplinary Expulsion; or Withdrawal with Conduct Charges Pending.

Further information on transcript notations is available in the policy on Standard Transcript Notations contained in the <u>University Regulations</u>. Respondents may make a formal request for a notation to be removed by submitting an appeal via email to the office responsible for issuing the notation after the following minimum periods of time have elapsed: At least one year following the completion of a Disciplinary Suspension; or at least one year following a Withdrawal with Conduct Charges Pending. A student may make a total of two requests per transcript notation before they are no longer eligible for appeal. Transcript notations for Disciplinary Expulsions are not eligible for appeal.

### J. Academic Freedom

Nothing in the Policy shall be construed to abridge academic freedom or the University's educational mission. Academic freedom includes but is not limited to, the entitlement that officers of instruction have freedom in the classroom to discuss their subjects, to freedom in research and in the publication of its results, and to freedom in their expressions of opinions or associations in their private or civic capacity.

### K. Timing of the Resolution Process

The timing of the resolution process may vary depending on the facts and circumstances of each Case, such as the number of witnesses, and extensiveness of the evidence. For example, some Cases may take longer due to the need for the translation of evidence. However, generally speaking, the Office will strive to complete the resolution process within 120 days.

### L. Range of Sanctions

If a student Respondent is found responsible for committing a violation of the Policy based on the above allegations, sanctions may range from reprimand/disciplinary warning, suspension, to expulsion from the University. Specifically, the range of sanctions include: Reprimand/Disciplinary Warning; Conditional disciplinary probation; Disciplinary Probation; Revocation of honors and/or awards; Restriction of access to University facilities or activities, up to and including a total ban from access to all University-owned buildings or property (i.e., *persona non grata* status); Removal from and/or restricted participation in academic or extracurricular activities and/or University organizations, or restriction from receiving University services; Removal from student housing; Admission revocation; Disciplinary Suspension (suspension for a fixed period of time or indefinite suspension, with the opportunity to petition for re-admission); Expulsion; and/or Withholding or deferral of issuance of degree.

If a Student Group is found responsible for committing a violation of the Policy based on

---

[6] The relevant definitions are as follows: Disciplinary Expulsion: Disciplinary process resulted in decision to deny student the opportunity to complete the degree; Disciplinary Suspension: Student has been temporarily suspended in conjunction with an internal disciplinary process; Withdrawal with Conduct Charges Pending: Student withdrew while there was a disciplinary matter pending that had not yet been completed.

the above allegations, sanctions may range from a Reprimand/disciplinary warning; Deduction of funds from the Student Group's budgetary allocation; Freezing of the Student Group's ability to access its budgetary allocation or to reserve space; Temporary or permanent prohibition of certain individuals from serving in leadership positions in the Student Group; Disciplinary probation of the Student Group; Disciplinary suspension of the Student Group; and Derecognition of the Student Group. This list is not exhaustive, and OIE may fashion other Sanctions appropriate to the circumstances of any particular case.

## M. Privacy Agreement

<u>You will be asked to sign a Privacy Agreement, attached to this letter, prior to your initial interview</u>. The Investigative Team will not share confidential case materials with any Party or Advisor who fails to sign a Privacy Agreement. Witnesses will be asked to sign a Privacy Agreement at the start of an interview, if applicable. Any Party or Witness who engages in the unauthorized disclosure of information and evidence obtained solely as a result of participation in any resolution process under this Policy and/or violates the Privacy Agreement may be subject to discipline. Disclosures of information and evidence for purposes of administrative proceedings or litigation related to alleged Prohibited Conduct will be authorized by the Privacy Agreement.

## N. Resources

Attached to this letter are details on resources available to you throughout this process. Some of these rights are described above. Finally, as a reminder, nothing in the Policy prevents a Complainant from seeking the assistance of relevant law enforcement authorities in addition to or instead of any University process. We will also discuss the availability of resources in more detail during our meeting.

## O. Prohibition on Recording, Copying and/or Distribution:

The Office may record interviews, or notes of the interviews may be taken by the Office. Recording or facilitating the recording of any part of this resolution is prohibited by all other participants. Additionally, unauthorized copying and/or distribution of any documents by any means is prohibited; copying includes, but is not limited to, audio recording, streaming, photographing, scanning, or any other form of reproduction that conflicts with the spirit of this directive. Allegations of noncompliance may result in disciplinary action.

## <u>*Next Steps*</u>

OIE will contact you to schedule a meeting to discuss Supportive Measures throughout this process, as well as answer any questions you may have about the Formal Investigation and Determination Process. After or before this meeting, the Investigative Team will also contact you to schedule your initial interview.

Please let me know if you have any questions or concerns.

Sincerely,

The Office of Institutional Equity