UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Mahmoud Khalil, et al.,

    *Plaintiffs,*

v.                                                                                                  No. 1:25-cv-02079-AS

Columbia University and the Trustees of
Columbia University, et al.,

    *Defendants.*

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney hereby files this Notice of Appearance as Counsel of Record for <u>all</u> Plaintiffs in the above-styled cause of action. Henceforth, the undersigned attorney respectfully requests that she be noticed on all communications from the Court and other parties via the contact information provided below:

MARIA A. KARI
5300 N Braeswood Blvd,
Ste 4-191
Houston, Texas 77096
T: 205-862-8005
E: info@mariakari.org

Dated this 15th day of August, 2025:

_____

MARIA A. KARI
5300 N Braeswood Blvd,
Ste 4-191
Houston, Texas 77096
T: 205-862-8005
E: info@mariakari.org