# MAIN STREET LEGAL SERVICES

August 22, 2025

**BY ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Notice of Recent Authority in *Khalil v. Columbia*, 25-cv-02079 (AS)

Dear Judge Subramanian:

Plaintiffs write to inform this Court of a recent decision of the Supreme Court filed yesterday—August 21, 2025. *See National Institutes of Health v. American Public Health Association*, 606 U. S. ____ (2025), *available at* No. 25A103, 2025 WL 2415669 (Aug. 21, 2025).

The Supreme Court denied the request to stay a preliminary injunction that enjoined the federal government from *future* unlawful grant cancellations under the APA. *See American Public Health Association*, 2025 WL 2415669, at *2 (Barrett, J.) ("the District Court was likely correct to conclude that it had jurisdiction to entertain an APA challenge to the guidance"); *id.* at *6 (Kavanaugh, J.) ("the arbitrary and capricious claim belongs for now in the Federal District Court"); *id.* at *10 (Jackson, J.) ("A majority of the Court rightly rejects the Government's frontline merits position […] district courts may still exercise jurisdiction over—and vacate—grant-related policies that contravene federal law, including the one here, which this District Court […] set aside under the APA").

Plaintiffs respectfully request that this Court take notice of the recent decision as it relates directly to the resolution of Plaintiffs' Renewed Motion for Preliminary Injunction—which seeks prospective relief under both the First Amendment and the APA. ECF No. 133-1 ("Agency Defendants shall refrain from terminating or freezing […] federal grants to Columbia as a mechanism to coerce Columbia to discipline or punish its students"); ECF 133 at 22; *see also* ECF 102 at 35 ("courts continue to hold that the prospective relief Plaintiffs seek against Agency Defendants does not sound in contract damages").

Respectfully submitted,

/s/ Zal K. Shroff

Zal K. Shroff
Amy E. Greer
Gadeir Abbas
Nadia Bayado
Lamya Agarwala
Jonathan Wallace
Maria Kari

*Attorneys for Plaintiffs*