# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MAHMOUD KHALIL, et al** | |
| Plaintiffs | Case No. 1:25-cv-02079-AS |
| v. | Hon. Judge Arun Subramanian |
| **TRUSTEES OF COLUMBIA UNIVERSITY,** et al | |
| Defendants. | **Motion to Withdraw** |

### Motion to Withdraw

Lamya Agarwala respectfully requests leave from the Court to withdraw her appearance as counsel for Plaintiffs. The reason for the withdrawal is that Ms. Agarwala is leaving her employment at CAIR-NY on December 4, 2025. Plaintiffs continue to be represented by Amy Greer of Dratel & Lewis, Gadeir Abbas, Lena Masri, Ahmad Khaki, and Nadia Bayado of CAIR-LDF, Zal K. Shroff of Main Street Legal Services, Maria Kari of Project Taha, and Jonathan Wallace.

Respectfully submitted,
*/s/Lamya Agarwala*

**COUNCIL ON AMERICAN ISLAMIC RELATIONS – NEW YORK**
Lamya Agarwala (NY 5736061)
80 Broad Street, 5th Floor
New York, NY 10009
(646) 665-7599

lagarwala@cair.com

**MAIN STREET LEGAL SERVICES**

Zal K. Shroff (#5560669)

Jacob Acuña
Natasha Bunten
Ivy Girdwood
Trevor Godbolt

*Law Student Interns*

Main Street Legal Services Inc.
2 Court Square West
Long Island City, NY 11101
Zal.Shroff@law.cuny.edu
T: (718) 340-4200
F: (718) 340-4478

**Dratel & Lewis**
Amy E. Greer (NY 5910179) (lead counsel)
29 Broadway, Suite 1412
New York, NY 10006
(212) 732-8805
agreer@dratellewis.com

**CAIR NATIONAL LEGAL DEFENSE FUND**
Lena Masri
Gadeir Abbas (VA 81161)*
Nadia Bayado (DC 90023648)
453 New Jersey Ave SE
Washington, DC 20003
(202) 742-6420

**Jonathan Wallace**
Jonathan Wallace (NY 1733757)
PO #728
Amagansett NY 11930
(917) 359-6234
jonathan.wallace80@gmail.com

**Maria Kari Aftab**
Project Taha
5300 N Braeswood Blvd, Ste 4 191
Houston, TX 77096

205-862-8005
Email: info@mariakari.org
*Attorneys for Plaintiffs*
*\*Licensed in VA, practice limited to federal matters*

Dated: November 24, 2025