UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mahmoud Khalil, et al.,<br><br>                         Plaintiffs,<br><br>          -against-<br><br>Columbia University and the Trustees of Columbia University, et al.,<br><br>                         Defendants. | 25-CV-2079 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

      Plaintiffs' motions for discovery are **DENIED WITHOUT PREJUDICE**. Plaintiffs have apparently not served defendants with any discovery, but want an advance ruling on whether any discovery should await a decision on the pending motions to dismiss and for a preliminary injunction. The Court declines to speculate as to what plaintiffs might ask for, and why it would be important to have that information now, rather than later. Instead, plaintiffs should think about what crucial information they need now, and target their requests on that discrete information. Defendants should be reasonable in entertaining targeted requests for information that don't simply seek "all documents" concerning broad categories of information. The parties should meet and confer, and if there is a dispute, the Court will evaluate plaintiffs' request for discovery and defendants' request to preclude it, at that juncture. The Clerk of Court is respectfully directed to close Dkts. 159 and 160.

      SO ORDERED.

Dated: December 11, 2025
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                    United States District Judge