UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mahmoud Khalil, et al.,<br><br>                              Plaintiffs,<br><br>        -against-<br><br>Columbia University and the Trustees of Columbia University, et al.,<br><br>                              Defendants. | 25-CV-2079 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court has received plaintiffs' letter-motion for discovery. Dkt. 165. The agency defendants shall respond via letter by **Thursday, January 22, 2026**.

SO ORDERED.

Dated: January 16, 2026
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge