UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mahmoud Khalil, et al.,<br><br>                             Plaintiffs,<br><br>             -against-<br><br>Columbia University and the Trustees of Columbia University, et al.,<br><br>                             Defendants. | 25-CV-2079 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Court has received plaintiffs' letter-motion for discovery. Dkt. 167. The Columbia defendants shall respond via letter by **Monday, January 26, 2026**.

SO ORDERED.

Dated: January 21, 2026
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                      United States District Judge