**MAIN STREET LEGAL SERVICES**

January 29, 2026

**BY ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

<u>Re: Recent Developments Related to *Khalil v. Columbia*, 25-cv-02079 (AS)</u>

Dear Judge Subramanian:

    Plaintiffs write to provide the Court with an update concerning recent actions taken by the Columbia Defendants. Plaintiffs previously noted to this Court that Jewish students have been targeted by Columbia for anti-Semitism investigations based solely on protest slogans critical of Israel. *See* Dkt. 152, at 2. These investigations target Columbia students based on the Trump Administration's unlawful definition of anti-Semitism—which is used as a pretext to chill core political expression. *Id.* Columbia University has now done more than just investigate. Earlier this week—on January 26, 2026—the University issued a formal disciplinary sanction against a Jewish student for criticizing Israel. *See* Declaration of Brittany Finley, Exhibit D.

    Shay Orentlicher is a student member of Jewish Voice for Peace. Finley Decl., ¶ 3. They have been placed on disciplinary probation because they passed around a flier that criticized Columbia's policies, Israel's domestic policy, United States foreign policy, and Hillel's support for Israeli domestic policy. The flyer included statements such as: (1) that "Columbia's adoption of the IHRA definition of antisemitism is a dangerous step that harms both Jewish and Palestinian students"; (2) that the IHRA definition "conflates criticism of Israel with hatred of Jews"; (3) that "[w]ith the consistent political, miliary, and financial support of Western powers, particularly the United States, Israel has been able to maintain and expand its settler-colonial project"; and (4) that "Hillel bans any speakers that support Palestinian rights […] or that criticizes Israel's policies too directly." *Id.* ¶¶ 4-5, 8; *see also* Finley Decl., Ex. B., at 2. The flier was in fact an invitation to join a Jewish Voice for Peace Shabbat dinner—which is a Jewish holy observation. *Id.* ¶ 9. Orentlicher's attorney notes that they represent multiple other Jewish students at Columbia who have been subjected to similar investigations in recent months. *Id.* ¶¶ 12-13.

    Plaintiffs inform the Court of this factual development because it relates directly to Columbia's assertion that students have nothing to fear from the University adopting the Trump Administration's speech directives on anti-Semitism. *Compare* Dkt. 138, at 10 ("their facial challenge rests on pure 'specula[tion] about' 'improbable imaginary cases'"), *with* Dkt. 142, at 7 ("Columbia's OIE notices instead prove that—in the absence of anti-Jewish harassment targeted at Jewish students—Columbia will still investigate and discipline students for their political criticisms of Israel. That is the reason Plaintiffs have pre-enforcement standing"). This is a critical question that bears directly on the pending motions before this Court. *See* Dkts. 85, 101; *see also* Dkts. 102, 133, 142, 152 ("The Court held that core political speech criticizing Israel alone does not create an inference of anti-Semitism under Title VI").

Plaintiffs will continue to keep the Court apprised of any further developments that relate to the matter before this Court—as the Columbia Defendants have also committed to do. *See* Dkt. 123, at 2 ("We will continue to keep the Court and the parties updated as to any additional relevant factual developments").

***

We thank the Court for its consideration of this letter.

Respectfully submitted,

/s/ Zal K. Shroff
Zal K. Shroff
Natasha Bunten – Law Student Intern

**MAIN STREET LEGAL SERVICES**
Zal K. Shroff (#5560669)
Main Street Legal Services Inc.
2 Court Square West
Long Island City, NY 11101
Zal.Shroff@law.cuny.edu
T: (718) 340-4200
F: (718) 340-4478

*Attorney for Plaintiffs*
