UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHMOUD KHALIL, et al.,<br><br>     *Plaintiffs,*<br>v.<br><br>TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK et al.,<br><br>     *Defendants.* | No. 1:25 Civ. 02079 (AS) |

**DECLARATION OF BRITTANY FINLEY**

I, Brittany Finley, hereby declare pursuant to 28 U.S.C. § 1746:

  1. My name is Brittany Finley and I am a practicing attorney and public defender. All facts set forth in this declaration are based upon my personal knowledge, and, if called upon to testify as to the truth of these facts, I could and would competently do so.

  2. I currently represent multiple students at Columbia University ("Columbia" or the "University") who have been investigated and sanctioned by the University's Office of Institutional Equity ("OIE"). I represent these students as their Advisor as that term is defined under the OIE's policy. The OIE is investigating and disciplining the students I represent as a direct result of their criticisms of Israel, criticisms of individuals supportive of Israel's policies, and statements of solidarity with the Palestinian people.

  3. One of the students I represent is Shay Orentlicher—a Jewish student at Columbia and a member of Jewish Voice for Peace. On August 31, 2025, Mx. Orentlicher passed out fliers advertising a Jewish Voice for Peace event and welcoming Jewish community members to

1

Shabbat—which is a Jewish holy observation. Jewish Voice for Peace is a Jewish Palestine solidarity organization.[1]

4. On September 3, 2025, the OIE issued a Notice of Allegations against Mx. Orentlicher—alleging that the fliers they passed out to fellow Jewish students constituted discriminatory harassment and were anti-Semitic. *See* Dkt. 152-1, at 1. The flier made the following relevant statements:

    a. **Criticism of the IHRA Definition.** "Columbia's adoption of the IHRA definition of antisemitism is a dangerous step that harms both Jewish and Palestinian students";

    b. **Criticism of Columbia.** "Columbia [is] weaponizing antisemitism in order to continue profiting from genocide;

    c. **Criticism of Hillel.** "Why Should Jews Drop Hillel? […] Hillel bans any speakers that support Palestinian rights […] or that criticizes Israel's policies too directly";

    d. **Explanation of Zionism.** "Zionism is a settler-colonial ideology that emerged in the late 19th century […] The violence [since October 2023] is not an anomaly but the logical conclusion of a Zionist project rooted in the displacement and erasure of the Palestinian people";

    e. **Criticism of U.S. Foreign Policy**. "With the consistent political, miliary, and financial support of Western powers, particularly the United States, Israel has been able to maintain and expand its settler-colonial project";

    f. **JVP Shabbat Invitation.** "Join JVP Columbia for our first Shabbat of the year! […] Open to anyone interested in anti-zionist Jewish community space and/or campus organizing." *Id.*

5. These statements deliver a political message regarding Israel's ongoing occupation and genocide in Gaza—which is now identified as a violation of international law by the International Court of Justice and an overwhelming number of international human rights

---

[1] "Our Vision," JEWISH VOICE FOR PEACE, https://www.jewishvoiceforpeace.org/about/#vision (last visited Jan. 28, 2026) ("Jewish Voice for Peace is the largest progressive Jewish anti-Zionist organization in the world. We're organizing a grassroots, multiracial, cross-class, intergenerational movement of U.S. Jews into solidarity with the Palestinian freedom struggle, guided by a vision of justice, equality, and dignity for all people.")

organizations, including Israeli human rights groups.[2] There was neither evidence nor other information in the Notice to support the allegation that such statements were motivated by anti-Semitism. ***See* Dkt. 152-1, at 1.**

6. Mx. Orentlicher responded to the OIE investigation on September 16, 2025. ***See* Exhibit A, Student Statement.** In that statement, the student specifically noted the shocking nature of this proceeding: "I am a Jewish student. My Judaism is a deeply integral part of my identity and held beliefs. The allegation alleges that a Jewish student may have engaged in discriminatory harassment for advertising Jewish Voice for Peace." *Id.*

7. Mx. Orentlicher also noted that it was simply untrue that they had blocked the entrance to any building while passing out their fliers. *Compare* Dkt. 152-1, at 1 ("you obstructed Furnald Lawn with your body"), *with* Ex. A ("Public Safety agreed that no entrances were being blocked. I ask that you confirm this fact with Public Safety").

