**Shay Orentlicher's Statement**

September 16, 2025

Dear Ana María Matías and Megan Forbes and OIE,

It is alleged that I may have engaged in conduct that amounts to discriminatory harassment on August 31, 2025 against a protected class.

I am uncertain what protected class might have been discriminated against since no individual is alleged and a student group is not a protected class.

I am a Jewish student.

My Judaism is a deeply integral part of my identity and held beliefs.

The allegation alleges that a Jewish student may have engaged in discriminatory harassment for advertising Jewish Voice for Peace and welcoming members of the community to Shabbat (a Jewish holy observation).

The alleged act took place to the side of the entrances — not in front. Public Safety agreed that no entrances were being blocked. I ask that you confirm this fact with Public Safety. No one was being hindered from entering at their own will.

I do not trust the OIE to conduct a fair investigation that safeguarded my rights throughout this investigation. The nature of the allegation brought against me heightens my legitimate concerns surrounding the neutrality, fairness, and impartiality of the OIE and this investigative process. These concerns have also been raised in my report of conflicts.


Shalom,
Shay Orentlicher