# COLUMBIA UNIVERSITY
### IN THE CITY OF NEW YORK

#### OFFICE OF INSTITUTIONAL EQUITY

November 11, 2025

Shay Orentlicher
Sent electronically to so2673@columbia.edu

Dear Shay Orentlicher,

Please see the attached Amended Notice of Allegations.

Sincerely,

The Office of Institutional Equity


CC:   Brittany Finley, Esq.

Dear Shay Orentlicher:

This letter serves as an **updated notice of the Allegations** in the Formal Investigation and Determination in which you are a named Respondent. After further review of the evidence collected thus far, the Investigative Team has amended the following:

**<u>Allegation One has been substantively revised and now reads as follows</u>:** It is alleged that on August 31, 2025, you were in the vicinity of Furnald Lawn, while a pre-authorized Hillel event was taking place, and held and/or distributed the below flyer, as well as stood while holding and/or displaying a sign, which stated, "Hillel Supports Genocide."



Based on the totality of the circumstances, including the targeting of a Hillel event and Columbia University community members, Complainant(s) may have been subjected to unwelcome conduct that may have created or contributed to a hostile working, learning, or campus living environment; altered the conditions of employment or education; and/or unreasonably interfered with

individuals' work, academic performance, or ability to participate in or benefit from some aspect of the University's educational programs or activities on the basis of the individuals' actual or perceived membership in, or association with a Protected Class, specifically, National Origin and/or Religion. This Allegation falls under the Policy's definition of Discriminatory Harassment.[1]

**Please note that all rights, responsibilities, and formal warning(s) outlined in the Initial Notice remain in effect.**

**Next Steps**

As part of the Formal Investigation and Determination process, you have previously provided a Written Statement in lieu of an interview. Please be reminded that "if a Party declined to participate or withdrew from the process, the Appellate Officer or Panel will not consider information that the Party could have provided if they had fully participated in the process. This includes situations where a Party declines to participate on the advice of their Advisor or due to a concurrent criminal investigation." (Policy, p. 41).

Please contact the Office within two (2) business days, by **Thursday, November 13, 2025 by 5:00 P.M.**, to indicate whether based on the Amended Notice of Allegations, you will participate in an interview with the Investigative Team, provide an updated Written Statement in lieu of an interview, or if your original Written Statement remains as your participation in the process.

Thank you for your continued attention to this matter. Please contact the Office if you have any questions or concerns.

Sincerely,

The Office of Institutional Equity

---

[1] "Discriminatory Harassment may include, but is not limited to, the following acts that denigrate or show hostility or aversion toward one or more actual or perceived members or associates of a Protected Class: verbal abuse; epithets or slurs; negative stereotyping (including, but not limited to, stereotypes about how an individual looks, including skin color, physical features, or style of dress that reflects ethnic traditions; a foreign accent; a foreign name, including names commonly associated with a particular shared ancestry or ethnic characteristics; or speaking a foreign language); threatening, intimidating, or hostile acts; denigrating jokes; insulting or obscene comments or gestures; calls for genocide and/or violence; and the display or circulation of written or graphic material in any form, including but not limited to social media." See Policy, p. 7.