**Shay Orentlicher's Impact Statement**

December 1, 2025

Dear Kamala Kiem,

The OIE has found me to have violated its discrimination policy on August 31, 2025 against a protected class. I remain uncertain what protected class might have been discriminated against since no individual is alleged and a student group is not a protected class and the finding is not arbitrary.

I want to make clear that criticizing a foreign state's war crimes is not equatable to discriminating against a particular individual and/or group based on that individual's national origin or religion.

I am a Jewish student. My Judaism is a deeply integral part of my identity and held beliefs. Indeed my Jewish faith is, in part, what compels me to advocate for the end to Israel's devastating war crimes that are ongoing despite a ceasefire being in place.

The allegation alleges that a Jewish student may have engaged in discriminatory harassment for advertising Jewish Voice for Peace and welcoming members of the community to Shabbat (a Jewish holy observation).

All interactions that took place during the alleged act were entirely civil. In fact, the student president of Hillel came up to me and offered me snacks, and an Israeli student attending the event spoke to me for at least ten minutes about our differing viewpoints. Students who did not want to talk to me simply did not, and I do not believe their enjoyment of the event was impacted at all. I fail to see how this could possibly have constituted interfering with their ability to participate in anything, let alone on the basis of their membership in a protected class.

Objectively, I do not see how any reasonable person would look at the allegation and think that I intended to discriminate against any protected class based on their religion or national origin, nor do I think any reasonable person would conclude that a member of a protected class would reasonably suffer harm in relation to their protected status.

In good faith, I ask you to juxtapose this allegation with actual, real antisemitism and harassment I have endured during my time as a student at Columbia University. I have often been followed and insulted on campus for wearing my *kippa*, a Jewish religious head covering and have been consistently reporting these incidents to OIE and before that, to EOAA. A Columbia professor tweeted a derogatory description of me to his tens of thousands of followers simply because I was wearing a *kippa* and studying in a library, and the same professor has proudly remarked that Jews like me will be "on the last train to Auschwitz." In January 2024, I had to seek emergency medical care at Mount Sinai and was diagnosed with chemical inhalation following an on-campus assault against me on the basis of my visible religious identity by two fellow

students. In April 2025, I was doxxed for taking action in support of a friend detained by ICE as a proud Jewish student and instantly dogpiled for my visible Jewish identity. Not even two days after the doxxing, a man on 114th Street, across from the John Jay campus gate, saw my kippa and began chasing me, screaming that I was a "child of Nazis" and a "fake Jew" and aiming his weapon at me.

This process has caused me significant harm and is negatively impacting my academic career as I am in the process of applying to law schools.

Thank you for your attention to this matter.

Shay Orentlicher