UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mahmoud Khalil, et al.,<br><br>                               Plaintiffs,<br><br>         -against-<br><br>Columbia University and the Trustees of Columbia University, et al.,<br><br>                               Defendants. | 25-CV-2079 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Columbia and Agency defendants shall file any response to plaintiffs' January 29, 2026 letter, Dkt. 171, by **Tuesday, February 10, 2026**.  In any response, the Columbia and Agency defendants may also address plaintiffs' November 18, 2025 letter, Dkt. 156.

SO ORDERED.

Dated: January 30, 2026

   New York, New York

                                                            _____
                                                                ARUN SUBRAMANIAN
                                                             United States District Judge