**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MAHMOUD KHALIL, et al,

     *Plaintiffs.*

v.

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW
YORK, et al,;

     *Defendants.*

Civil Case No. 1:25-cv-02079

## ORDER FOR ADMISSION PRO HAC VICE

The motion of <u>John Fossum</u>, for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of <u>Virginia</u>; and that his/her contact information is as follows (please print):

Applicant's Name: <u>John Fossum</u>
Firm Name: <u>CAIR Legal Defense Fund</u>
Address: <u>453 New Jersey Ave SE</u>
City/ State/ Zip: <u>Washington DC, 20003</u>
Telephone/ Fax: <u>202-850-9301</u>

Applicant having requested admission Pro Hae Vice to appear for all purposes as counsel for <u>Plaintiffs</u> in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hae Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 3, 2026

United States Hon. District Judge
Arun Subramanian