UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mahmoud Khalil, et al., | |
| Plaintiffs, | 25-CV-2079 (AS) |
| -against- | ORDER |
| Columbia University and the Trustees of Columbia University, et al., | |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

The Court has received plaintiffs' motion for leave to file a third amended complaint. Any defendant who intends to oppose that motion should notify the Court by **Monday, June 8, 2026**.

SO ORDERED.

Dated: June 5, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge