**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MAHMOUD KHALIL, ET AL..                          :    ECF CASE

            Plaintiffs,                          :

                                      :    25 CV 02079 (AS)

                                      :

            v.                          :    **Notice of Withdrawal of Law**
**Student Appearances**

                                      :

COLUMBIA UNIVERSITY, ET AL.                       :

                                      :

            Defendants.                      : :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Professor Zal K. Shroff files this notice of withdrawal on behalf of law students Jacob Acuña, Natasha Bunten, Ivy Girdwood, and Trevor Godbolt—who concluded their clinical program and graduated from CUNY School of Law in May 2026. Plaintiffs' counsel anticipate filing a subsequent letter-motion for new law student appearances when Main Street Legal Services, Inc., which houses the clinical program at CUNY School of Law, returns to full operation during the 2026-2027 academic year.

                              Respectfully submitted,

                              */s/ Zal K. Shroff*
                              Zal K. Shroff

                              Main Street Legal Services Inc.
                              2 Court Square West
                              Long Island City, NY 11101
                              Zal.Shroff@law.cuny.edu
                              T: (718) 340-4200
                              F: (718) 340-4478

Dated: June 8, 2026