

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

June 8, 2026

**BY ECF**
The Honorable Arun Subramanian
United States District Judge
500 Pearl Street, Courtroom 15A
New York, New York 10007

> Re:   *Khalil, et al. v. The Trustees of Columbia University in the City of New York, et al.*, 25 Civ. 2079 (AS)

Dear Judge Subramanian:

I write respectfully on behalf of the Executive Branch Defendants, in response to the Court's June 5, 2026, order requiring Defendants to notify the Court by today if they intend to oppose Plaintiffs' motion to file a third amended complaint ("TAC"). ECF Nos. 189, 191. We note that Plaintiffs' proposed TAC includes parties and claims that the Court dismissed on March 19, 2026. *See* ECF No. 175. However, Plaintiffs represented to the Court that "[t]hey seek only to include an additional plaintiff [Pauline Poe] and the relevant facts to support her claims, which are identical to those still pending before the Court." ECF No. 189-1 at 5. Similarly, in a June 2, 2026, email, Plaintiffs represented the following to this Office: "Plaintiffs stipulate that the TAC is meant to be read in conjunction with the Court's March 19 Opinion and Order, recognizing what aspects of the case are not currently live in light of that Opinion. Ms. Poe's current claims are only those live claims that remain following the March 19 Opinion." Based on these representations that Plaintiffs seek only to add claims of Pauline Poe that are identical to those claims of other Plaintiffs that the Court did not dismiss, the Executive Branch Defendants do not intend to oppose Plaintiffs' motion to file a TAC, although reserve the right to move to dismiss the complaint on other grounds.

The Honorable Arun Subramanian
June 8, 2026
Page 2

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    /s/ Allison M. Rovner
       ALLISON M. ROVNER
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, New York 10007
       Tel.: (212) 637-2691
       Email: allison.rovner@usdoj.gov

cc:  Counsel of Record (by ECF)