## Hecker Fink LLP

**NEW YORK | WASHINGTON, DC | LOS ANGELES**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

mmiller@heckerfink.com

June 8, 2026

**BY ECF**

Hon. Arun Subramanian
U.S. District Court, S.D.N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

    *Re:*    *Khalil, et al. v. Columbia University, et al.*, No. 25 Civ. 2079 (AS) (S.D.N.Y.)

Dear Judge Subramanian:

We write on behalf of Defendants Trustees of Columbia University in the City of New York and Acting President Claire Shipman (together, "Columbia") in response to the Court's Order of June 5, 2026, instructing any defendant who intends to oppose Plaintiffs' motion for leave to file a third amended complaint to notify the Court by today, June 8, 2026. ECF 191.

Plaintiffs have stipulated, in correspondence with all Defendants, that the third amended complaint "is meant to be read in conjunction with the Court's March 19 Opinion and Order, recognizing what aspects of the case are not currently live in light of that Opinion. Ms. Poe's current claims are only those live claims that remain following the March 19 Opinion." On the basis of that stipulation, Columbia does not intend to oppose Plaintiffs' motion, insofar as it relates to Poe's allegations concerning the letter dated March 13, 2025.

Columbia does presently intend to oppose Plaintiffs' motion, insofar as it relates to Ms. Poe's allegations concerning the letter dated February 13, 2025.

Respectfully submitted,

Marshall L. Miller