# EXHIBIT 1

| | |
|---|---|
| **From:** | Nadia Bayado |
| **To:** | Rovner, Allison (USANYS); Fidler, Harry (USANYS); Gabrielle E. Tenzer; Kornreich, Mollie (USANYS); Marshall L. Miller; Trisha Anderson; Zachary Piaker; Oestericher, Jeffrey (USANYS) |
| **Cc:** | Amy Greer; Gadeir Abbas; Jonathan Wallace; Malak Dridi; Ahmad Kaki; Zal Shroff; Natasha Bunten; Maria Kari; Ivy Girdwood; Jacob Acuna; Deema Azizi; Trevor Godbolt; John Fossum |
| **Subject:** | [EXTERNAL] Plaintiffs' Proposed Custodians and ESI Search Terms |
| **Date:** | Monday, April 6, 2026 7:13:30 PM |
| **Attachments:** | Outlook-5her2ok5.png |
| | Custodian List (Columbia Defendants).docx |
| | Agency Custodians.docx |
| | Proposed Electronic Search Terms for Defendants.docx |

Counsel:

We write to provide both Agency Defendants and Columbia Defendants with a proposed list of initial custodians and electronic search terms. As previously discussed, we request your response to our proposed compromise on the number of initial custodians and proposed search terms in writing as soon as possible this week. We also expect that Agency Defendants and Columbia Defendants will make themselves available for a telephonic meet and confer to discuss these matters on Friday, which is after the conclusion of the Passover holiday. Please advise your availability for that meet and confer at your earliest convenience.

We include the following in our email:

1. **Proposed Custodians.**

Plaintiffs are proposing an initial list of 35 custodians for the Columbia Defendants and 42 custodians for the Agency Defendants. Plaintiffs have sought to identify the individual custodians most likely to have discoverable information with respect to Plaintiffs' claims. We continue to welcome a counterproposal from Defendants regarding the number and identity of custodians upon your review of these proposed lists.

1. **ESI Search Terms.**

Plaintiffs remain committed to engaging in a collaborative process for electronic search terms —including engaging in a test search protocol to assist Defendants in reducing the burdens of electronic discovery. For Requests No. 1-2, which seek correspondence between the Trump Administration and Columbia and internal to both entities regarding speech restrictions and student discipline, we make the following proposal: (1) Defendants search for all email correspondence between any person identified on the Agency Defendant custodian list and any person on the Columbia Defendant custodian list; and (2) Defendants search each custodian account for the conjunctive search terms included in the attached document. Again, Plaintiffs welcome a counterproposal from Defendants regarding proposed search terms or the methods for conducting an appropriate search. Once this initial search is conducted, Plaintiffs and Defendants can then discuss any supplemental searches of productions that may be necessary.

We look forward to your responses to these proposals, as well as your responses to our prior email regarding the propriety of the custodian and ESI search process.

Kindest Regards,

Nadia Bayado

Staff Attorney
CAIR Legal Defense Fund



453 New Jersey Ave SE
Washington, D.C. 20003
nBayado@cair.com
Tel: (202) 984-7643
www.cair.com

*[This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.]*

## COLUMBIA Custodians (34)

| # | NAME | ROLE |
|---|------|------|
| 1 | Claire Shipman | University President/Trustee |
| 2 | Katrina Armstong | Former Interim President |
| 3 | Minouche Shafik | Former President |
| 4 | Joshua Mitts | Special Advisor to the President (Shipman) |
| 5 | Cas Holloway | Former COO & Special Advisor to the President |
| 6 | Susan Glancy | Secretary of the University/Chief of Staff |
| 7 | Jim Glover | Resolution Administrator and Vice Provost |
| 8 | Angela V. Olinto | Provost |
| 9 | Felice B. Rosan | General Counsel |
| 10 | Jessica Fenton | Associate General Counsel |
| 11 | David Greenwald | Co-Chair Trustee |
| 12 | Jonathan Lavine | Chair Emerita of Trustees and Co-Chair of Current President Search |
| 13 | Lisa Carnoy | Chair Emerita of Trustees |
| 14 | David M. Schizer | Anti-Semitism Taskforce Co-Chair |
| 15 | Nicholas Lemann | Anti-Semitism Taskforce Co-Chair |
| 16 | Laura Kirchstein | Vice Provost for the Office of Institutional Equity |
| 17 | Chloe Brighton | Director of Investigations, Student Discrimination and Harassment |
| 18 | Jamie Kleidman | Associate Director of Investigations, Office of Institutional Equity; Interim Director of Investigations |
| 19 | Gerald Lewis Jr. | Vice President of Public Safety |
| 20 | Lisa Rosen-Metsch | Dean |
| 21 | Roberta Kaplan | Adjunct Professor |
| 22 | Gil Zussman | Professor and on Antisemitism Taskforce |
| 23 | Brian Cohen | Executive Director, Kraft Center for Jewish Student Life |
| 24 | Keren Yarhi-Milo | Dean |
| 25 | Gerald Rosberg | Senior Executive Vice President of the University and Chair, Special Committee on Campus Safety |

