# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MAHMOUD KHALIL, ET AL..                         :        ECF CASE

               Plaintiffs,             :

                            :        25 CV 02079 (AS)

                            :        **PLAINTIFFS' SECOND**

              v.                    :        **REQUEST TO AGENCY**

                            :        **DEFENDANTS FOR THE**

                            :        **PRODUCTION OF**

COLUMBIA UNIVERSITY, ET AL.                      :        **DOCUMENTS AND FIRST SET**

                            :        **OF INTERROGATORIES**

                            :

                            : :

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure ("FRCP") and Local Rule 26.3 of the United States District Court for the Southern District of New York, Plaintiffs Mahmoud Khalil, Jane Joe, Sally Roe, Ned Noe, Lucy Loe, Sam Soe, Will Moe, and Kam Koe (collectively "Plaintiffs"), through their undersigned counsel of record, hereby request that Defendants Pamela Bondi, in her official capacity as U.S. Attorney General; Linda McMahon, in her official capacity as Secretary of the U.S. Department of Education; Leo Terrell, in his official capacity as the head of the U.S. Department of Justice Taskforce to Combat Anti-Semitism; Sean Keveney, in his official capacity as Acting General Counsel for the U.S. Department of Health and Human Services; and Josh Gruenbaum, in his official capacity as the Federal Acquisition Service Commissioner of the General Services Administration (collectively "Defendants") produce for inspection and copying the documents and information designated herein at the offices of Dratel & Lewis LLP, 29 Broadway, Suite 1412, New York, New York 10006 within 30 days of service of this request in the manner prescribed by the FRCP.

These requests are continuing in nature and require supplemental responses as provided by FRCP Rule 26, in the event Defendants, counsel for Defendants, or anyone representing the interests of Defendants become aware of any additional information, documents, or things sought

1

by these requests between the time Defendants' written answers and responses are served and the time of trial.

## **DEFINITIONS**

1.        "AGENT" includes any official, officer, director, employee, trustee, attorney, investigator, accountant, consultant, advisor, limited partner, general partner, or any other person or entity which acts or purports to act for, on behalf of, or for the benefit of, that person or entity referred to.

2.        "ANTISEMITISM" means discriminatory animus against an individual or group of people who practice the religion Judaism, or who are of ethnic Jewish descent, because of their Jewish identity.

3.        "COLUMBIA UNIVERSITY" includes all Columbia University trustees, the university president, officials, leadership, employees, and all other AGENTS, as herein defined.

4.        "COMMUNICATIONS" includes, without limitation, in-person or telephone conversations, voicemail, memoranda, correspondence, notes, email messages, texts, direct messages, video calls, telegrams, tapes, facsimiles, other sound or video recordings, and all other means of transmitting information from one source to another.

5.        "DISCRIMINATORY HARASSMENT" is any speech or COMMUNICATION that constitutes a personal attack on a person or group of people based on their religion, ethnicity, nationality, race, color, descent, gender or another immutable characteristic.

6.   "DOCUMENTS" means any written, graphic, or printed material of any kind, including all originals, drafts, working papers, and non-identical copies, whether different from originals by reason of any notation made on such copies or otherwise, and all electronic, mechanical, or optical records or representations of any kind or other data compilations from which information can be obtained or translated, if necessary, through detection devices into reasonable usable form. The term "DOCUMENTS" includes but is not limited to:

   a.  correspondence, memoranda, notes, calendar or diary entries, statistics, letters, electronic mail, handbooks, notebooks, telegrams, journals, minutes, agendas, notices, announcements, instructions, charts, schedules, requests, contracts,

prospective contracts, agreements, prospective agreements, books, records, reports, studies, surveys, experiments, analyses, statements, presentations, training materials, summaries, pamphlets, prospectuses, manuals, brochures, announcements, certificates, drawings, plans, inter-office and intraoffice communications, marketing materials, or offers;

b. notations in any form of conversations, telephone calls, meetings, negotiations, or other communications;

c. bulletins, circulars, schedules, lists, guides, printed matter, press releases, computer printouts, teletypes, telecopies, telexes, ledges, balance sheets, financial statements, or worksheets;

d. electronic, mechanical, or optical records or representations of any kind (including tapes, cassettes, electronic mail, and computer-stored data or material), or transcriptions thereof; and

e. all drafts, alterations, modifications, changes, and amendments of any of the foregoing, and any material underlying, supporting, or used in the preparation of any document.

7.    "ED" shall refer to the U.S. Department of Education and its AGENTS.

8.    "HSS" shall refer to the United States Department of Health and Human Services and its AGENTS.

