# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

MAHMOUD KHALIL, et al
*Plaintiffs.*

v.

THE TRUSTEES OF COLUMBIA
UNIVERSITY, et al

*Defendants.*

Civil Case No. 1:25-cv-02079-AS

Hon. Judge Arun Subramanian

### NOTICE OF PLAINTIFF'S MOTION FOR
### LEAVE TO FILE A THIRD AMENDED COMPLAINT

Please take notice that Plaintiffs will move this Court, before the Honorable Arun Subramanian, at the United States Courthouse for the Southern District of New York, for an Order granting Plaintiffs' motion for leave to file a third amended complaint in the above-captioned case, pursuant to Rule 15 of the Federal Rules of Civil Procedure, and for such further relief as the Court deems just and proper.

Dated: May 30, 2026

Respectfully Submitted,

/s/  Amy E. Greer
Amy E. Greer  (NY 5910179)
**Dratel & Lewis**
29 Broadway, Suite 1412
New York, NY 10006
(212) 732-8805
agreer@dratellewis.com

1

Plaintiffs' unopposed motion for leave to file a third amended complaint to add Pauline Poe as an additional plaintiff is GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 189.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: June 11, 2026

**CAIR NATIONAL**
**LEGAL DEFENSE FUND**
/s/Lena Masri
Lena Masri
Gadeir Abbas (VA 81161)*
453 New Jersey Ave SE
Washington, DC 20003
(202) 742-6420

*Attorneys for Plaintiffs*

2