## Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

mmiller@heckerfink.com

June 11, 2026

**BY ECF**

Hon. Arun Subramanian
U.S. District Court, S.D.N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

     *Re:    Khalil, et al. v. Columbia University, et al.*, No. 25 Civ. 2079 (AS) (S.D.N.Y.)

Dear Judge Subramanian:

     We write on behalf of Defendants Trustees of Columbia University in the City of New York and Acting President Claire Shipman (together, "Columbia") in response to the Court's Order granting Plaintiffs' motion for leave to file a third amended complaint as unopposed. ECF 201. We respectfully direct the Court's attention to Columbia's letter to the Court dated June 8, 2026, in which Columbia notified the Court that it intended to oppose Plaintiffs' motion in part. ECF 195 ("Columbia does presently intend to oppose Plaintiffs' motion, insofar as it relates to Ms. Poe's allegations concerning the letter dated February 13, 2025.").

     Columbia was planning to timely file its partial opposition to the motion to amend on June 15, 2026. *See* Local Civ. R. 6.1(b). We respectfully request that Columbia be permitted to do so and that the Court reserve judgment on Plaintiffs' motion until Columbia has had an opportunity to respond.

                    Respectfully submitted,

                    Marshall L. Miller