The Chambers of the Honorable Judge Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, New York, NY 10007                                    *via ECF*

**Re: Consent Letter Motion for an Extension of Time**

   *Khalil, et. al. v. Trustees of Columbia University, et. al., 25-cv-02079.*

Hon. Judge Subramanian:

   The Parties jointly and respectfully move for an extension of the discovery completion deadline and related deadlines applicable in this case. Though the Parties have been engaging diligently and in good faith to move the discovery process forward, upon conferring (most recently on July 20, 2026), the Parties believe that an additional four months are necessary to complete discovery in this case. The Parties therefore jointly request a four-month extension of the discovery completion deadline and related deadlines previously ordered by the Court. *See* Order, Dkt. No. 179 (4/1/2026).

   The Parties have worked diligently on discovery and seek an extension to deal with the complexity and volume of the material involved. To apprise the Court of the progress made thus far: All Parties have exchanged First and Second Requests for Productions and issued the responding answers and objections and are in the process of scheduling depositions. The Parties have exchanged deficiency letters regarding the answers and objections, have been meeting and conferring about those issues, and the Parties are currently processing documents for production.  Finally, the Parties have met and conferred at least three times, and exchanged numerous emails regarding applicable protective orders, and are close to agreement as to those documents, pending further negotiations between Plaintiffs and Columbia Defendants.

   This is each Party's first request for extension of the discovery completion deadline and related deadlines. There is currently no scheduled appearance before the Court.

Under this proposal, the Parties seek to modify the remaining Case Management Plan deadlines as follows:

1

- **Discovery Deadline (All Discovery):**
  - Original deadline: September 18, 2026
  - Proposed deadline: January 19, 2027
- **Expert Disclosures (under Fed. R. Civ. P. 26(a)(2)) by every party-proponent of a claim:**
  - Original deadline: July 28, 2026
  - Proposed deadline: November 23, 2026
- **Expert Disclosures (under Fed. R. Civ. P. 26(a)(2)) by every party-opponent of a claim:**
  - Original deadline: August 28, 2026
  - Proposed deadline: December 23, 2026
- **Completion of Depositions:**
  - Original deadline: September 18, 2026
  - Proposed deadline: January 19, 2027
- **Deadline to issue requests to admit:**
  - Original deadline: August 18, 2026
  - Proposed deadline: December 18, 2026
- **Post-discovery summary judgment motions**
  - Original deadline: November 18, 2026
  - Proposed deadline: March 18, 2027
- **Answering papers to post-discovery summary judgment motions**
  - Original deadline: January 15, 2027
  - Proposed deadline: May 17, 2027; and
- **Reply papers to post-discovery summary judgment motions**
  - Original deadline: February 15, 2027
  - Proposed deadline: June 16, 2027
- **Pre-Trial Conference**
  - [TBD by Court]
- **Trial**
  - [TBD by Court]

Dated: July 24, 2026                        Respectfully submitted,


**DRATEL & LEWIS**

  /s/ Amy E. Greer
Amy E. Greer  (NY 5910179)
29 Broadway, Suite 1412
New York, NY 10006
(212) 732-8805
agreer@dratellewis.com

**CAIR NATIONAL**
**LEGAL DEFENSE FUND**
/s/ Lena Masri
Lena Masri
Gadeir Abbas (VA 81161)*
453 New Jersey Ave SE
Washington, DC 20003
(202) 742-6420

**CAIR-NY (COUNCIL ON AMERICAN-**
**ISLAMIC RELATIONS – NEW YORK)**
Deema Azizi (NY 5525670)
233 Broadway, Suite 820
New York, NY 10279
(347) 445-0928
dazizi@cair.com

**RATHOD | MOHAMEDBHAI LLC**
Azra Taslim
 2701 Lawrence Street
Denver, CO 80205
(303) 578-4400
at@rmlawyers.com

*Attorneys for Plaintiffs*