JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
By: ALLISON M. ROVNER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel:     (212) 637-2691
Email: Allison.Rovner@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MAHMOUD KHALIL, *et al.,*

                Plaintiffs,

        v.

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK, *et al.*,

                Defendants.

No. 25 Civ. 2079 (AS)

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and supporting declaration, Defendants Todd Blanche, in his official capacity as United States Attorney General; Linda McMahon, in her official capacity as Secretary of the United States Department of Education; Leo Terrell, in his official capacity as the head of the Department of Justice Taskforce to Combat Anti-Semitism; Robert Foster, in his official capacity as Acting General Counsel of the United States Department of Health and Human Services; and Laura Stanton, in her official capacity as the Acting Commissioner of the General Services Administration's Federal Acquisition Service, by their attorney, James M. McDonald, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the Third Amended Complaint as against them in the above-captioned matter pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

1

Dated: New York, New York
August 11, 2026

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the Southern District of New York
*Attorney for the Executive Branch Defendants*

By:  */s/ Allison M. Rovner*
ALLISON M. ROVNER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2691