MAIN STREET
LEGAL SERVICES

October 26, 2026

**BY ECF**

Hon. Judge Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, New York, NY 10007

Re: Letter-Motion Requesting Sur-Reply as to Defendants' Second Motions to Dismiss; *Khalil, et. al. v. Trustees of Columbia University, et. al.*, 25-cv-02079.

Dear Judge Subramanian:

Plaintiffs write to the Court in response to the Executive Branch and Columbia Defendants' letters notifying the Court that they have entered into yet another stipulation late last week. *See* Dkts. 257, 258. Defendants claim in their letters that the October Stipulation "provides the relief that Plaintiffs seek" and for this reason Plaintiffs' claims are moot. *See* Dkt. 257. With concern for the marked departure from briefing in the ordinary course, Plaintiffs are compelled to request a sur-reply so that they may address how this new October Stipulation affects Defendants' pending motions to dismiss. *See* Dkts. 218, 222. Plaintiffs disagree that the stipulation would resolve Plaintiffs' claims. Even if ordered as part of final judgment, the stipulation does not resolve the core dispute regarding Plaintiffs' speech concerning Israel and Palestine due to the Government's current interpretation of First Amendment-protected speech. Defendants' letters also contained additional argument regarding the motions to dismiss that Plaintiffs wish to address. Plaintiffs therefore respectfully request the opportunity to file a sur-reply letter of 5-pages as a consolidated response to Defendants' recent stipulation and letters by November 3, 2026.

Plaintiffs conferred with Executive Branch and Columbia Defendants, who have indicated that they do not oppose Plaintiffs' request for sur-reply.

Respectfully submitted,

**MAIN STREET LEGAL SERVICES, INC.**
/s/ Zal K. Shroff
Zal K. Shroff (#5560669)
Main Street Legal Services Inc.
2 Court Square West
Long Island City, NY 11101
Zal.Shroff@law.cuny.edu
T: (718) 340-4200
F: (718) 340-4478

Nimah Busari
Montserrat Lopez
Olivia Ramirez
Claire Schlessinger
*Law Student Interns*

Plaintiffs' request to submit a consolidated response by November 3, 2026 is GRANTED. In their response, plaintiffs should describe what remaining relief they seek, if any, from the Agency Defendants and from Columbia in connection with the March 13 letter.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 27, 2026