UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHMOUD KHALIL, ET AL.,

Plaintiffs,

-against-

COLUMBIA UNIVERSITY AND THE TRUSTEES OF COLUMBIA UNIVERSITY, ET AL.,

Defendants.

25-CV-2079 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

For the reasons discussed at the hearing today, the parties are ordered to submit a joint letter on or before November 13, 2026 stating whether they would like to conduct a settlement conference with the Court. If any party objects, then the letter should not indicate who objected. If the parties intend to proceed with a settlement conference, they should propose dates within the next two weeks. The letter should also indicate plaintiffs' position on defendants' request for a temporary stay of discovery during that period of time.

SO ORDERED.

Dated: November 12, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge