**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 13, 2026

**BY ECF**
The Honorable Arun Subramanian
United States District Judge
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re: *Khalil, et al. v. The Trustees of Columbia University in the City of New York, et al.*, 25 Civ. 2079 (AS)

Dear Judge Subramanian:

This Office represents the Executive Branch Defendants in the above-referenced action. Pursuant to the Court's November 12, 2026, Order, ECF No. 273, and as discussed at the November 10, 2026, conference, I write respectfully, on behalf of all parties, to inform the Court that the parties would like to schedule a settlement conference with the Court. The Court requested that the parties provide available dates within the next two weeks. Within that timeframe, the only date that all parties are available is November 20, 2026.[1] If the Court is not available on November 20, the parties are also available on December 2. While Plaintiffs continue to oppose a blanket stay, Plaintiffs agree not to serve new discovery, raise any discovery dispute to the Court, or insist on any discovery deadline or further meet and confer until after the settlement conference next week—should the Court be available. Defendants respectfully request that the Court stay discovery through the settlement conference, whether it is November 20 or December 2.

Plaintiffs believe that a short confidential mediation statement from each party would help assist the Court during the settlement conference. Defendants do not believe that such submissions are necessary or likely to assist the Court given the extensive briefing in this action and the Court's familiarity with the issues but defer to the Court's preference regarding how to proceed.

[1] Counsel for the parties agree that their clients need not attend in person but key decisionmakers will instead be reachable by phone during the conference.

We thank the Court for its consideration of this letter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ Allison M. Rovner
ALLISON M. ROVNER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2691
Email: allison.rovner@usdoj.gov

cc: Counsel of Record (by ECF)