UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHMOUD KHALIL et al.,

Plaintiffs,

-against-

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK et al.,

Defendants.

25-cv-2079 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

A settlement conference with the Court will take place on November 20, 2026 at 10 am ET in Courtroom 15A.

SO ORDERED.

Dated: November 16, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge