**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 18, 2026

**BY ECF**
The Honorable Arun Subramanian
United States District Judge
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re: *Khalil, et al. v. The Trustees of Columbia University in the City of New York, et al.*, 25 Civ. 2079 (AS)

Dear Judge Subramanian:

This Office represents the Executive Branch Defendants in the above-referenced action. A settlement conference is currently scheduled for November 20, 2026, at 10 am. ECF No. 277. In an email sent on November 13, 2026, the Court instructed that "each party should make sure to have in attendance a client representative with authority to negotiate the terms of a settlement (the 'buck stops here' person, not a person who has to consult with another person)." I write respectfully to request that the Government be excepted from this requirement, for the reasons explained below.

Under Department of Justice regulations, the individuals with final settlement authority are the Assistant Attorney General or Associate Attorney General. *See* 28 C.F.R. § 0.160. Given the other responsibilities of these high-ranking officials and the Department's caseload, which includes hundreds of mediations and settlement conferences conducted in the thousands of cases in which the Department of Justice participates every year, it is not feasible for these individuals to attend this conference. Further, the parties had agreed at the time of proposing the settlement conference that key decisionmakers need not attend in person but will instead be reachable by phone. *See* ECF No. 274 n.1. Counsel attending the conference will have prior authorization to negotiate certain terms of a potential settlement, will be able to reach key decisionmakers by phone as necessary, and will have authority to explore all settlement options and to recommend approval by the necessary authorities of any tentative or proposed settlement.

Accordingly, the Government respectfully requests that counsel for the Government be permitted to appear with prior authorization to negotiate certain terms of the settlement and that key decisionmakers be reachable by phone as necessary rather than appear in person at the settlement conference.

I thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ Allison M. Rovner
ALLISON M. ROVNER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2691
Email: allison.rovner@usdoj.gov

cc: Counsel of Record (by ECF)