UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHMOUD KHALIL et al.,

Plaintiffs,

-against-

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK et al.,

Defendants.

25-cv-2079 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court held a settlement conference on November 20, 2026. The defendants will send plaintiffs their joint redlined proposal for settlement by Tuesday, November 24. Plaintiffs should respond and the parties should meet and confer over the ensuing days in good faith, and with open minds, to see if a resolution can be reached.

The parties need not inform the Court by Wednesday, November 25, whether a further settlement conference would be beneficial. Instead, the Court on December 2, 2026 at 10am, will either hold a further settlement conference to determine whether the matter can be finally resolved, or it will issue its decision on the pending motions to dismiss, and if need be, resolve any discovery disputes.

Michael Velchik and the attorney from the Solicitor General's office who appear to be the principal decisionmakers for the agency defendants will be in personal attendance for that appearance.

SO ORDERED.

Dated: November 21, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge