**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 24, 2026

**<u>BY ECF</u>**
The Honorable Arun Subramanian
United States District Judge
500 Pearl Street
New York, New York 10007

Re: *Khalil, et al. v. The Trustees of Columbia University in the City of New York, et al.*, 25 Civ. 2079 (AS)

Dear Judge Subramanian:

This Office represents the Executive Branch Defendants (the "Government") in the above-referenced action. We write respectfully to request that the Court amend its Order (ECF No. 282) so as to remove the requirement that Michael Velchik and an attorney from the Office of the Solicitor General ("OSG") appear on December 2.

On November 20, 2026, the Court issued an Order providing, in relevant part:

> [T]he Court on December 2, 2026 at 10am, will either hold a further settlement conference to determine whether the matter can be finally resolved, or it will issue its decision on the pending motions to dismiss, and if need be, resolve any discovery disputes.
>
> Michael Velchik and the attorney from the Solicitor General's office who appear to be the principal decisionmakers for the agency defendants will be in personal attendance for that appearance.

ECF No. 282.

Neither Mr. Velchik nor an attorney in OSG is the principal decisionmaker for the Government in this case. Mr. Velchik serves as Senior Counsel to the Assistant Attorney General of the Civil Division, and in that role, does not have authority to direct settlement decisions. Mr. Velchik did not act as the principal decisionmaker for the Government with respect to the potential settlement of this case.

In addition, within the Department of Justice, OSG does not have the authority to direct settlement decisions in district court litigation; and it did not act as a "principal decisionmaker" here. This Office has been informed that OSG was only contacted briefly in connection with this matter for its views on how this case may interact with other relevant litigation where OSG has significant equities.

We regret any misunderstanding or misimpression that Mr. Velchik or an OSG attorney is the principal decisionmaker in this matter. We respectfully submit that requiring the attendance of Mr. Velchik[1] or someone from OSG at the next settlement conference will neither be relevant nor helpful to any hearing.

The high-ranking Department of Justice official with final settlement authority is unable to attend the hundreds of mediations and settlement conferences conducted in the thousands of cases in which the Department of Justice participates every year. Nevertheless, the Acting Assistant General for the Civil Division, Jonathan Guynn, will be available by phone until 4:00 p.m. ET on December 2.[2] If the Court requires someone other than the Government's lead attorneys to attend in person, the Government respectfully requests the Court allow Deputy U.S. Attorney Sean Buckley to satisfy that requirement.

Accordingly, the Government respectfully requests that the Court amend its Order to remove the requirement that Mr. Velchik and an attorney from OSG appear on December 2.

We thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ *Jeffrey Oestericher*
JEFFREY OESTERICHER
ALLISON M. ROVNER
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2695/2691
Email: jeffrey.oestericher@usdoj.gov
allison.rovner@usdoj.gov

---

[1] For the Court's awareness, Mr. Velchik is required to present oral argument in Washington, D.C., on December 2, 2026 at 10:00 a.m. in connection with the case *CNN v. Trump*, No. 1:26-cv-3287 (D.D.C.).

[2] The Acting Assistant Attorney General will be unavailable after 4:00 p.m. ET due to planned personal travel.