8. The OIE amended its Notice of Allegations on November 11, 2025. ***See* Exhibit B, Amended OIE Notice of Allegations.** Notably, the OIE removed any claim that Mx. Orentlicher had obstructed any building entrance. The sole addition to the Notice was that—in addition to passing out fliers—Mx. Orentlicher carried a sign that said "Hillel Supports Genocide." Ex. B; *see also id.* (flier asserting that "Hillel bans any speakers that support Palestinian rights […] or that criticizes Israel's policies too directly").

---

[2] International Court of Justice, "Legal Consequences arising from the Polices and Practice of Israel in the Occupied Palestinian Territory" No. 2024/57 (July 19, 2024) available at https://www.icj-cij.org/sites/default/files/case-related/186/186-20240719-pre-01-00-en.pdf ; Amesty International, "You feel like you are subhuman: Israel's Genocide against Palestinians in Gaza," (December 5, 2024), available at https://www.amnesty.org/en/documents/mde15/8668/2024/en/. See also "Responsibility to Protect," Office on Genocide Prevention and the Responsibility to Protect, United Nations, available at https://www.un.org/en/genocide-prevention/responsibility-protect/about; see also A. Martinez, Two prominent Israeli rights groups say Israel is committing genocide in Gaza, NPR News (July 29, 2025), https://www.npr.org/2025/07/29/nx-s1-5482830/two-prominent-israeli-rights-groups-say-israel-is-committing-genocide-in-gaza.

9. On December 1, 2025, Mx. Orentlicher responded again to the OIE's disciplinary investigation. *See* **Exhibit C, Impact Statement.** In that statement, Mx. Orentlicher raised the following concerns with Columbia's disciplinary investigation:

   a. **Political Perspective.** "I want to make clear that criticizing a foreign state's war crimes is not equatable to discriminating against a particular individual and/or group based on that individual's national origin or religion";

   b. **Jewish Identity and Faith.** "I am a Jewish student. My Judaism is a deeply integral part of my identity and held beliefs. Indeed my Jewish faith is, in part, what compels me to advocate for the end to Israel's devastating war crimes that are ongoing despite a ceasefire being in place";

   c. **Advertising a Jewish Community Event.** "The allegation alleges that a Jewish student may have engaged in discriminatory harassment for advertising Jewish Voice for Peace and welcoming members of the community to Shabbat (a Jewish holy observation)." *Id.*

10. On January 26, 2026—earlier this week—the OIE issued a final sanction notice declaring that Mx. Orentlicher had engaged in discriminatory harassment under Columbia University's Anti-Discrimination Policy. *See* **Exhibit D, Sanction Letter, at 1** ("OIE determined that you did engage in conduct amounting to Discriminatory Harassment as defined by the Policy"). The current Anti-Discrimination Policy available on the University's website states that "for national origin, shared ancestry, and ethnicity claims of antisemitism, OIE considers the International Holocaust Remembrance Alliance ("IHRA") definition."[3]

11. The OIE placed Mx. Orentlicher on disciplinary probation and is requiring them to attend mandatory trainings *purely* as a result of political criticisms of Israel, Columbia University, and Hillel contained in the fliers Mx. Orentlicher passed around to fellow Jewish students. *See* Ex. B, at 1 ("you held and/or distributed a flyer […] and/or displayed a sign").

---

[3] *See* Anti-Discrimination and Harassment Policy & Procedures for Students, Columbia University (2025), https://institutionalequity.columbia.edu/sites/institutionalequity.columbia.edu/files/content/Documents/Policies/Anti-Discrimination_and_Discriminatory_Harassment_Policy_and_Procedures_for_Students.pdf (last visited Jan. 28, 2026), at 7.

4

12. I have taken on the role of Advisor for many Columbia student protesters, including multiple Jewish students. These OIE investigations terrorize them. I have witnessed firsthand the harm and mental anguish Jewish students experience as a result of the OIE proceedings, particularly with how the allegations leave Jewish students with a sense that Columbia perceives them to be less Jewish solely for their political beliefs.

13. Columbia has sent a clear message that all students who criticize Israel and express solidarity with the Palestinian people —regardless of their background—may be subjected to punishment for it to varying degrees. It is perverse to accuse Jewish students of anti-Semitism to stifle their political advocacy. It is perverse to target students for demanding justice and accountability. In the meantime—and in the absence of Court intervention—volunteers like me will continue to defend Columbia students from these unjustifiable investigations and the threats that accompany them.

> I have reviewed the information contained in this declaration. I declare under the penalty of perjury that the contents are true and correct to the best of my knowledge.

Dated: New York, New York
     January 29, 2026                      By: _____
                                                                       Brittany Finley