| # | NAME | ROLE |
|---|------|------|
| 26 | Shailagh J. Murray | Former Executive Vice President for Public Affairs |
| 27 | Brian McPherson | Deputy Vice President for Public Safety |
| 28 | Dennis Mitchell | Former Student Affairs Dean |
| 29 | Victor Mendelson | Trustee |
| 30 | Shoshana Shendelman | Trustee |
| 31 | Esta Stecher | Trustee |
| 32 | Jay Lefkowitz | Resolution Agreement Negotiator |
| 33 | David Greenberg | Executive Vice President for University Facilities and Operations |
| 34 | Joseph Defraine Greenwell | Senior Vice President for Student Affairs |
| 35 | William Levine | Chair of the Department of Orthopedic Surgery at Columbia University's College of Physicians and Surgeon |

**AGENCY Custodians (42)**

Department of Education

| # | NAME | ROLE |
|---|------|------|
| 1 | Linda McMahon | Secretary |
| 2 | Rachel Oglesby | Chief of Staff to Secretary |
| 3 | Jonathan Pidluzny | Deputy Chief of Staff for Policy & Programs |
| 4 | Steve Warzoha | White House Liaison |
| 5 | Michael Brickman | Senior Advisor |
| 6 | Lindsey Burke | Deputy Chief of Staff for Policy and Programs |
| 7 | Nicholas Kent | Current Deputy Secretary, Former Senior Policy Advisor to Deputy Secretary |
| 8 | Craig Trainor | Former Acting Assistant Secretary/Deputy Assistant Secretary for Policy |
| 9 | David Samberg | Counsel |
| 10 | Murray Bessette | Assistant Secretary |
| 11 | James Bergeron | Under Secretary |
| 12 | Mary Christina Riley | Assistant Secretary |
| 13 | Sarah Ursprung | Principal Assistant Secretary |
| 14 | Pamela Davidson | Deputy Assistant Secretary, Higher Education |
| 15 | Jeffrey Andrade | Deputy Assistant Secretary of Planning, Policy & Innovation |

Health and Human Services

| # | NAME | ROLE |
|---|------|------|
| 16 | Robert F. Kennedy, Jr. | Secretary |
| 17 | Matt Buckham | Chief of Staff |
| 18 | Noah Miller | Special Assistant to Secretary |
| 19 | Jarrett Rowe | Special Assistant to Secretary |
| 20 | Chris Klomp | Chief Counselor |
| 21 | John Brooks | Chief Policy Officer |
| 22 | Sean Keveney | Former Acting General Counsel, U.S. Department of Health and Human Services |
| 23 | Gustav Chiarello | Assistant Secretary for Financial Resources |
| 24 | Gary Andres | Assistant Secretary for Legislation |
| 25 | Anthony Archeval | Acting Director of the Office for Civil Rights |
| 26 | Anant Kumar | Acting Associate General Counsel for the Civil Rights, Privacy, and Technology Division |
| 27 | Daniel Shieh | Associate Deputy Director Office for Civil Rights |
| 28 | Michelle G. Bulls | Director, NIH's Office of Policy for Extramural Research Administration |