9.    "HOUSE COMMITTEE ON EDUCATION" shall refer to the U.S. House of Representatives Committee on Education and Workforce, and includes Representative Tim Walberg, all other Representatives serving on the committee, and their AGENTS.

10.    "HOUSE COMMITTEE ON ENERGY AND COMMERCE shall refer to the U.S. House of Representatives Committee on Energy and Commerce, and includes Representative Brett Guthrie, all other Representatives serving on the committee, and their AGENTS.

11.    "JOINT TASK FORCE TO COMBAT ANTI-SEMITISM" or "JOINT TASKFORCE" means all AGENTS of the U.S. Department of Justice, U.S. Department of Education, U.S. Department of Health and Human Services, and any other federal agency

participating in the U.S. Department of Justice's Taskforce announced on February 3, 2025. *See* Justice Department Announces Formation of Task Force to Combat Anti-Semitism.[1]

12.    "MEDIA OUTLETS" shall refer to any member of the press, media, any news source, journalist, blogger, or other publisher of public information and their AGENTS.

13.    "MSCHE" shall refer to the Middle States Commission on Higher Education and its AGENTS.

14.    "NIH" shall refer to the National Institutes of Health and their AGENTS.

15.    "OCR" shall refer to the Office of Civil Rights within the U.S. Department of Education and its AGENTS.

16.    "PROTEST" refers to all protests, encampments, demonstrations, and rallies held at COLUMBIA UNIVERSITY or on the campus of any other University.

17.    "PROTESTER" refers to any person who attended a PROTEST, as herein defined, regardless of whether this person was identified as an active participant, an onlooker or a bystander, a passerby at the time of the event, or a counter-protester.

18.    "RELATE TO," "RELATING TO," "RELATED TO," and "RELATES TO" mean without limitation, constituting, concerning, mentioning, referring to, describing, summarizing, evidencing, listing, relevant to, demonstrating, tending to prove, disproving, or explaining.

19.    "RESOLUTION AGREEMENT" means the contract entered into between YOU and COLUMBIA UNIVERSITY on July 23, 2025.[2]

20.    "SUFFICIENT TO SHOW" means sufficient to provide a true, correct, and complete disclosure of the DOCUMENTS, information, and/or factual matter requested.

---

[1] *Justice Department Announces Formation of Task Force to Combat Anti-Semitism,* Dep't of Justice (Feb. 3, 2025), https://www.justice.gov/opa/pr/justice-department-announces-formation-task-force-combat-anti-semitism.

[2] Resolution Agreement Between the United States of America and Columbia University (Jul. 23, 2025), https://president.columbia.edu/sites/default/files/content/July%202025%20Announcement/Columbia%20University%20Resolution%20Agreement.pdf.

21.     "SENATE COMMITTEE" shall refer to the U.S. Senate Committee on Health, Education, Labor, and Pensions, and includes Senator Bill Cassidy, all other Senators serving on the committee, and their AGENTS.

22.     "STUDENT DISCIPLINE" refers to actions taken by COLUMBIA UNIVERSITY and its AGENTS to investigate, prosecute, and punish student misconduct— including punishments for DISCRIMINATORY HARASSMENT or any other violation of COLUMBIA UNIVERSITY rules and policies.

23.     "THE WHITE HOUSE" shall refer to the Executive Office of the President (EOP) — including but not limited to the White House Office and other agencies within the EOP — as well as the President, Vice President, and all executive-level staff and political appointees serving in these offices, regardless of physical location.[3]

24.     "UNIVERSITY POLICIES" means any written or unwritten rule, guideline, directive, procedure, protocol, standard, manual, handbook, instruction, memorandum, bulletin, training material, or customary practice, whether formal or informal, mandatory or advisory, former or current, that governs, relates to, or reflects actions taken or decisions made, in relation to protests, free expression, rallies, vigils, or other First Amendment conduct or speech of prospective students, current students, alumni, and guests at COLUMBIA UNIVERSITY.

25.     The terms "YOU" and "YOUR" shall refer to Defendants Pamela Bondi, U.S. Attorney General; Linda McMahon, Secretary of the U.S. Department of Education; Leo Terrell, head of the U.S. Department of Justice Taskforce to Combat Anti-Semitism; Sean Keveney, Acting General Counsel for the U.S. Department of Health and Human Services; Josh Gruenbaum, Federal Acquisition Service Commissioner of the General Services Administration—both individually and collectively—and their "AGENTS" as herein defined.

## SCOPE

1.     All documents produced in response to this request shall be organized and labeled to correspond with the number of the document request to which the documents are responsive.