Department of Justice

| # | NAME | ROLE |
|---|------|------|
| 29 | Pamela Bondi | Former Attorney General |
| 30 | Todd Blanche | Acting Attorney General |
| 31 | Emil Bove | Former Acting Deputy Attorney General |
| 32 | Alina Habba | Senior Advisor to the Attorney General |
| 33 | Chad Mizelle | Chief of Staff |
| 34 | Paul Ingrassia | White House Liaison to the DOJ |
| 35 | Leo Terrell | Senior Counsel to the A.A.G for the Civil Rights Division |
| 36 | Harmeet K. Dhillon | Assistant Attorney General, Civil Rights Division |
| 37 | Gregory W. Brown | Deputy Assistant Attorney General, Civil Rights Division |

GSA

| # | NAME | ROLE |
|---|------|------|
| 38 | Michael Rigas | Former Acting Administrator |
| 39 | Stephen Ehikian | Former Acting Administrator and Deputy Administrator of the General Services Administration (GSA) |
| 40 | Ryan Leppert | Deputy Chief of Staff and White House Liaison |
| 41 | Paul (Paolo) Ingrassia | Acting General Counsel, Office of General Counsel |
| 42 | Josh Gruenbaum | Federal Acquisition Service Commissioner of the General Services Administration |

**Proposed Electronic Search Terms for Defendants' Initial Responses to Plaintiffs' Requests for Production Nos. 1-2.**

*Columbia Defendants*

"Antisemitism" AND "federal"
"Antisemitism" AND "government"
"Antisemitism" AND "grant"
"Antisemitism" AND "inquiry"
"Antisemitism" AND "punish"
"Antisemitism" AND "policy"
"Antisemitism" AND "president"
"Antisemitism" AND "protest"
"Antisemitism" AND "International Holocaust Remembrance Alliance" or "IHRA"
"Antisemitism" AND "Israel"
"Antisemitism" AND "Palestine"
"Antisemitism" AND "Administration"
"Antisemitism" AND "Education" or "Department of Education"
"Antisemitism" AND "DOJ" or "Department of Justice"
"Antisemitism" AND "HHS" or "Health and Human Services"
"Antisemitism" AND "GSA" or "General Services Administration"
"Antisemitism" AND "OCR" or "Office of Civil Rights"
"Antisemitism" AND "Trump"
"Antisemitism Taskforce"
"Title VI"
"federal" AND "grant"
"federal" AND "funding"
"grant" AND "funding"
"federal" AND "consequence"
"federal" AND "grant"
"federal" and "Israel"
"federal" AND "Palestine"
"federal" AND "Title VI"
"federal" AND "speech"
"Israel" AND "Palestine"
"Israel" AND "funding"
"International Holocaust Remembrance Alliance" or "IHRA"  AND "adopt"
"Palestine" AND "punish"
"Palestine" AND "discipline"
"Trump" AND "policy"
"Trump" AND "student"
"protest" AND "student"
"discipline" AND "student"

*Agency Defendants*

"Antisemitism" AND "Columbia"
"Antisemitism" AND "grant"
"Antisemitism" AND "inquiry"
"Antisemitism" AND "punish"
"Antisemitism" AND "policy"
"Antisemitism" AND "president"
"Antisemitism" AND "protest"
"Antisemitism" AND "International Holocaust Remembrance Alliance" or "IHRA"
"Antisemitism" AND "Israel"
"Antisemitism" AND "Palestine"
"Antisemitism" AND "Administration"
"Antisemitism" AND "Education" or "Department of Education"
"Antisemitism" AND "DOJ" or "Department of Justice"
"Antisemitism" AND "HHS" or "Health and Human Services"
"Antisemitism" AND "GSA" or "General Services Administration"
"Antisemitism" AND "OCR" or "Office of Civil Rights"
"Antisemitism" AND "Trump"
"Antisemitism" AND "Title VI"
"Antisemitism" AND "Executive Order" or "EO"
"Antisemitism Taskforce"
"Columbia" AND "federal"
"Columbia" AND "funding"
"Columbia" AND "financial"
"Columbia" AND "grant"
"Columbia" AND "inquiry"
"Columbia" AND "Israel"
"Columbia" AND "OCR" or "Office for Civil Rights"
"Columbia" AND "Trump"
"Columbia" AND "Palestine"
"Columbia" AND "Title VI"
"Columbia" AND "protest"
"student" AND "protest"
"student" AND "discipline"
"Palestine" AND "protest"