---

[3] *See* U.S. Government Manual (2025), https://usgovernmentmanual.gov/ReadLibraryItem.ashx?SFN=Myz95sTyO4rJRM/nhIRwSw==&SF=VHhnJrOeEAnGaa/rtk/JOg==.

2.    Words in the singular form shall be construed to include the plural and vice versa. The terms "and" and "and/or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of a discovery request all responses that might otherwise be construed to be outside of its scope. The word "including" means "including without limitation." "Any" and "all" shall individually be construed to mean both any and all.

3.    These document requests are continuing in nature, up to and during the course of trial. Documents sought by these requests that you obtain after you serve your responses must be promptly produced to counsel for Plaintiffs by supplementary response.

4.    These requests call for all information that is known or available to Defendants, including all information in the possession, custody, or control of Defendants' employees, attorneys, auditors, agents, investigators, and any other person or entity acting on Defendant's behalf or under Defendants' direction or control.

### INSTRUCTIONS

1.    Plaintiffs request that all documents be produced as follows:

a.    For Emails: Portable Document Format ("PDF") format with Optical Character Recognition ("PDF OCR"), with all attachments preserved.

b.    For Email Attachments: To the extent an email has an attachment, it must be maintained in its native format. A Bates-stamped PDF placeholder with a link to the file may be used as part of the production. In addition, Defendants must produce whatever program is normally used to open, view, and manipulate each attachment, unless such program is already in possession of Plaintiff's counsel. Defendants must consult with Plaintiffs to discuss what file types will be produced, and what programs will be needed to open, view, and manipulate them.

c.    For Excel or other spreadsheets: Native format. A Bates-stamped PDF placeholder with a link to the native file may be used as part of the production.

d.    For Power Point: Native format. A Bates-stamped PDF placeholder with a link to the native file may be used as part of the production.

e.      For Database files or other compilations of data: Native format, along with whatever program is normally used to open, view, and manipulate the file, unless such program is already in possession of Plaintiffs' counsel. Defendants must consult with Plaintiffs to discuss what file types will be produced, and what programs will be needed to open, view, and manipulate them. A Bates-stamped PDF placeholder with a link to the file may be used as part of the production. Any database files produced must be fully searchable and manipulable.

f.      For all other documents, including paper documents: PDF with OCR. All documents produced must be fully searchable and manipulable.

g.      The term "native format" should be read to mean whatever format (for example, .pdf, .jpeg, or .doc) the file existed in originally, prior to production.

2.      All documents shall be produced electronically in a readily accessible and downloadable version, unless the "native format" of the document requires production in a different manner.

3.      Documents should not be zipped, compressed, encrypted, or otherwise restricted or proprietarily protected for specific use.

4.      Where specialized or proprietary software is required to access or use documents in their native format, please supply such software.

5.      All requests should be read to include a request for all metadata associated with all documents responsive to the request.

6.      If Defendants are unable to comply with the above-listed requests for any reasons, Plaintiffs request that Defendants produce responsive documents after a meet and confer discussion with Plaintiffs' counsel about the preferred format for such production. Plaintiffs request that Defendants not unilaterally select an electronic format for production.

7.      The time period for all requests for production identified below, unless otherwise specified shall be November 6, 2024 to present.

## OBJECTIONS

7

1. If Defendants object to part of a document request and refuse to answer that part, Defendants must state their objection and answer the remaining portions of that request. If Defendants object to the scope or time period of a request and refuse to answer for that scope or time period, Defendants must state their objection and answer the request for the scope or time period Defendants believe is appropriate.

2. With respect to any requested document which Defendants refuse to produce in response to the Requests for Production on the basis of an asserted privilege, please provide a privilege log that states:

    a. The full identity of the document including:

        i. the date of the document;

        ii. its title (if any);

        iii. its authors, addressees, recipients, or parties;

        iv. the nature of the document (e.g., letter, memorandum, etc.);

        v. the individual or source from whom or which Defendant obtained it, and

        vi. its present location and identity of its custodian;

    b. whether Defendants' objection or refusal goes to part of the document, specifying the specific part(s) of the document to which Defendants' objection or refusal is directed;

    c. the specific factual basis that gives rise to the objection or refusal; and

    d. the specific legal privilege on which the objection or refusal is based.

3. If any of the following requests cannot be answered in full after exercising due diligence to secure the information, please so state and answer to the extent possible, specifying Defendants' inability to answer the remainder, and stating whatever information Defendants have concerning the unanswered portions. If Defendants' answer is qualified in any way, please set forth the details of such qualification.

4.      If, to Defendants' knowledge, documents responsive to one or more requests were never in Defendants' possession, custody, or control but are or have been in the possession, custody, or control of any other person, please identify all such persons.

5.      If any responsive document was formerly in Defendants' possession, custody, or control but has been eliminated from Defendants' possession in any way, including, but not limited to, having been lost, destroyed, transmitted, or discarded, please submit a written statement as follows:

     a.   Describe in detail the nature of the document and its contents;

     b.   Identify the person or persons who authored, prepared, or edited the document and, if applicable, the person or persons to whom the document was sent;

     c.   List all dates when the document was created, copied, or modified;

     d.   List all dates when the document was eliminated from your possession in any way;

     e.   State any reasons the document was eliminated from your possession in any way;

     f.   List all persons who have had possession of the document or have had knowledge of its contents.

## **REQUESTS**

**General Requests**

11.      All DOCUMENTS and COMMUNICATIONS exchanged between YOU and COLUMBIA UNIVERSITY regarding ANTISEMITISM, STUDENT DISCIPLINE, PROTESTS, UNIVERSITY POLICIES, and the terms of YOUR ongoing financial relationship with COLUMBIA UNIVERSITY.[4]

12.      All DOCUMENTS and COMMUNICATIONS exchanged between YOU and any Congressional Committee, Senator, Representative, or any of their AGENTS, that RELATE TO, refer to, or pertain to COLUMBIA UNIVERSITY. The timeframe for this request shall be from October 7, 2023 to present.

---

[4] This Request is largely co-extensive with Request No. 1 in Plaintiffs' First Set of Requests for Production, except that Plaintiffs here seek all such records from the complete time period from November 4, 2024 to present.

13.       All DOCUMENTS and COMMUNICATIONS exchanged internally between and among YOU that RELATE TO ANTISEMITISM, STUDENT DISCIPLINE, PROTESTS, or UNIVERSITY POLICIES at COLUMBIA UNIVERSITY, and the terms of YOUR ongoing financial relationship with COLUMBIA UNIVERSITY.[5]

14.       All DOCUMENTS and COMMUNICATIONS exchanged between YOU and the WHITE HOUSE that RELATE TO COLUMBIA UNIVERSITY. This request also includes communications between YOU and the current AGENTS of the WHITE HOUSE during the presidential transition from November 6, 2024 to January 20, 2025.

15.       All DOCUMENTS and COMMUNICATIONS between YOU and the JOINT TASK FORCE TO COMBAT ANTI-SEMITISM that RELATE TO COLUMBIA UNIVERSITY.

16.       All DOCUMENTS and COMMUNICATIONS exchanged between YOU and the MIDDLE STATES COMMISSION ON HIGHER EDUCATION that RELATE TO COLUMBIA UNIVERSITY.

17.       All DOCUMENTS and COMMUNICATIONS that RELATE TO Executive Order 14188 ("Additional Measures to Combat Anti-Semitism") and Executive Order 13899 ("Combatting Anti-Semitism").

18.       All DOCUMENTS and COMMUNICATIONS in YOUR possession that RELATE TO Project Esther.[6]

19.       All DOCUMENTS and COMMUNICATIONS SUFFICIENT TO SHOW a HOSTILE ENVIRONMENT or DISCRIMINATORY HARASSMENT based on ANTI-SEMITISM at COLUMBIA UNIVERSITY.

20.       All DOCUMENTS and COMMUNICATIONS between and among YOU that RELATE TO the following terms:

---

[5] This Request is also largely co-extensive with Request No. 1 in Plaintiffs' First Set of Requests for Production, except that Plaintiffs here seek all such records from the complete time period from November 4, 2024 to present.

[6] *See Project Esther*, Heritage Foundation (Oct. 7, 2024), https://www.heritage.org/sites/default/files/2024-10/Project%20Esther.pdf.

10

a. "Antisemitism"[7]

b. "Antisemitic"[8]

c. "Antizionism"

d. "Anti-Israel"[9]

e. "Radical left"

f. "Antisemitic college"[10]

g. "Hamas" or "Pro-Hamas"

h. "Jihad" or "Pro-Jihad"

i. "Palestine" or "Pro-Palestine"

j. "Terror" or "Pro-Terror"

k. "leftist group think"[11]

l. "anti-Western teachings."[12]

21. All DOCUMENTS and COMMUNICATIONS between YOU and the WHITE HOUSE, including communications between YOU and the current AGENTS of the WHITE HOUSE during the presidential transition from November 6, 2024 to January 20, 2025, regarding the specific terms delineated in Request No. 20.

22.    ALL DOCUMENTS and COMMUNICATIONS SUFFICIENT TO SHOW which of YOU participated in any Title VI investigation of COLUMBIA UNIVERSITY, or in any

---

[7] *ED, HHS, and GSA Announce Additional Measures to End Anti-Semitic Harassment on College Campuses*, U.S. Dep't of Educ. (Mar. 3, 2025), https://www.ed.gov/about/news/press-release/ed-hhs-and-gsa-announce-additional-measures-end-anti-semitic-harassment-college-campuses.

[8] *See, e.g., Foxx: Columbia's Refusal to Enforce Rules Against Antisemites is Disgraceful*, Comm. on Educ. & Workforce (Aug. 19, 2024) ("Education and the Workforce Committee Chairwoman Virginia Foxx (R-NC) released information today showcasing Columbia University's failure to discipline students who engaged in extreme conduct violations, including breaking into, and occupying, Hamilton Hall and participating in antisemitic encampments that made the University a hostile environment for Jewish students"), https://edworkforce.house.gov/news/documentsingle.aspx?DocumentID=411857.

[9] *See, e.g.,* WATCH: Speaker Johnson holds news conference on anti-Israel protests and universities, PBS News (Apr 30, 2024 1:48 PM EDT), https://www.pbs.org/newshour/politics/watch-live-speaker-johnson-holds-news-conference-on-anti-israel-protests-and-universities.

[10] *See, e.g., Calling for Accountability: Stopping Antisemitic College Chaos,* Comm. on Educ. & Workforce (May 23, 2024 9:45 AM), https://edworkforce.house.gov/calendar/eventsingle.aspx?EventID=410502.

[11] *Secretary McMahon Statement on Columbia University Deal,* U.S. Dep't of Educ. (Jul. 23, 2025), https://www.ed.gov/about/news/press-release/secretary-mcmahon-statement-columbia-university-deal.

[12] *Id.*

11

investigations regarding DISCRIMINATORY HARASSMENT or HOSTILE ENVIRONMENT at COLUMBIA UNIVERSITY.

23.    All DOCUMENTS and COMMUNICATIONS between and among YOU that RELATE TO the resignation of former Interim COLUMBIA UNIVERSITY President Katrina Armstrong. *See* March 28, 2025, NY Times Article.[13]

24.    All DOCUMENTS and COMMUNICATIONS you relied upon for YOUR conclusion that COLUMBIA UNIVERSITY's "insufficient response to antisemitism at the University" required the termination of government contracts under Title VI of the Civil Rights Act. *See* Dkt. 89. ¶ 10.

25.    All DOCUMENTS and COMMUNICATIONS that RELATE TO the International Holocaust Remembrance Alliance ("IHRA") definition of ANTISEMITISM. This request includes DOCUMENTS and COMMUNICATIONS both between and among YOU and between YOU and COLUMBIA UNIVERSITY.[14]

26.    All DOCUMENTS and COMMUNICATIONS containing any statements YOU made to COLUMBIA regarding "programming and training partnerships with several national Jewish organizations including Project Shema, the Anti-Defamation League (ADL), the Foundation to Combat Antisemitism, and Kalaniyot." *Id*.

27.    All trainings, courses, webinars, seminars, videos, presentations and/or other instructions, including all slides, syllabi, and course materials RELATED TO Title VI, DISCRIMINATORY HARASSMENT, First Amendment protected speech, PROTESTS, and/or ANTISEMITISM; and all DOCUMENTS and COMMUNICATIONS concerning such training(s) and/or instruction.

28.    Copies of complaints in all lawsuits, claims, or other legal proceedings  filed against YOU or YOUR AGENTS in the past five years that RELATE TO the First Amendment, Title VI,

---

[13] Alan Blinder, Katherine Rosman, and Sharon Otterman, *Columbia President is Replaced as Trump Threatens University's Funding*, The New York Times (Mar. 28, 2025), https://www.nytimes.com/2025/03/28/us/columbia-universitys-president-resigns.html.

[14] *Working definition of antisemitism*, International Holocaust Remembrance Alliance (last updated Sep. 6, 2025), available at https://holocaustremembrance.com/resources/working-definition-antisemitism. This Request is also largely co-extensive with Request No. 3 in Plaintiffs' First Set of Requests for Production, except that Plaintiffs here seek all such records from the complete time period from November 4, 2024 to present.

coercion or threats of stopping or pausing funding to any private entity, or that contain any other allegation that RELATES TO the subject matter of this lawsuit.

29.    DOCUMENTS SUFFICIENT TO SHOW each of YOUR employees   and AGENTS who were involved in drafting, reviewing, editing, and/or approving the following: March 3, 2025 press release; [15] March 7, 2025 press release;[16] March 13, 2025 letter;[17] and March 24, 2025 press release.[18]

30.    All DOCUMENTS YOU relied on in answering the Second Amended Complaint, and all DOCUMENTS that support YOUR defenses in the Answer.

31.    All social media posts and other public statements about this lawsuit by YOU or YOUR AGENTS.

**Title VI Investigation and Related Agency Actions**

32.    All DOCUMENTS and COMMUNICATIONS SUFFICIENT TO SHOW the reasons that COLUMBIA UNIVERSITY was chosen as a subject of YOUR investigation announced on February 3, 2025.[19]

33.    All DOCUMENTS and COMMUNICATIONS SUFFICIENT TO SHOW the "relentless harassment of Jewish students" at COLUMBIA UNIVERSITY identified in YOUR March 3, 2025, press release. [20]

---

[15] *ED, HHS, and GSA Announce Additional Measures to End Anti-Semitic Harassment on College Campuses*, U.S. Dep't of Educ. (Mar. 3, 2025), https://www.ed.gov/about/news/press-release/ed-hhs-and-gsa-announce-additional-measures-end-anti-semitic-harassment-college-campuses;

[16] *DOJ, HHS, ED, and GSA Announce Initial Cancellation of Grants and Contracts to Columbia University Worth $400 Million: Members of the Joint Task Force to Combat Anti-Semitism take swift action to protect Jewish students in response to inaction by Columbia University,* U.S. Dep't Educ., (Mar. 7, 2025), https://www.ed.gov/about/news/press-release/doj-hhs-ed-and-gsa-announce-initial-cancelation-of-grants-and-contracts-columbia-university-worth-400-million.

[17] *See  HHS, ED, and GSA Respond to Columbia University's Actions to Comply with Joint Task Force Pre-Conditions*, U.S. Dep't of Educ. (March 24, 2025), https://www.hhs.gov/press-room/columbia-comply-anti-semitism-task-force-preconditions-met.html ("Joint Task Force to Combat Anti-Semitism's March 13th letter detailing 9 preconditions for formal negotiations to restore canceled federal grants and contracts").

[18] *Id.*

[19] *Justice Department Announces Formation of Task Force to Combat Anti-Semitism*, U.S. Dep't of Justice (Feb. 3, 2025), https://www.justice.gov/opa/pr/justice-department-announces-formation-task-force-combat-anti-semitism (referencing E.O. 14188).

[20] *ED, HHS, and GSA Announce Additional Measures to End Anti-Semitic Harassment on College Campuses*, U.S. Dep't of Educ. (Mar. 3, 2025), https://www.ed.gov/about/news/press-release/ed-hhs-and-gsa-announce-additional-measures-end-anti-semitic-harassment-college-campuses.

34.     All DOCUMENTS and COMMUNICATIONS SUFFICIENT TO SHOW that PROTESTS at COLUMBIA UNIVERSITY "depriv[ed] Jewish students of learning opportunities to which they are entitled"—as identified in YOUR March 3, 2025, press release. *Id.*

35.     All DOCUMENTS and COMMUNICATIONS SUFFICIENT TO SHOW the reasons YOU cancelled "approximately $400 million in federal grants and contracts" to COLUMBIA UNIVERSITY. *See* Press Release on March 7, 2025.[21]

36.     All DOCUMENTS and COMMUNICATIONS that RELATE TO YOUR request that COLUMBIA UNIVERSITY satisfy a set of "preconditions" regarding COLUMBIA UNIVERSITY's continued financial relationship with YOU. *See* Agency Letter on March 13, 2025. This request includes any drafts of YOUR March 13, 2025 letter. [22]

37.     All DOCUMENTS and COMMUNICATIONS that RELATE TO YOUR request that COLUMBIA UNIVERSITY "complete disciplinary proceedings for Hamilton Hall and encampments" and YOUR assertion that "[m]eaningful discipline means expulsion or multi-year suspension" — including DOCUMENTS SUFFICIENT TO SHOW the reasons for these requests. *See* March 13, 2025 Letter.

38.     All DOCUMENTS and COMMUNICATIONS that RELATE TO YOUR request that COLUMBIA UNIVERSITY "abolish the University Judicial Board (UJB) and centralize all disciplinary processes under the Office of the President"—including DOCUMENTS SUFFICIENT TO SHOW the reasons for these requests. *See* March 13, 2025 Letter.

39.     All DOCUMENTS and COMMUNICATIONS that RELATE TO YOUR request that COLUMBIA UNIVERSITY implement "permanent, comprehensive time, place, and manner rules to prevent disruption of […] campus life"— including DOCUMENTS SUFFICIENT TO SHOW the reasons for this request. *See* March 13, 2025 Letter.

---

[21] *DOJ, HHS, ED, and GSA Announce Initial Cancellation of Grants and Contracts to Columbia University Worth $400 Million: Members of the Joint Task Force to Combat Anti-Semitism take swift action to protect Jewish students in response to inaction by Columbia University,* U.S. Dep't Educ., (Mar. 7, 2025), https://www.ed.gov/about/news/press-release/doj-hhs-ed-and-gsa-announce-initial-cancelation-of-grants-and-contracts-columbia-university-worth-400-million.

[22] *Letter from HHS, ED, and GSA to Dr. Katrina Armstrong, David Greenwald, and Claire Shipman, Columbia University* (March 13, 2025), *https://static01.nyt.com/newsgraphics/documenttools/6d3c124d8e20212d/85dec154-full.pdf*

14

40.     All DOCUMENTS and COMMUNICATIONS that RELATE TO YOUR request that COLUMBIA UNIVERSITY create a plan to "hold all student groups accountable" through "formal investigations, disciplinary proceedings, and expulsion as appropriate" — including DOCUMENTS SUFFICIENT TO SHOW the reasons for this request. *See* March 13, 2025 Letter. All DOCUMENTS and COMMUNICATIONS that RELATE TO YOUR request that COLUMBIA UNIVERSITY "formalize, adopt, and promulgate a definition of antisemitism" — including DOCUMENTS SUFFICIENT TO SHOW the reasons for this request. *See* March 13, 2025 Letter.

41.     All DOCUMENTS and COMMUNICATIONS that RELATE TO YOUR AGENTS being directed to acquire the names and nationalities of student protestors across universities, including at COLUMBIA UNIVERSITY.[23]

42.     All DOCUMENTS and COMMUNICATIONS that RELATE TO the PROTEST at COLUMBIA UNIVERSITY'S Butler Library on May 7, 2025.

43.     All DOCUMENTS and COMMUNICATIONS that RELATE TO the JOINT TASK FORCE statement and YOUR guidance to COLUMBIA UNIVERSITY on May 8, 2025 to "take the appropriate disciplinary actions for those involved in" the PROTEST at Butler Library.[24]

44.     All DOCUMENTS and COMMUNICATIONS SUFFICIENT TO SHOW how COLUMBIA UNIVERSITY "continually failed to protect Jewish students" and demonstrated "deliberate indifference to the hostile environment Jewish students were experiencing on their campus.*See* May 22, 2025, Announcement.[25] This request includes all DOCUMENTS that substantiate the "Factual Findings" from Paragraphs 1-93 in YOUR "Joint Notice of Violation." *Id.*

---

[23] Laura Meckler, *New Trump Demand to colleges: Name protesters—and their nationalities*, The Washington Post (Mar. 25, 2024), https://www.washingtonpost.com/education/2025/03/25/trump-administration-campus-antisemitism-investigations/.

[24] *Joint Task Force to Combat Anti-Semitism Statement,* U.S. Dep't of Educ. (May 8, 2025), https://www.ed.gov/about/news/press-release/joint-task-force-combat-anti-semitism-statement-regarding-columbia-university.

[25] *Joint Notice of Violation to Columbia University*, U.S. Dep't of Health and Human Services (May 22, 2025), available at https://www.hhs.gov/civil-rights/for-providers/compliance-enforcement/examples/national-origin/ocr-joint-notice-of-violation-to-columbia/index.html#ftnref69.

45.    All DOCUMENTS and COMMUNICATIONS that RELATE TO YOUR report to the Middle States Commission on Higher Education ("MSCHE") that COLUMBIA UNIVERSITY is "in violation of federal antidiscrimination laws." *See* Dep't of Ed Announcement on June 4, 2025.[26] This request includes DOCUMENTS SUFFICIENT TO SHOW the reasons YOU made the report to MSCHE and any DOCUMENTS that support YOUR statement to MSCHE that COLUMBIA UNIVERSITY did not demonstrate "compliance with all applicable government laws and regulations." *Id.*

46.    The official transcript of the deposition of Dr. Katrina Armstrong YOU took on April 1, 2025.

47.    All DOCUMENTS and COMMUNICATIONS exchanged between or among YOU, or external to you,  that RELATE TO Dr. Katrina Armstrong's deposition.[27]

48.    ALL DOCUMENTS and COMMUNICATIONS exchanged between YOU and the COMMITTEE ON ENERGY and COMMERCE RELATED TO deficiencies in COLUMBIA UNIVERSITY'S productions to the Federal Resolution Monitor. *See* March 26, 2026 Letter to COLUMBIA. [28]

49.    The complete administrative record produced by each of YOU in *President and Fellows of Harvard College v. US Department of Health and Human Services*, No. 1:25-cv-11048 (D. Mass. Apr 21, 2025).

50.    The complete administrative record produced by each of YOU in *American Association of University Professors v. Trump,* No. 3:25-cv-07864 (N.D. Cal. Sep 16, 2025).

51.    ALL DOCUMENTS AND COMMUNICATIONS that RELATE TO YOUR responses to Plaintiffs' First Set of Interrogatories identified below.

---

[26] *U.S. Department of Education Notifies Columbia University's Accreditor of Columbia's Title VI Violation*, U.S. Dep't of Educ. (Jun. 4, 2024), https://www.ed.gov/about/news/press-release/us-department-of-education-notifies-columbia-universitys-accreditor-of-columbias-title-vi-violation.

[27] *What Columbia University President Katrina Armstrong Really Told Faculty Members About Changes the School is Making* (March 26, 2025). *available at* https://freebeacon.com/campus/what-columbia-university-president-really-told-faculty-members/

[28] *Chairman Guthrie Writes to Columbia University Amid Concerns Over How the University is Combatting Antisemitism* (Mar. 26, 2026), https://republicans-energycommerce.house.gov/posts/chairman-guthrie-writes-to-columbia-university-amid-concerns-over-how-the-university-is-combatting-antisemitism

## **INTERROGATORIES**

1.        Identify and describe each of YOUR roles in drafting, reviewing, or approving the contents of the following statements and letters that RELATE TO COLUMBIA UNIVERSITY: March 3, 2025 press release; [29] March 7, 2025 press release;[30] March 13, 2025 letter;[31] and March 24, 2025 press release.[32]

2.        Identify the first and all subsequent times YOU raised any concerns to COLUMBIA UNIVERSITY about ANTISEMITISM, STUDENT DISCIPLINE, UNIVERSITY POLICIES, or the terms of YOUR financial relationship with COLUMBIA UNIVERSITY.

3.        Identify and describe each of YOUR roles on the JOINT TASKFORCE ON ANTI-SEMITISM from inception to present.

4.        Explain what legal authorities YOU relied upon to pause, suspend, withdraw, or reinstate any payments to COLUMBIA UNIVERSITY.

5.        Identify every action YOU took to implement Executive Order 13899 and the date on which YOU took the action.


DATED:  April 12, 2026

---

[29] *ED, HHS, and GSA Announce Additional Measures to End Anti-Semitic Harassment on College Campuses*, U.S. Dep't of Educ. (Mar. 3, 2025), https://www.ed.gov/about/news/press-release/ed-hhs-and-gsa-announce-additional-measures-end-anti-semitic-harassment-college-campuses;

[30] *DOJ, HHS, ED, and GSA Announce Initial Cancellation of Grants and Contracts to Columbia University Worth $400 Million: Members of the Joint Task Force to Combat Anti-Semitism take swift action to protect Jewish students in response to inaction by Columbia University,* U.S. Dep't Educ., (Mar. 7, 2025), https://www.ed.gov/about/news/press-release/doj-hhs-ed-and-gsa-announce-initial-cancelation-of-grants-and-contracts-columbia-university-worth-400-million.

[31] *Letter from HHS, ED, and GSA to Dr. Katrina Armstrong, David Greenwald, and Claire Shipman, Columbia University (March 13, 2025), https://static01.nyt.com/newsgraphics/documenttools/6d3c124d8e20212d/85dec154-full.pdf*

[32] *Id.*

Respectfully submitted,

**MAIN STREET LEGAL SERVICES**

Zal K. Shroff (#5560669)

Jacob Acuña
Natasha Bunten
Ivy Girdwood
Trevor Godbolt

*Law Student Interns*

Main Street Legal Services Inc.
2 Court Square West
Long Island City, NY 11101
Zal.Shroff@law.cuny.edu
T: (718) 340-4200
F: (718) 340-4478

**Dratel & Lewis**
Amy E. Greer (NY 5910179) (lead counsel)
29 Broadway, Suite 1412
New York, NY 10006
(212) 732-8805
agreer@dratellewis.com

**CAIR NATIONAL LEGAL DEFENSE FUND**
Lena Masri
Gadeir Abbas (VA 81161)*
Nadia Bayado (DC 90023648)
453 New Jersey Ave SE
Washington, DC 20003
(202) 742-6420

**COUNCIL ON AMERICAN ISLAMIC RELATIONS – NEW YORK**
Deema Azizi (NY 5525670)
233 Broadway, Suite 820
New York, NY 10279
(646) 665-7599
dazizi@cair.com

18